UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

Civil File No. 02-CV-212 (JNE/JGL)

**DISCOVERY ORDER**

The parties have reached a Stipulation in resolution of Defendant, Conseco Services, LLC's Motion to Compel filed August 25, 2003. It is therefore ordered:

1 Teleplus will make available the documents responsive to Request 15 at its headquarters. The documents will be available from 9:00am to 5:00 pm September 11, 12, and 15-19. If inspection of the documents is not completed in that time, a mutually convenient time within the following week will be immediately negotiated between the parties prior to the close of business, September 19.

2. Without conceding the scope of Conceco's Document Request 17, Teleplus will provide all documents supporting Teleplus' claim of damages. To the extent those documents are Conseco bates-stamped documents, Teleplus will provide a list of those documents (including bates number) in lieu of the actual documents.

FILED SEP 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

3. Conseco will serve additional interrogatories or written deposition related to Teleplus' claim of damages. Teleplus will submit its response within two weeks.

4. Within two weeks of receiving billing information from Conseco for the time period May 2002 to present, Teleplus will provide all damage calculations relating to that period. Both parties agree to supplement billing information and damage calculations.

Dated: Sept. 10, 2003

**Jonathan G. Lebedoff**
Chief United States Magistrate Judge