UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

Civil File No. 02-CV-212 (JRT/SRN)

**~~PROPOSED~~ ORDER**

WHEREAS on March 29, 2002, Conseco Services, LLC ("Conseco") filed with this Court a Motion for Leave to Amend Answer ("Motion") and Amended Answer;

WHEREAS Teleplus Consulting, Inc. ("Teleplus") having been served with the above-referenced Motion and the Amended Answer does not oppose the Motion;

NOW THEREFORE it is hereby

**ORDERED**

The Motion for Leave to Amend Answer is GRANTED and the Amended Answer will substituted for the Conseco's previously filed Answer.

Dated: April 24, 2002

Susan Richard Nelson
Hon. SUSAN RICHARD NELSON
United States Magistrate Judge

APR 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK