**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Teleplus Consulting, Inc., Plaintiff, v. Conseco Services, LLC, Defendant. | ) | File No. 02-CV-212 JEL/JGL<br><br>**~~PROPOSED~~ ORDER** |

This matter came on for hearing before me on December 12, 2002, on the motion of AT&T Corporation for an order of protection.

Steven R. Anderson appeared on behalf of AT&T Corporation in support of the motion. Christopher K. Sandberg appeared on behalf of plaintiff Teleplus Consulting, Inc. ________________ appeared on behalf of defendant Conseco Services, LLC. PARTIES STIPULATED

Upon all of the files, records, and proceedings in this matter,

IT IS HEREBY ORDERED that Teleplus Consulting, Inc. and Conseco Services, LLC shall not:

(1) depose Laura Carlisle regarding information related to the terms or conditions of any of AT&T's contracts with customers other than Conseco Services, LLC, or the negotiations for such contracts; or

(2) engage in other discovery (including subpoenas and depositions of other AT&T employees) seeking to elicit information regarding the terms or

FILED DEC 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

conditions of any of AT&T's contracts with customers other than defendant Conseco Services, LLC, or the negotiations for such contracts.

Dated: 11-6-1?, 2002

Jonathan G. Lebedoff
United States Chief Magistrate Judge

M1:938167.03