UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

Civil File No. 02-CV-212 (JNE/JGL)

**EXPERT WITNESS SCHEDULING ORDER**

---

The Pretrial Schedule revised by Chief Magistrate Judge Lebedoff on June 23, 2003 is further revised to reflect the following:

Conseco will file its Expert Disclosure on August 1, 2003. Conseco will file its Expert Report(s) regarding damages thirty days after receiving documents responsive to Conseco's Document Requests 15 and 17.

Dated: Aug. 4, 2003

Chief Magistrate Judge Jonathan Lebedoff

AUG 4 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK