UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JNE/JGL)

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**

TO: DEFENDANT CONSECO SERVICES, LLC and its attorneys SHANNON M. HEIM, DORSEY & WHITNEY LLP, SUITE 1500, 50 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402-1498.

TAKE NOTICE THAT on Thursday, November 4, 2004, at 8:30 a.m. on or as soon thereafter as counsel may be heard, in Courtroom 9E, Federal Courthouse, 300 N. Fourth Street, Minneapolis, MN, before the Honorable Judge Lebedoff, Plaintiff Teleplus Consulting will move the Court for an order (1) compelling Conseco to fully respond to Plaintiff's Requests for Production of Documents, (2) compelling Conseco to produce the appropriate personnel for deposition to explain the operation of Conseco's email system and to explain the inconsistencies between Conseco's production and the third-party deposition testimony, (3) ordering Conseco to bear the costs of pursuing the additional discovery, and (4) permitting Plaintiff to depose two former Conseco employees under the Protective Order in place for this matter.

The grounds for this Motion are as set out in the accompanying Memorandum in Support of Motion and the supporting materials provided therewith, as well as such argument as the Court may entertain.

DATED: October 21, 2004.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By s/ Christopher K. Sandberg

Christopher K. Sandberg (95485)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Telecopier: (612) 339-0981

COUNSEL FOR PLAINTIFF
TELEPLUS CONSULTING, INC.