UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

Civil File No. 02-CV-212 (JNE/JGL)

**AFFIDAVIT OF**
**CHRISTOPHER K. SANDBERG**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Christopher K. Sandberg, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney representing the Plaintiff, Teleplus Consulting, Inc., in the above-captioned matter, and I make this Affidavit in support of Plaintiff's Motion to Compel Discovery.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's initial Requests for Production.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Responses to Plaintiff's Interrogatories and Requests for Production.

4. Attached hereto as Exhibit 3 are true and correct copies of pages from the deposition of John Quinlaven.

5. Attached hereto as Exhibit 4 are true and correct copies of pages from the deposition of James Breakey.

6. Attached hereto as Exhibit 5 are true and correct copies of pages from the deposition of Mike Smith.

7. Attached hereto as Exhibit 6 are true and correct copies of pages from the deposition of Lisa Tobin.

8. Attached hereto as Exhibit 7 are true and correct copies of pages from a February 2004 document production by Defendant.

9. Attached hereto as Exhibit 8 are true and correct copies of pages from Defendant's February 2004 document production.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Plaintiff's counsel to Defendant's counsel in April 2004.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from Plaintiff's counsel to Defendant's counsel in June 2004.

FURTHER AFFIANT SAITH NOT.

__s/Christopher K. Sandberg___________________

Christopher K. Sandberg

Subscribed and sworn to before me
this 21st day of October, 2004.

/Sandra Susan McNeill______________

Notary Public: Minnesota
My Commission Expires: 1-31-2005