ORIGINAL



UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

-vs- File No. _____

Conseco Services, LLC,

Defendant.

---

DEPOSITION OF

JOHN QUINLIVAN

May 6, 2002

10:37 a.m.

VOLUME I

REPORTED BY:

BARBARA J. EGGERTH, R.P.R.

RAY J. LERSCHEN & ASSOCIATES

Q Did anyone in your organization get paid any sales commissions on this second amendment?

MR. CATTANACH: Object as to foundation.

A I don't recall. I don't recall exactly how that worked at the time.

Q As of the execution of this second amendment in March or April of 2000, would Conseco have been considered to be an account of yours here in the Twin Cities or a national account?

A Well, I guess it depends on who you ask. Right when this was getting signed, we were transferring the account from one organization to another organization within my company.

Q Okay. What organizations were those?

A From the Major Account Group to the National Account Group.

Q So, you're not sure of the timing?

A I know it was somewhere give or take a month around March that we got a letter asking to be transferred from Conseco from a gentleman by the name of Erv Willey -- I don't believe Mike was there at the time that I recall -- asking to transfer to another group, and I believe that was around the first of March of this

year.
Q Of 2001 or 2000? I'm sorry. You said "this year."
A Of 2000.
Q So, it was either just before or close to the date this was signed?
A Yes, sir.
Q What was St. Paul still doing at this point? You said there were administrative duties going on here.
A As I recall, Conseco had purchased Green Tree shortly before -- within the past year of this time, I believe, and they had been explaining to us in St. Paul as we were negotiating towards a contract that they were going to have the ability to move forward on the contract. Our concern as an organization when somebody gets purchased is that they lose the authority to sign the contracts, and so we were working down that road to make sure that we would have the ability to move forward, and Erv was assuring us that St. Paul would continue to move in that direction.
Q And I'm sorry. Who was Erv?
A Erv Willey, I believe, was Senior

Vice President or Executive Vice President of Green Tree Financial. I don't remember his exact title, but I know he was a vice president of some sort in the telecommunications end of their business.

Q And from the Green Tree side which was here in the Twin Cities?

A Yes.

Q Okay. And do you know what actually happened? You just gave us his representations of what was going to happen. Do you know what actually came out?

MR. CATTANACH: Object as to foundation.

A Well, we ended up transferring the account to our Nationals group and tried to stay involved to help with the process of transitioning the account. Shortly thereafter, they did get the contract signed out of Indiana which appeared to be what he told us was correct.

Q Okay. After this contract was signed, did you continue to keep track of Conseco's performance with WorldCom?

A I personally didn't. I know some folks that had interest in it within my group from a --

when you transition an account over, you don't exactly cut commissions on that date. So, some folks that had some financial reasons to follow that kept track of what was going on within the account.

Q Okay. And did they tell you anything about what was going on with the Conseco account?

A In regards to the account being signed and the contract getting signed, I knew that the contract got signed and that we were pulling some revenues together from the legacy WorldCom organization and the legacy MCI organization. I don't recall much past that.

Q Let me take it down a level of detail.

A Okay.

Q Do you recall whether you knew whether Conseco was actually making its new 9 million minimum threshold?

A In the beginning as I started to pull these minimums together, we had concerns before the contract was signed and had expressed concerns within the Green Tree organization, not the Conseco -- I should say it was all Conseco now, but the St. Paul folks, the legacy Green Tree folks -- and were assured that they were

going to hit that minimum. So, that is something that in the beginning was an issue, but I really lost site of it shortly after they signed this over.
Q Whose idea was it to go to 9 million?
MR. CATTANACH: Object as to foundation.
A As I recall, Erv had asked us for a $9 million. We had shared that these are the levels you need to be at to bring your rate to X amount of cents per minute. He suggested, as I recall, that, you know, we can hit that. I don't recall exactly the date, but there must have been 15 to 18 people in a room when we specifically discussed the 9 million right towards the end.
Q Why would you as the seller, as WorldCom, be concerned about a client taking on a higher minimum? Why would that concern you?
A Because it always -- it creates a mess within the organization because I would -- I don't know the exact percentages, but I can tell you the majority of the time when a customer does not hit their minimum commitment, it ends up being a negotiation as to how we move

forward. Again, I don't know the percentages, but when it deals with hundreds of thousands of dollars, it doesn't usually happen that we just get a check sent over to us for that minimum with no questions. So, we're concerned when customers want to commit beyond where we feel that they can hit because it creates an issue later; not today, but later down the road it will create an issue.

Q So, if a customer signed up for a $5 million annual minimum and in the first year of that contract you got to the end of the year and added it up, they had only done four and a half million, what would WorldCom want to happen at that point?

MR. CATTANACH: Objection; foundation. Calls for speculation.

A We would send them a bill. What most likely happens is they get an automatically generated system bill for $500,000, if you will. If there's a $500,000 shortfall, they would get a bill for 500,000.

