ORIGINAL



UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

-vs- File No. _____

Conseco Services, LLC,

Defendant.

---

DEPOSITION OF

LISA TOBIN

May 7, 2002

10:14 a.m.

REPORTED BY:

BARBARA J. EGGERTH, R.P.R.

Q Might have, might not?
A I believe I probably would not have.
Q Did anyone from Conseco other than Mr. Sanderson ever talk to you about dealing with Teleplus after that call in late September, early October?
A No.
Q Have you had any conversations with anyone out of Conseco, again after Mr. Sanderson's call, regarding your work with Teleplus?
A Regarding specifics or that I worked with them or that --
Q Let's be as general as we can.
A I mean, certainly I had a conversation with Jennifer LeMere about working with Teleplus.
Q When was that?
A I don't know. I mean, she would ask how it's going and I would say fine and that would be about it. Never anything about specifics.
Q And after the call from Mr. Sanderson in late September, early October, telling you to work with him directly, did you have any conversations with anyone at Conseco about working with Teleplus?
A Other than Mike Sanderson?

Q Other than that one phone call. I'm being as broad as I can.
A Not that I'm aware of no.
Q Did you have any other conversations with Mr. Sanderson after his phone call regarding Teleplus?
A Yes.
Q Could you describe those conversations, please?
A He did mention three or four months ago that they were in litigation.
Q What did he tell you at that time?
A He just asked for my name and Jackie Bach's name. I didn't ask anything about it and he didn't offer anything.
Q Other than that conversation -- which I take was by telephone?
A That's correct.
Q Have you had any conversations with anyone at Conseco regarding Teleplus?
A I don't believe I have.
Q At any time after that call from Mr. Sanderson in late September, early October, have you had conversations with anyone at Verizon regarding your work with Teleplus?