DORSEY

**ROBERT E. CATTANACH**
**(612) 340-2873**
**FAX (612) 340-8800**
**cattanach.robert@dorsey.com**

RECEIVED
FEB 27 2004
By__________

February 26, 2004

Christopher K. Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

Re: Teleplus Consulting, Inc. v. Conseco Services, LLC

Dear Chris:

Enclosed please find additional documents from Conseco regarding the AT&T contract.

Sincerely,

Robert E. Cattanach

Enclosures

# TelePlus v.
# Conseco Services, LLC

# Corporate Legal Files on
# AT&T
# Maintained by Kathy Kiefer

NOTE: PLEASE REVIEW CAREFULLY FOR PRIVILEGED/ATTORNEY WORK PRODUCT DOCUMENTS BEFORE PRODUCING ANY OF THIS FILE