# TelePlus v.
# Conseco Services, LLC

# Corporate Legal Files on AT&T Maintained by Kathy Kiefer

**NOTE: PLEASE REVIEW CAREFULLY FOR PRIVILEGED/ATTORNEY WORK PRODUCT DOCUMENTS BEFORE PRODUCING ANY OF THIS FILE**

11/02

AT&T

LLC

RRD

CONFIDENTIAL
Conseco 302113

12/2/02 Jim Carr, Chris McKee

CFC usage

MCI - $500,000 /mo → almost exclusively used by CFC; other CNC units don't need
AT&T - ~~$~~ $525,000/mo → CNC needs to keep

• current on bills ; MCI bills directly to CFC

Possibilities for creating offset → amend Services - CFC contract to provide CFC owes $ to CIHC (& grant lien in some asset?) & then offset obligation in bktcy

Per Carr - bktcy rule says that you cannot offset obligation which has been assigned w/in 90 days of bktcy filing

☐ See if CFC has any assets to give us lien in → [cannot give lien b/c must share equally & ratably ?]
→ liens in favor of CNC or any sub are excluded; 10 3/4% Notes only permit liens if in favor of CNC

**Wulff, Ramona**

---

**From:** Wirthwein, Kevin [Kevin_Wirthwein@Conseco.com]
**Sent:** Wednesday, September 24, 2003 5:25 PM
**To:** Brown, Gary; McKee, Chris; Austin, Terry
**Subject:** FW: Termination charges

Fyi

These are private line circuits that originate and terminate at cfc. Breakey signed these things without our knowledge under llc.

I'd be happy to pay the term charges out of the half million of theirs we have in escrow.

Breakey is pure slime.

Kw

-----Original Message-----
From: Brake, Robert S, RTSLS [mailto:rbrake@att.com]
Sent: Wed Sep 24 17:12:51 2003
To: Kevin W. Wirthwein (E-mail)
Subject: FW: Termination charges

Kevin, FYI just wanted to let you know that your ex-buddies in Minnesota are more than happy to pin their commitments on you guys. This is regards to the private line WAN.

-----Original Message-----
From: Jim.Breakey@gtservicing.com [mailto:Jim.Breakey@gtservicing.com]
Sent: Wednesday, September 24, 2003 4:58 PM
To: Brake, Robert S, RTSLS
Cc: Jim.Breakey@gtservicing.com; Curt.Beckerleg@gtservicing.com; Bob.Tolley@gtservicing.com
Subject: RE: Termination charges

Bob,
I would suggest that you work through your Conseco Inc. contacts in Carmel on this matter. They should be able to put you in contact with the appropriate attorneys. We really have nothing to do with these contracts.
Jim

"Brake, Robert S, RTSLS" <rbrake@att.com> on 09/24/2003 04:53:40 PM

To: <Jim.Breakey@gtservicing.com>
cc: <Curt.Beckerleg@gtservicing.com>, <Bob.Tolley@gtservicing.com>

CONFIDENTIAL
Conseco 302115