LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 301
660 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003-4335

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
HUGH V. PLUNKETT III
W. JOSEPH BRUCKNER
PATRICIA A. BLOODGOOD*
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
JAMES M. GENIA
*ALSO ADMITTED IN WISCONSIN

OF COUNSEL
DANIEL A. FARBER**
ELIZABETH A. SNELSON
KATHLEEN F. YOUNG
MILDA K. HEDBLOM
**ADMITTED IN WASHINGTON, D.C. ONLY

CHRISTIAN M. SANDE
HEIDI M. DREWES-SILTON
GREGORY J. MYERS
KATHERYN A. ANDRESEN
MARTIN A. CARLSON
YVONNE M. FLAHERTY
RACHEL C. DELICH
DARLA JO BOGGS
MATTHEW R. SALZWEDEL
SUNNY H. KIM***
DAVID J. ZOLL
MARY E. BRIEDÉ
***ADMITTED IN MASSACHUSETTS AND NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN††
KATHLEEN K. MICHELETTI†††
ALLYSON J. HARTLE
REBECCA K. KLETT
RACHEL R. ZAGRABELNY
MARA B. HUMPHREY
NORA C. STEWART
ANDREW M. TANTILLO
JENNIFER A. SWEENEY
† NON-ATTORNEY LOBBYISTS
†† DIRECTOR OF FEDERAL PUBLIC AFFAIRS
††† MANAGER OF STATE GOVERNMENT RELATIONS

April 22, 2004

Ms. Shannon Heim
Dorsey & Whitney, LLP
50 South Fifth Street, Ste. 1500
Minneapolis, MN 55402

TELECOPIER: 612-340-2868
U.S. MAIL

Re: *Teleplus Consulting, Inc. v. Conseco Services, LLC*
Civil File No. 02-CV-212

Dear Ms. Heim:

This letter is to make a final request, pursuant to Local Rule 37.1, that Conseco voluntarily respond to several outstanding discovery requests from Teleplus, in lieu of Teleplus proceeding with a motion to compel.

Based upon the most recent supplemental production you have made, and based upon information we have now received through discovery (including from third-party deponents) about the nature and scope of particular Conseco personnel's involvement in the process of negotiating and finalizing carrier contracts, it is plain that there were in fact emails and other correspondence between Richard Maybin and AT&T, Mr. Maybin and Mr. Sapronov, and potentially others regarding the negotiations for which Teleplus was engaged. To date, none of those email or other correspondence has been produced.

As you know, Teleplus requested (via Requests for Production 1 through 6) copies of all email sent or received by Conseco related to this matter, and documents related to Conseco's email system in general. While Conseco represented that it would respond to Request No. 4 , all Conseco has done to date is to provide emails from two employees' mailboxes, in printed form. Conseco declined to respond to the other Requests on the grounds that they were overbroad, unduly burdensome, and not calculated to lead to the discovery of admissible evidence.

Ms. Shannon Heim
April 22, 2004
Page 2

I believe it is now clear that other email and correspondence relevant to this matter exists or existed (at lest in Mr. Maybin's electronic records) and it is now necessary for Teleplus to have Conseco produce the more complete responses to Requests 1 through 6 that Conseco has been unwilling to provide.

In addition, I see no alternative deposing Messrs. Maybin and Sanderson to attempt to nail down exactly who was saying what to whom when about Teleplus, its performance, and the status of the AT&T negotiations.

I will look forward to speaking with you before I file my motion.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Christopher K. Sandberg

CKS/sm

c: Teleplus Consulting