LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179
TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 301
660 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003-4335
TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
HUGH V. PLUNKETT III
W. JOSEPH BRUCKNER
PATRICIA A. BLOODGOOD*
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
JAMES M. GENIA
*ALSO ADMITTED IN WISCONSIN

OF COUNSEL
DANIEL A. FARBER**
ELIZABETH A. SNELSON
KATHLEEN F. YOUNG
MILDA K. HEDBLOM
**ADMITTED IN WASHINGTON, D.C. ONLY

CHRISTIAN M. SANDE
HEIDI M. DREWES-SILTON
GREGORY J. MYERS
KATHERYN A. ANDRESEN
MARTIN A. CARLSON
YVONNE M. FLAHERTY
RACHEL C. DELICH
DARLA JO BOGGS
MATTHEW R. SALZWEDEL
SUNNY H. KIM***
DAVID J. ZOLL
MARY E. BRIEDE
***ADMITTED IN MASSACHUSETTS AND NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN††
KATHLEEN K. MICHELETTI†††
ALLYSON J. HARTLE
REBECCA K. KLETT
RACHEL R. ZAGRABELNY
MARA B. HUMPHREY
NORA C. STEWART
ANDREW M. TANTILLO
JENNIFER A. SWEENEY

† NON-ATTORNEY LOBBYISTS
†† DIRECTOR OF FEDERAL PUBLIC AFFAIRS
††† MANAGER OF STATE GOVERNMENT RELATIONS

June 3, 2004

Mr. Robert E. Cattanach
Dorsey & Whitney, LLP
50 South Fifth Street, Ste. 1500
Minneapolis, MN 55402

Re: *Teleplus Consulting, Inc. v. Conseco Services, LLC*

Dear Mr. Cattanach:

When we spoke over ten days ago, you indicated that, in response to my letter of April 22, 2004, you were about to respond with Conseco's position on producing additional materials and proceeding to two additional depositions. You also informed me that the two individuals that Teleplus needs to depose are no longer Conseco employees.

As of this morning, I have received nothing from you in response to my letter. Given that silence on your client's part, I am left with little choice but to proceed with a formal motion to the Court to compel discovery, which I had hoped would not be necessary. I will file that motion next week.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Christopher K. Sandberg

CKS/sm

c: Teleplus Consulting