UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2004, I caused the following documents:

**Plaintiff's Notice of Motion and Motion to Compel Discovery**
**Plaintiff's Memorandum in Support of Motion to Compel Discovery**
**Affidavit of Christopher Sandberg with Exhibits**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert Edward Cattanach
cattanach.robert@dorsey.com

Shannon M. Heim
heim.shannon@dorsey.com

A proposed order was e-mailed to Magistrate Judge Lebedoff and all counsel listed above.

Dated: October 21, 2004.

s/ Christopher K. Sandberg

Christopher K. Sandberg, Reg. No. 95485
Attorneys for Plaintiff
Teleplus Consulting, Inc.
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612/339-6900
Fax: 612/339-0981