**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

**Civil File No. 02-CV-212 (JNE/JGL)**

v.

Conseco Services, LLC,

Defendant.

**AFFIDAVIT OF SHANNON M. HEIM IN SUPPORT OF CONSECO SERVICES' OPPOSITION TO TELEPLUS' MOTION TO COMPEL**

STATE OF MINNESOTA :
: ss
COUNTY OF HENNEPIN :

Shannon M. Heim, being first duly sworn, states as follows:

1. I am an attorney licensed to practice in the state of Minnesota and before this Court.

2. I am a member of Dorsey & Whitney LLP, and I am one of the attorneys representing defendant Conseco Services ("Conseco"), in this action. I submit this affidavit in support of Conseco's Opposition to Teleplus Consulting's Motion to Compel.

3. Attached hereto as Exhibit 1 is a true and correct copy of Conseco's Rule 26(a)(1) Disclosure.

4. Attached hereto as Exhibit 2 is a true and correct copy of Stipulation Regarding Discovery and Schedule.

5. Attached hereto as Exhibit 3 is a true and correct copy of Pretrial Scheduling Order.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production and Inspection.

7. Attached hereto as Exhibit 5 is a true and correct copy of *Prentice v. Pizza Hut of America*, 2003 WL 21309047 (8th Cir. 2003).

8. Attached hereto as Exhibit 6 is a true and correct copy of Teleplus's Rule 26(a)(1) Disclosures.

9. Attached hereto as Exhibit 7 is a true and correct copy of June 4, 2004 Letter from R. Cattanach to C. Sandberg.

10. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff's First Set of Requests for Production and Inspection.

11. Attached hereto as Exhibit 9 is a true and correct copy of February 24, 2004 Letter from R. Cattanach to C. Sandberg.

12. Attached hereto as Exhibit 10 is a true and correct copy of November 17, 2003 Letter from S. Heim to C. Sandberg.

13. Attached hereto as Exhibit 11 is a true and correct copy of Letters from S. Heim to C. Sandberg.

FURTHER AFFIANT SAITH NOT.

s/Shannon M. Heim
Shannon M. Heim

Sworn and subscribed to before
me this 28th day of October, 2004.

s/Ramona E. Wulff
Notary Public - Minnesota

My commission expires Jan. 31, 2005.