UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc., Civil File No. 02-CV-212 (JRT/SRN)

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

**RULE 26(a)(1) DISCLOSURE**

TO: Plaintiff above-named and their attorney, Christopher K. Sandberg, Esq., Lockridge Grindal Nauen PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota 55401-2179

Conseco Services LLC ("Conseco") submits the following Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**INTRODUCTORY STATEMENT**

The following disclosures are made based on the information reasonably available to Conseco as of this date. By making these disclosures, Conseco does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Conseco waive its right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevance, undue burden, or any other valid objection. Rather, Conseco's disclosures represent a good faith effort to identify information it reasonably believes is relevant to the factual disputes alleged with particularity in the pleadings, as required by Rule 26(a).

**EXHIBIT 1**

Further, Conseco's disclosures are made without in any way waiving: (1) the right to object on the grounds of confidentiality, privilege, relevancy and materiality, hearsay or any other ground, to the use of any such information, for any purpose, in whole or in part, in this action, in any subsequent proceeding, or any other action; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

**A. Names of Individuals Likely to Have Relevant, Discoverable Information**

Conseco's investigation into the subject matter of the litigation is continuing. At the present time, Conseco has identified the following individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

| Name | Company / Title | Address / Telephone | Subject Matter (1) |
|---|---|---|---|
| Michael Sanderson | Conseco / Director of Telecom Services | Landmark Towers<br>345 St. Peter St.<br>St. Paul, Minnesota<br>(800) 426-4433 | Contract negotiations and contacts between Conseco and telecommunication providers; Conseco's contract with Teleplus and Conseco's and Teleplus' performance thereunder; Contacts with and representations of Teleplus; Conseco's damages |

| | | | |
|---|---|---|---|
| James Breakey | Conseco / Senior Vice President, CIO | Landmark Towers 345 St. Peter St. St. Paul, Minnesota (800) 426-4433 | Contract negotiations and contacts between Conseco and telecommunication providers; Conseco's contract with Teleplus and Conseco's and Teleplus' performance thereunder; Contacts with and representations of Teleplus; Conseco's damages. |
| Kevin Wirthwein | Conseco / A. Vice President Telecom Services | 11825 N. Pennsylvania St. PO Box 1911 Carmel, Indiana (800) 888-4918 | Contract negotiations between Conseco and telecommunication providers. |
| Chris McKee | Conseco / Vice President Information Technology | 11825 N. Pennsylvania St. PO Box 1911 Carmel, Indiana (800) 888-4918 | Contract negotiations between Conseco and telecommunication providers. |
| Richard Maybin | Conseco / Senior Vice President, CIO | 11825 N. Pennsylvania St. PO Box 1911 Carmel, Indiana (800) 888-4918 | Contract negotiations between Conseco and AT&T |
| Laura Carlisle | AT&T / Interim Sales Center Vice President | 11825 N. Pennsylvania St. PO Box 1911 Carmel, Indiana (703) 277-3733 | Contract negotiation between Conseco and AT&T and history of AT&T/Conseco contract. |
| Steve Van Dorselaer | AT&T / Vice President Global Markets | Bridgewater, New Jersey (908) 658-5300 | Contract negotiation between Conseco and AT&T. |
| Robin Hoppe | AT&T / Regional Vice President | Indianapolis, Indiana (973) 326-5535 | Final contract negotiation between Conseco and AT&T |
| Rick Francis | AT&T / Director | Raleigh, North Carolina (919) 870-1781 | Contract negotiation between Conseco and AT&T. |

| | | | |
|---|---|---|---|
| Mike Humes | AT&T / Global Account Manager | Indianapolis, Indiana (317) 816-9525 | Early contract negotiation between Conseco and AT&T and history of AT&T/Conseco contract |
| Mark Young | Sprint / Account Manager | Indianapolis, Indiana | Contract negotiation between Conseco and Worldcom. |
| John Quinlivan | Sprint / Regional Sales Director | Minneapolis, Minnesota | Contract negotiation between Conseco and Worldcom. |
| Walt Sapranov, Esq. | Gerry & Sapranov | Atlanta, Georgia (770) 399-9100 | Final contract negotiation between Conseco and AT&T |
| Named Plaintiff | Consultants | | Presumably have knowledge of their contract with Conseco and performance thereunder, as well as facts related to their claims and defenses |

(1) Limited to time periods relevant to lawsuit.

Conseco's investigation into the subject matter of the litigation is continuing. Conseco believes that, in addition to the persons identified above, several other individuals may possess knowledge of facts relevant to this case. Conseco will supplement its responses with names of additional persons when investigation has revealed the identity of such persons.

**B. Relevant Documents**

Conseco's investigation into the subject matter of this litigation is continuing. All relevant, non-privileged documents will be produced at a time and place mutually agreed upon by counsel. Categories of relevant documents include:

1. Correspondence, both internal and external, regarding Teleplus, telecommunication contracts or terms, or negotiations with telecommunication providers;

2. Meeting summaries and related materials with regard to meetings among and between Conseco and Teleplus and/or telecommunication providers;

3. Excerpts and summaries of telecommunication contract tariffs, including those compiled by Teleplus;

4. Telecommunication contracts;

5. Contract between Conseco and Teleplus;

6. Invoices, bills and related materials stemming from the contracts identified in item 4 and 5 above;

7. Proposed lists and descriptions of telecommunication services, contract and tariff terms, rates or other provisions, and related analyses and documents presented to Conseco by telecommunication providers or prepared by Conseco or Teleplus.

All or substantially all of the documents referenced herein are located at the offices of Conseco, Landmark Towers, 345 St. Peter Street, St. Paul, Minnesota 55102.

**C. Computation of Damages**

Cost of retaining third party to complete contract negotiations -- $68,000.00; cost of delay -- approximately $1 million.

Conseco's investigation into the subject matter of this litigation is continuing. All relevant, non-privileged documents supporting these damage calculations will be produced at a time and place mutually agreed upon by counsel.

**D. Insurance**

Conseco is currently aware of none.

Dated: February 22, 2002

DORSEY & WHITNEY LLP

By ______________________

Robert E. Cattanach (0153734)
Jeffrey S. Dillen (0291833)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco

**CERTIFICATE OF SERVICE BY MAIL AND FACSIMILE**

STATE OF MINNESOTA )
) SS
COUNTY OF HENNEPIN )

Sherry Leboeuf, being first duly sworn, on oath, deposes and states on the 22nd day of February 2002, she did send by United States Mail, an envelope addressed to:

Christopher K. Sandberg, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55402

the last known address of said addressee(s) in which envelope she had first placed a true and correct copy of:

**Rule 26(a)(1) Disclosure**

Sherry Leboeuf

Subscribed and sworn to before me
this 22nd day of February 2002

Notary Public

DIANNA L. BREYMEIER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005