UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc., Civil File No. 02-CV-212 (JRT/SRN)

Plaintiff,

v.

**STIPULATION REGARDING REVISED SCHEDULE**

Conseco Services, LLC,

Defendant.

The Parties hereby stipulate to a revision in the trial schedule initially established by Magistrate Judge Susan Richard Nelson on February 28, 2002. The parties stipulate to the following:

1. Discovery completed – September 2, 2003.
2. Disclosure of expert witnesses – by Plaintiff, July 1, 2003 – by Defendant, August 1, 2003.
3. Non-dispositive motions – September 15, 2003.
4. Dispositive motions – October 31, 2003.
5. Ready for trial – February 2, 2004.

The Parties further stipulate that a proposed Order will be submitted to the Court as soon as is practicable.

**EXHIBIT 2**

DATED: JUNE 17, 2003

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________
Christopher K. Sandberg #95485
Suite 2200, 100 Washington Avenue South
Minneapolis, MN 55401
Telephone: (612) 339-6900

Attorneys for Teleplus Consulting, Inc.

DORSEY & WHITNEY LLP

By ______________________
Robert E. Cattanach (0153734)
Shannon M. Heim (0309771)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC