**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

- - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JRT/SRN)

**PLAINTIFF'S RULE 26(a) DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff Teleplus Consulting, Inc ("Teleplus" or "Plaintiff"), through its attorneys, hereby provides the following required disclosures:

**(1) Names and (if known) addresses of individuals likely to have discoverable information.**

Teleplus Consulting, Inc.

David E. Steen
Teleplus Consulting, Inc.
Suite 250
6889 Rowland Road
Eden Prairie, MN 55344-3380

William Hansen
Teleplus Consulting, Inc.
Suite 250
6889 Rowland Road
Eden Prairie, MN 55344-3380



**EXHIBIT 6**

Conseco Services, LLC

James R. Breakey
CIO Technology Services- Conseco
345 St. Peter Street
Saint Paul, MN 55102

Mike Sanderson
Director Telecommunications- Conseco
345 St. Peter Street
Saint Paul, MN 55102

Kevin Wirthwein
Assistant Vice President- Information Technology- Conseco
11825 North Pennsylvania Street
P.O. Box 1911
Carmel, IN 46082

Richard Maybin
Chief Technology Officer- Conseco
11825 North Pennsylvania Street
P.O. Box 1911
Carmel, IN 46082

**(2) Documents plaintiff may use to support its claims.**

Documents are available for review at Plaintiff's attorneys' offices.

**(3) Computation of damages.**

Plaintiff's damages cannot be computed until discovery reveals the nature and extent of Defendant's use of telecommunications services after receiving Plaintiff's recommendations.

**(4) Insurance agreement(s).**

None.

**Plaintiff will supplement these disclosures as appropriate.**

DATED: March 11, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________

Christopher K. Sandberg #95485
Suite 2200
100 Washington Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981