DORSEY

ROBERT E. CATTANACH
(612) 340-2873
FAX (612) 340-8800
cattanach.robert@dorsey.com

June 4, 2004

**VIA FACSIMILE**

Christopher K. Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

Re: Teleplus Consulting, Inc. v. Conseco Services, LLC

Dear Mr. Sandberg:

I received your letter dated June 3, 2004 this morning. As I indicated in our previous phone call, we have already searched for the documents you requested and found none. Nevertheless, in an abundance of caution I instructed the personnel at Conseco to search once again. That was done. No additional documents were found. I'm not sure what else I can say that will make it more clear. There is nothing else to provide you.

With respect to your request for additional depositions after the close of discovery, as I indicated to you in our phone conversation and as we have stated repeatedly, we cannot agree. You have already taken Mr. Sanderson's deposition. You certainly had the opportunity to take Mr. Maybin's deposition prior to the close of discovery and chose not to do so. There is no reason to reopen discovery now. We believe doing so not only would be inappropriate, but a complete waste of time and resources. If you have any support for "good cause" that you intend to show in your motion, I would certainly like to see it before the motion is filed. Otherwise, I believe you are barred from further discovery by the terms of the Pretrial Order.

Sincerely,

Robert E. Cattanach



EXHIBIT 7