DORSEY
DORSEY & WHITNEY LLP

ROBERT E. CATTANACH
(612) 340-2873
FAX (612) 340-8800
cattanach.robert@dorsey.com

February 24, 2004

Christopher K. Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

Re: Teleplus Consulting, Inc. v. Conseco Services, LLC

Dear Chris:

Enclosed for your information are two agreements which I just received from Conseco. As you will see, they were both entered into after the litigation began, and while we make no concession as to whether they are relevant or responsive to any discovery, in an abundance of caution I am providing them to you.

Sincerely,

Bob

Robert E. Cattanach

Enclosures



**EXHIBIT 9**