DORSEY

SHANNON M. HEIM
Attorney
(612) 340-8899
FAX (612) 340-8800
heim.shannon@dorsey.com

November 17, 2003

**VIA MESSENGER**
Christopher Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

**Re:** ***Teleplus Consulting, Inc. v. Conseco Services, LLC***

Dear Mr. Sandberg:

Please find enclosed the Conseco billing CDs Teleplus requested. The months included are November 2001, December 2001 and June 2003.

November 26, 2003 works to complete the depositions of David Steen and William Hansen. Do you require a Notice? We propose commencing at 10:00 a.m. with Mr. Hansen.

Sincerely,

Shannon M. Heim

SMH:rew

Enc.
c: Robert E. Cattanach, Esq. (w/o enc.)



**EXHIBIT 10**