# DORSEY & WHITNEY LLP

MINNEAPOLIS
NEW YORK
SEATTLE
DENVER
WASHINGTON, D.C.
NORTHERN VIRGINIA
DES MOINES
LONDON
ANCHORAGE
SALT LAKE CITY
BRUSSELS

SUITE 1500
50 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402-1498
TELEPHONE: (612) 340-2600
FAX: (612) 340-2868
www.dorseylaw.com

**ANGELA M. HALL**
**(612) 340-8807**
**FAX (612) 340-8800**
**hall.angela@dorseylaw.com**

COSTA MESA
BILLINGS
FARGO
HONG KONG
GREAT FALLS
ROCHESTER
TOKYO
MISSOULA
VANCOUVER
TORONTO
SHANGHAI

June 12, 2002

**VIA MESSENGER**

Christopher K. Sandberg, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55402

Re: Teleplus Consulting, Inc. v. Conseco Services, LLC
File No. 02-CV-212 (JRT/SRN)

Dear Mr. Sandberg:

Enclosed please find additional documents responsive to Plaintiff's document requests including two compact disks containing AT&T billing records, Verizon billing records, an executed agreement with WorldCom and several drafts of the WorldCom agreement.

Very truly yours,

Angela M. Hall

AMH/aj
Enclosures
cc: Mr. Michael Sanderson (w/o enc.)

bcc: Robert E. Cattanach, Esq. (w/o enc.)
Gwen J. Zimmerman (w/o enc.)

**EXHIBIT 11**

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3475 |
| CONNECTION TEL | 336##16123390981PP |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 06/13 16:03 |
| USAGE T | 01'22 |
| PGS. | 4 |
| RESULT | OK |

# DORSEY & WHITNEY LLP

MINNEAPOLIS
NEW YORK
SEATTLE
DENVER
WASHINGTON, D.C.
NORTHERN VIRGINIA
DES MOINES
LONDON
ANCHORAGE
SALT LAKE CITY
BRUSSELS

SUITE 1500
50 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402-1498
TELEPHONE: (612) 340-2600
FAX: (612) 340-2868
www.dorseylaw.com

COSTA MESA
BILLINGS
FARGO
HONG KONG
GREAT FALLS
ROCHESTER
TOKYO
MISSOULA
VANCOUVER
TORONTO
SHANGHAI

## FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

DATE: **June 13, 2002** TOTAL # OF PAGES (INCLUDING THIS COVER SHEET): **4**

| | | | |
|---|---|---|---|
| TO: | **Christopher K. Sandberg, Esq.** | FAX #: | **(612) 339-0981** |
| FIRM NAME: | **Lockridge Grindal Nauen P.L.L.P.** | TELEPHONE #: | **(612) 339-6900** |
| FROM: | **Angela M. Hall** | FAX #: | **(612) 340-8800** |
| TELEPHONE #: | **(612) 340-8807** | EMAIL: | **hall.angela@dorseylaw.com** |

COMMENTS:

DORSEY

SHANNON M. HEIM
Attorney
(612) 340-8899
FAX (612) 340-8800
heim.shannon@dorsey.com

December 17, 2003

**VIA MESSENGER**
Christopher Sandberg, Esq.
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

**Re:** ***Teleplus Consulting, Inc. v. Conseco Services, LLC***

Dear Mr. Sandberg:

This letter responds to your December 9, 2003 letter regarding discovery. Conseco believes the parties have had a misunderstanding regarding discovery and intend this letter to clarify our position.

Conseco continues to object to Teleplus' Request for Production No. 8 because it is unduly burdensome and overbroad. Conseco has attempted to provide the specific documents Teleplus has requested, allegedly under the auspices of No. 8. Teleplus' allegations of a "complete refusal by Conseco to respond to Teleplus' discovery" contradicts the conversations and documents exchanged between the parties. Conseco will not accept the premise that Teleplus may pose an unfairly broad document request and use it carte blanche to demand any documents that it belatedly realizes it should have properly requested when discovery was still open.

