**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

Civil File No. 02-CV-212 (JNE/JGL)

v.

Conseco Services, LLC,

Defendant.

**AFFIDAVIT OF JEFF GABBARD**

STATE OF INDIANA :
: ss
COUNTY OF HAMILTON :

Jeff Gabbard, being first duly sworn, states as follows:

1. I have personal knowledge of the facts set forth in this Affidavit and if called I could competently testify thereto.

2. I am the Desktop Support Manager in the Information Technology Department at Conseco Services LLC ("Conseco"). I have been employed by Conseco for 7 years.

3. In June 2004, my staff traveled to the home of former Conseco employee Richard Maybin to retrieve the information from his hard drive. The hard drive contained no data relevant to Teleplus or this litigation.

FURTHER AFFIANT SAITH NOT.

JEFF GABBARD

Sworn and subscribed to before me this 28th day of October, 2004.

Notary Public