# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2004, I electronically filed the foregoing documents:

Conseco Services Opposition to Motion to Compel;

Affidavit of Shannon M. Heim in Support of Conseco Services' Opposition to Teleplus' Motion to Compel; and

Affidavit of Jeff Gabbard

with the Clerk of Court by using the ECF which will send a notice of electronic filing to the following parties:

Christopher Sandberg
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
e-mail: cksandberg@locklaw.com

s/Shannon M. Heim
Shannon M. Heim
MN Bar No. 309771
Dorsey & Whitney LLP
50 South Sixth St., Ste. 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
e-mail: heim.shannon@dorsey.com