# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services,

Defendant.

## COURT MINUTES

BEFORE: Jonathan G. Lebedoff
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 02-cv-212 (JNE/JGL) |
| Date: | November 4, 2004 |
| Court Reporter: | none |
| Tape Number: | not available |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:45 a.m. |
| Time in Court: | 0 Hours & 15 Minutes |

APPEARANCES:

For Plaintiff: Christopher Sandberg, Esq.
For Defendant: Robert Cattanach and Shannon Heim, Esqs.

Interpreter / Language: English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT**

Motion hearing on Plaintiff's Motion to Compel Discovery (Doc. No. 43). The motion was denied from the Bench.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Adrienne Meyers
Signature of Judicial Law Clerk