**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TELEPLUS CONSULTING, INC.**, Civil No. 02-0212 (JNE/JGL)

Plaintiff,

v. **O R D E R**

**CONSECO SERVICES L.L.C.**,

Defendant.

APPEARANCES

Christopher Sandberg, Esq. for Plaintiff
Robert Cattanach and Shannon Heim, Esqs. for Defendant

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on November 4, 2004 on Plaintiff's Motion to Compel Discovery. The motion was denied from the Bench.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (Doc. No. 43) is **DENIED**.

Dated: November 4, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge