**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil Action No. 02-CV-212 (JNE/JGL)

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF TIMOTHY J. NANTELL AND OTHER TESTIMONY**

**PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure, Minnesota Local Rule 39.1, Plaintiff Teleplus Consulting, Inc. moves the Court for an Order excluding the testimony of Defendant's expert witness, Timothy J. Nantell and other testimony barred by Fed. R. Evid. 402, 403 and 702. The grounds for this motion are set forth in the accompanying memorandum.

This motion is based upon the files, records and proceedings herein, the memorandum of law served and filed herewith, and the argument of counsel at the hearing.

Dated: June 20, 2005

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/Christopher K. Sandberg
Christopher K. Sandberg #95485
Darla Jo Boggs #314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

**ATTORNEYS FOR PLAINTIFF TELEPLUS CONSULTING, INC.**