**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-212 (JNE/JGL)

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

**DECLARATION OF CHRISTOPHER K. SANDBERG IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY**

I, Christopher K. Sandberg, being first duly sworn under oath, state that:

1. I am a partner in the law firm of Lockridge Grindal Nauen P.L.L.P. and am the attorney for Plaintiff Teleplus Consulting, Inc. in this litigation.

2. I submit this declaration in support of Plaintiff's motion in limine to exclude expert testimony.

3. Attached hereto as exhibits are true and correct copies of the following documents:

Exhibit A – E-mail to Michael Sanderson from William ("Bill") Hansen, dated February 1, 2001 (Hansen Depo. Ex. 202).

Exhibit B – E-mail to Michael Sanderson and Daniel Rosenbaum from William ("Bill") Hansen, dated February 15, 2001 (T0010).

Exhibit C - Testimony from Laura Carlisle Deposition Volume I, dated May 29, 2002 and Volume II, dated August 7, 2003.

Exhibit D - Letter to William ("Bill") Hansen, Teleplus from Michael Humes, AT&T, dated March 23, 2001, and email to William ("Bill") Hansen from Michael Humes dated March 26, 2001 (T0070-73).

Exhibit E - Collection of e-mail messages between Laura Carlisle, Richard Maybin, James Breakey, and Michael Sanderson (Francis Depo. Ex. 206).

Exhibit F – E-mail to William ("Bill") Hansen, David Steen and Michael Sanderson from Richard Francis, dated April 25, 2001 (Francis Depo. Ex. 204).

Exhibit G - Testimony from Richard Francis Deposition, dated September 3, 2003.

Exhibit H – E-mail to Moses Gaynor from Timothy Andres, dated April 24, 2001(Francis Depo. Ex. 217).

Exhibit I –E-mail to David Steen, William ("Bill") Hansen from Michael Sanderson, dated April 30, 2001, with attached Conseco Deal Construct (Francis Depo. Ex. 208).

Exhibit J - Conseco Deal Construct, dated May 3, 2001, Teleplus Counter Offer (Francis Depo. Ex. 211).

Exhibit K - Conseco / AT&T Deal Sheet, dated July 1, 2001, Teleplus Counter Offer to AT&T (Francis Depo. Exs. 215 and 216).

Exhibit L - Series of e-mail messages between Larry Ewing, James Breakey, Michael Sanderson, Laura Carlisle, William ("Bill") Hansen, and David Steen, dated July 11 and 12, 2001, with attached Conseco / AT&T Deal Sheet dated July 10, 2001 (Francis Depo. Ex. 210).

Exhibit M - Series of e-mail messages between Michael Humes, Richard Maybin, Laura Carlisle, James Breakey, and Michael Sanderson, dated April 3, 2001, March 30, 2001, March 27, 2003, and March 19, 2001 (Carlisle Depo. Ex. 105).

Exhibit N - Agreement between Teleplus Consulting, Inc. and Conseco Services, LLC, dated February 12, 2001 (Hansen Depo. Ex. 204).

Exhibit O - Agreement between Teleplus Consulting, Inc. and ADC Communications, Inc., dated November 14, 2002 (Hansen Depo. Ex. 201).

Exhibit P - Letter to AT&T, Kenneth Sichau from James Breakey, dated June 5, 2001 (Carlisle Depo. Ex. 106).

Exhibit Q – E-mails to Michael Sanderson from William ("Bill") Hansen, dated September 18, 2001 (Breakey Depo. Ex. 218).

Exhibit R - Conseco Contract Tariff Number 13673, dated September 11, 2001 (Francis Depo. Ex. 203).

Exhibit S - Letter to David Steen, Teleplus Consulting, Inc. from James Breakey, Conseco Finance, dated October 26, 2001; and Teleplus Consulting, Inc. Invoice #2453, dated October 1, 2001 (CONSECO 101717).

Exhibit T - Richard A. Kuehn, *The Great Stall*, Business Communications Review, Sept. 2001 (T0194-95).

Exhibit U - Series of e-mail messages between James Breakey, Michael Sanderson, David Steen, Michael Humes, Richard Maybin, Laura Carlisle, William ("Bill") Hansen, date range includes: October 30, 2001, April 3, 2001 March 30, 2001, March 27, 2001, March 23, 2001, March 19, 2001, and April 9, 2001 (T2174-75, T0075-79, and T2105-06).

Exhibit V - Amended Report of Timothy J. Nantell dated August 4, 2003.

Exhibit W - Collection of e-mail messages between Michael Sanderson, James Breakey, William ("Bill") Hansen, David Steen, Steven. Van Dorselaer, Kevin Wirthwein, Larry Ewing, date range includes: October 30, 2001, June 13, 2001, June 27, 2001, June 28, 2001, June 29, 2001, July 12, 2001, and July 11, 2001, (T2465-67, T2311-12, T2497-99, T2485-87, T2491-96, T0163-65, and T0167-70).

Exhibit X - Testimony from James Breakey Deposition Volume I, dated August 28, 2002 and Volume II, dated November 26, 2002.

Exhibit Y - *Loop Corp. v. McIlcroy*, No. A04-362, unpublished, 2004 WL 2221619 (Minn. Ct. App. 2004), *rev. denied* (Minn. Dec. 22, 2004).

s/Christopher K. Sandberg
Christopher K. Sandberg

Dated: June 20, 2005