Q So, in Conseco's case here in the second amendment, they would have to have 9 million by the end of the first year after this

amendment was signed?
A That's the way that it appears that during each contract year the minimum is 9 million.
Q And MCI's or WorldCom's system, as you described it, would keep track of the amounts of revenue coming in each month from Conseco?
A As well as the team on accounts this large keeps track of that as well.
Q And you've described the problems that are created when an account doesn't hit its minimum?
A Yeah. It's a problem.
Q Why did you think it would be a problem for Conseco?
A Measuring Conseco's usage and the knowledge that we thought that we had on their competitive provider, we weren't sure that we could see that there would be enough revenue to meet that $9 million minimum.
Q Was WorldCom not their only long-distance carrier at the time?
A No. WorldCom, I believe AT&T, I believe Sprint, and I believe a very small percentage but other small service providers throughout the country. But their two main providers, I

believe, were ourselves and AT&T, and I know Sprint had some business in there as well.
Q So, when you were trying to look at Conseco's ability to make a $9 million annual threshold, what were you looking at?
A The knowledge that we felt we had on the total account and the knowledge that we felt we had on minimums that they owed to other carriers and the overages that could come over to our side of the fence was -- it was concerning to us that in our measurements it wasn't going to be where the -- at the minimum they were signing on for.
Q So, you were concerned about them moving traffic from someone else to MCI?
A If they don't have an overage in, let's call it, AT&T, of their AT&T contract and they move traffic over to us, now they have an issue with AT&T. And I know that issue is going to create just as many challenges as it will on our side.
Q Well, if there were such concerns, why would MCI WorldCom have gone ahead and signed the $9 million amendment?
A In the meeting that I spoke to about with

several people being at that meeting, Erv said in no uncertain terms, I've signed several contracts over the years -- I don't recall that this is the exact verbiage -- but I've never been charged a minimum usage commitment and I never will be, and was very committed that he knew what he was doing. And as I said, there were several people from all different business units of my company as well as there were several people from Green Tree in the room at the time. And our concern was a specific concern that we brought up, and as I recall Erv himself answered the question, and as I recall that's how he answered it was, in other words, Don't ask me again. We'll hit the 9 million. As I said, he ended that with, If we don't, we haven't paid a minimum in the past and we don't intend on paying a minimum.

Q In that same meeting, was there any discussion about what WorldCom would expect if the 9 million minimum were not to be met?

A Yes. And that's where -- we explained that, you know, we need to make sure that we hit the minimum so there's no shortfalls and we avoid the penalties in regards to those shortfalls,

Q So, that anniversary date was a concern?

A That anniversary date was a concern.

Q If Conseco was not meeting the 9 million?

A Yeah. In Dave's opinion, which was correct, if we wait too long, they generate a minimum penalty, if you will, for minimum usage, it changes the way that we have to approach that business because now everybody in the corporation and the executives see that, boy, here's an account that owes us whatever, it becomes more difficult to negotiate future contracts.

Q How did you deal with that issue of the impending anniversary date?

A Well, the first thing that happened as I recall is Dave set-up a meeting for us to meet with Jim Breakey and Mike, I believe at the time, was the first meeting within a matter of a couple weeks. And before I did anything on the minimum, that's what we did was stopped out to see those gentlemen.

Q And what did that discussion include?

A It was more of just an introduction. I had never met Mr. Breakey before. I had never met Mike Sanderson before. It seemed like that

was kind of the new regime for me, and Mike was heading up the account. And they invited us in with Dave, and I believe Bill was there at the time if I recall, to say here's how we want to proceed.

Q And what did they tell you they wanted to do?

A We didn't get to share much time with Mr. Breakey. He walked in and stood at the door and said, you know, You guys got to get these issues resolved, and Mr. Steen and Mr. Hansen are going to get these things resolved for us, and who do you need to make happy, and Mr. Sanderson, we'll work with you but you've got to work with us type of meeting, and that was it. And Mike was involved from that point. It led me to believe that Mike was really our Conseco contact and that Dave and Bill were our contract contacts, if you will, on how we were going to work with the company.

Q What were the issues that Mr. Breakey was saying you had to work out for him?

A I don't recall specifically what issues that he addressed other than to make sure that those minimums weren't going to land on his

desk at the end of the year, and that price-wise if we gave them a more competitive price, were the two major motivations in that.
Q And why would he be concerned about the minimums if he was making the 9 million?
A I believed that he was going to see a shortfall, and I don't recall exactly what that is. I don't recall exactly how many dollars they were going to be short, but I believe that there was a concern that they were going to be short.
Q What did you do after that meeting?
A As I recall, I went back to the office. I got the national account team involved and the folks responsible for the group, explained what the situation was, explained that we would like to have a meeting with all of us together to decide how we can proceed forward, and get our pricing folks involved so that we could stop the minimums on the contract and get a new contract renegotiated.
Q Was there some resolution within WorldCom about the anniversary date being a hard deadline?
A Yes. I believe relatively shortly into the

going to be working?

A I don't recall.

Q Do you recall if he told you any other reasons for the change?

A He didn't specifically tell me the reasons for the change as he could see them. He felt that we did a good job as an organization of working to put this deal together. He said that there was a change in direction at Carmel and that Carmel had decided to handle this directly.

Q And when you say a change in direction at Carmel, to whom are you referring or to what precisely are you referring?

MR. CATTANACH: Objection as to foundation.

A The executives at -- it was always well-known within our organization that we would put everything together and then you would ship it off; whatever moves, adds, changes you needed to make within Conseco, and the final decision was always pulled off by the executives in Carmel. And that those executives had stepped in to make a decision in the Eleventh Hour that they were going to handle the process

directly.
Q I'm sorry. I didn't mean to make that more of a complicated question than it needed to be. When you said "at Carmel," were you referring to WorldCom in Carmel or Conseco in Carmel?
A Conseco.
Q Okay. Thank you. Did you ever hear any names of executives at Conseco in Carmel who had made this change?
A Yes. As I recall, there's Mr. Maybin, who is Richard Maybin. I believe his boss is Gary Brown. Wackworth or Wentworth; Kevin, I believe his name was. They were folks that I was involved with. And there was another gentleman, but I can't remember his name.
Q And those individuals you just named, had those persons been involved in any negotiations in which you were present regarding revising Conseco's contract?
A In all the years that I took care of Green Tree and Conseco, I never met any of those individuals nor were they ever involved in the contract negotiations that I was involved in.
Q Did you ever have any discussions with anyone at Teleplus regarding Conseco paying Teleplus