Teleplus' demand for documents related to MCI and Verizon surprise me. My understanding was Teleplus did not require those documents since they are not readily available, represent a small portion of the telecommunications services at issue in this case, and the cap in the Teleplus contract allegedly owed to Teleplus is met by the AT&T savings. This understanding was based on conversations with David Steen and William Hansen at Teleplus during document review in November 2003.

I am sure you are aware that the telecommunications services of MCI and Verizon were obtained for the sole benefit of Conseco Finance, now known as Green Tree Finance ("Green Tree"). Conseco divested Green Tree and that situation limits our access to documents unrelated to Conseco. Conseco can only provide what it possesses, but in the spirit of compromise Conseco will attempt to retrieve the MCI documents.

DORSEY



As I have indicated previously, we are willing to produce the MARC attainment records currently in Conseco's possession. They are included with this letter, bates numbers 300000 to 300184. Conseco does not retain these documents as a regular course of business. We have created clean copies of the documents for your use.

In the process of retrieving the MARC attainment reports, it came to my attention that Conseco renegotiated its contract with AT&T when Green Tree was divested from Conseco. I am enclosing the contract with this letter, bates numbers 300185 to 300203. You will see the annual MARC was decreased from $25 million to $7 million.

If you have any questions or would like to discuss any of these issues further, please do not hesitate to call.

Sincerely,

Shannon M. Heim

SMH:rew
Enc.
c: Robert E. Cattanach, Esq.

DORSEY

SHANNON M. HEIM
(612) 340-8899
FAX (612) 340-8800
heim.shannon@dorsey.com

December 23, 2003

**VIA MESSENGER**
Christopher Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

**Re:** ***Teleplus Consulting, Inc. v. Conseco Services, LLC***

Dear Mr. Sandberg

This letter responds to your December 19, 2003 letter. I would like to give you an update on Conseco's efforts to retrieve the MCI and Verizon data you requested.

Conseco has not refused to provide the documents requested by Teleplus, but as I indicated in my December 17, 2003 letter, Conseco Services does not have, nor has it ever had, physical custody of the MCI or Verizon records. Since divestiture of the Conseco Finance business, retrieval of those documents has become more difficult. However, we are attempting to obtain what records exist and I believe we will be able to retrieve the documents. I am attaching MCI summary sheets and one month of Verizon data. Please consider all of these documents produced pursuant to the Protective Order. We are working on the remainder of the Verizon documents.

Conseco believes Teleplus' threat to file a Motion to Compel is premature. As soon as I receive the documents, I will review them and forward them to you. I suggest to you that no purpose will be served by filing a Motion to Compel. We are doing everything we can to get you those documents that we can.

If you would like to discuss any of these issues, please do not hesitate to call.

Sincerely,

Shannon M. Heim

Shannon M. Heim

SMH:rew
Enc.
c: Robert E. Cattanach, Esq. (w/o enc.)

DORSEY

SHANNON M. HEIM
(612) 340-8899
FAX (612) 340-8800
heim.shannon@dorsey.com

January 13, 2004

**VIA MESSENGER**
Christopher Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

**Re:** ***Teleplus Consulting, Inc. v. Conseco Services, LLC***

Dear Mr. Sandberg

Please find enclosed the remainder of the bills Green Tree Finance has received from Verizon Wireless. The bates range for the documents are Conseco 300204 to 302080. Conseco considers these documents to be confidential.

I believe these documents complete the discovery that Teleplus requested from Conseco. If that understanding is not correct, please let me know immediately.

Sincerely,

Shannon M. Heim

SMH:rew
Enc.
c: Robert E. Cattanach, Esq. (w/o enc.)

DORSEY

**ROBERT E. CATTANACH**
**(612) 340-2873**
**FAX (612) 340-8800**
**cattanach.robert@dorsey.com**

February 26, 2004

Christopher K. Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179

Re: Teleplus Consulting, Inc. v. Conseco Services, LLC

Dear Chris:

Enclosed please find additional documents from Conseco regarding the AT&T contract.

Sincerely,

Robert E. Cattanach

Enclosures