✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

**PLAINTIFF'S TRIAL EXHIBIT LIST**

Case Number: 02-CV-212 JNE/JGL

PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach

TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | 2000 AT&T Contract with Conseco (T0766 – T0806) |
| 2 | | | | | 2000 MCI WorldCom Contract with Conseco (T1366 0- T1403) |
| 3 | | | | | 04/2000 MCI WorldCom Service Agreement with Conseco. (No T or C number) |
| 4 | | | | | 08/10/00 Conseco and AT&T deal points for negotiation of new telecommunications services agreement. |
| 5 | | | | | 01/26/01 E-mail to David Steen from Mike Sanderson with Conseco Redline Consulting Services Agreement (T2474 – T2478) |
| 6 | | | | | 02/12/01 Consulting Services Agreement between Teleplus and Conseco (T0001 – T0003) Hansen Depo. Exh. 204 |
| 7 | | | | | 02/14/01 and 02/15/01 research notes from meeting (T0006 – T0009) |
| 8 | | | | | 02/28/01 meeting notes. Attended by AT&T, Conseco, and Teleplus. (T0256) |
| 9 | | | | | 02/28/01 MCI meeting notes attended by MCI, Conseco, Teleplus. (T0039) |
| 10 | | | | | 03/01/01 Doc. 7 Bill Hansen letter to Mike Humes (AT&T) re documentation of 02/28/01 meeting with attachments showing that Conseco has downsized. (T0258 – T0267) |
| 11 | | | | | 03/06/01 Letter to Bill Hansen from Mike Humes re response to his letter of 03/01/01 expressing Conseco's desire to execute the Business Downturn clause of their Onenet contract. (T0037 – T0038) |
| 12 | | | | | 03/12/01 Letter to Bill Hansen from Mark Young re MCI WorldCom's response to meeting and follow-up documentation. (T0050 – T0053) |
| 13 | | | | | 03/14/01 Doc. 10 E-mail to Mike Humes from Bill Hansen re Jim Breakey's request to Teleplus to change venue on the account team coverage. (T0275) |
| 14 | | | | | 03/15/01 Letter to Mike Sanderson from Bill Hansen responding to MCI WorldCom's comments. T0041 – T0043) |
| 15 | | | | | 03/15/01 Letter to James Breakey from Richard Higgins re follow-up on 03/14/01 phone conversation. (T0065 – T0066) |
| 16 | | | | | 03/23/01 Doc. 12 Mike Humes letter to Bill Hansen re contract situation, solution to shortfall, and proposed contract improvements. (T0070-T0073) |
| 17 | | | | | 03/27/01 E-mail to Gary Brown, Jim Breakey from Richard Maybin re Conseco will "stick to their story" that ATT has gouged Conseco. (T0080 – T0083) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

# PLAINTIFF'S TRIAL EXHIBIT LIST

Case Number: 02-CV-212 JNE/JGL

PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach

TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | | | | 03/27/01 E-mail to Bill Hansen and Dave Steen from Mike Sanderson dated 3-27-01 re Telephone Call with Robin Hoppe. (C100574) |
| 19 | | | | | 03/29/01 Conseco meeting notes. Attended by David Steen and Bill Hansen of Teleplus. (T0309 - T0310) |
| 20 | | | | | 04/03/01 E-mail to Gary Brown, Jim Breakey from Richard Maybin re attached e-mail from Laura Carlisle to Richard Maybin introducing herself as Richard Higgins' replace (he retired) (T2197 – T2203) |
| 21 | | | | | 04/03/01 E-mail to Mike Sanderson, Curt Beckerleg, Richard Maybin from Jim Breakey re Breakey claims lead with AT&T negotiations. (T2174 – T2203) |
| 22 | | | | | 04/06/01 Strategic Options for Bill Hansen meetings on 04/06/01 and 04/18/01 with Jim Breakey as possible options. (T0084 – T0091) |
| 23 | | | | | 04/09/01 E-mail to David Steen from Bill Hansen re Conseco strategy bullet points. (T2107 – T2113) |
| 24 | | | | | 04/9/01 e-mail to Mike Sanderson from Jim Breakey re AT&T contract strategy discussions. (T2105 – T2106) |
| 25 | | | | | 04/10/01 e-mail from Mike Sanderson to Jim Breakey announcing a meeting with ATT for 04/23/01. (Conseco 101245 – Conseco 101247) |
| 26 | | | | | 04/11/01 Mike Sanderson letter to Steve Van Dorselaer re resolve the contract and service issues. (T0099 – T0101) |
| 27 | | | | | 04/11/01 e-mail to Curt Beckerleg, Jim Breakey, Gary Brown, Dave Steen from Mike Sanderson re draft letter to AT&T restating Conseco's contract requirements. (T2479 – T2482) |
| 28 | | | | | 4/11/01 e-mail to Jim Breakey, Curt Beckerleg, Gary Brown, Chris McKee, Kevin Wirthwein, Dave Steen from Mike Sanderson re draft AT&T Services Issues letter (attached). (T2455 – T2456) |
| 29 | | | | | 04/17/01 e-mail to Steve Van Dorselaer (AT&T) from Mike Sanderson re letter regarding the Conseco contract and service issues (attachment). (T2433 - T2436) |
| 30 | | | | | 04/17/01 e-mail to Mike Sanderson from Jim Breakey (via Pamela Stokes) re Conseco Deal Construct. (Conseco 101345-Conseco 101346) |
| 31 | | | | | 04/18/01 e-mail to Jim Breakey from Bill Hansen re draft letter to Vince Corica (WorldCom) requesting Conseco account to be moved to Major Markets segment in the Twin Cities. (T2204 – T2205) |
| 32 | | | | | 04/20/01 e-mail to Mike Sanderson from Richard Francis re spreadsheet that depicts the revenue generation and commitment that AT&T will require in order to get Conseco to the CPM's that you require. (T2181 – T2187) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

## PLAINTIFF'S TRIAL EXHIBIT LIST

Case Number: 02-CV-212 JNE/JGL

| PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach |
|---|---|---|
| TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 33 | | | | | 04/24/01 e-mail to Bill Hansen, Dave Steen from Mike Sanderson re transfer connect rates. (T2190 – T2193) |
| 34 | | | | | 04/24/01 e-mail to Moses Gaynor from Tim Andres re proposed Conseco offer. |
| 35 | | | | | 04/25/01 e-mail to Bill Hansen, Dave Steen, Mike Sanderson, Curt Beckerleg, Curtis Pelarski, Laura Carlisle from Richard Francis re minutes from 4/23/01 on how AT&T has developed the new deal for Conseco. (T2445 – T2447) |
| 36 | | | | | 04/30/01 e-mail to Mike Sanderson from Mike Smith re meeting on May 8 to resolve contract issues. (T2488 – T2490) |
| 37 | | | | | 04/30/01 e-mail to Dave Steen, Bill Hansen from Mike Sanderson re 4/30/01 e-mail to Steve Van Dorselaer from Laura Carlisle re Conseco Deal Summary dated 4/30/01. (T2118 – T2119) |
| 38 | | | | | 05/2/01 e-mail to Jim Breakey from Bill Hansen re Conseco MARC Sizing (attached letter to Michael Humes documenting conference call and Conseco's current "run rate.") (T2165 – T2166) |
| 39 | | | | | 05/2/01 e-mail to Mike Sanderson from Bill Hansen attaching redlined revised Conseco Deal Construct dated 5/2/01. (T2465 – T2467) |
| 40 | | | | | 05/3/01 e-mail to Jim Breakey from Mike Sanderson re Mike's discussions with Kevin Wirthwein. Feels $23 million is their comfort level. (T2311 – T2312) |
| 41 | | | | | 05/03/01 Conseco Deal Construct (with edits from 04/30/01 version) |
| 42 | | | | | 05/8/01 e-mail to Mike Sanderson from Bill Hansen re AT&T Offer Impact on MARC. (T2317 – T2319) |
| 43 | | | | | 05/9/01 e-mail to Mike Sanderson from Bill Hansen re WorldCom's verbal offer to Conseco through Teleplus. (T2103 – T2104) |
| 44 | | | | | 06/1/01 e-mail to Rick Francis from Mike Sanderson re follow-up to 5/30/01 conversation with attached spreadsheet identifying the commitment level appropriate for Conseco. (T2421 – T2424) |
| 45 | | | | | 06/4/01 e-mail to Dave Steen, Bill Hansen from Nancy Drake re AT&T organization structure (attached). (T2453 – T2454) |
| 46 | | | | | 06/5/01 e-mail to Mike Sanderson, Jim Breakey from Bill Hansen re draft letter to Ken Sichau re frustrations with AT&T. (T2425 – T2426) |
| 47 | | | | | 06/7/01 e-mail to Bill Hansen from John Ridler re Sprint PCS thanking him for opportunity to make wireless solution to Conseco. (T2461 – T2462) |
| 48 | | | | | 06/15/01 e-mail to David Steen from Jim Breakey re Breakey's e-mail to Steve Van Dorselaer re Conseco's downturn and AT&T not recognizing it. (T2497 – T2499) |
| 49 | | | | | 06/15/01 e-mail to Steve Van Dorselaer from Jim Breakey re Breakey talks MARC and clears price of $.030 per minute. (T2497 – T2499) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

# PLAINTIFF'S TRIAL EXHIBIT LIST

Case Number: 02-CV-212 JNE/JGL

| | | |
|---|---|---|
| PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach |
| TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | 06/17/01 MCI Amendment (7) offer to Conseco. (T0158 – T0160) |
| 51 | | | | | 06/22/01 AT&T Activity Summary. This is Mike Sanderson's response to Jim Breakey questions "what happened" and "what now"? (T0151 – T0152) |
| 52 | | | | | 06/27/01 draft letter to Steve Van Dorselaer from Jim Breakey re calculating the Conseco MARC. (T0161 – T0162) |
| 53 | | | | | 06/28/01 e-mail to Kevin Wirthwein, Jim Breakey from Mike Sanderson re Revised MARC analysis. (T2468 – T247) |
| 54 | | | | | 06/28/01 e-mail to Dave Steen, Bill Hansen from Mike Sanderson re addition to the AT&T proposal. (T2484) |
| 55 | | | | | 06/28/01 e-mail to Kevin Wirthwein, Jim Breakey from Mike Sanderson re revised MARC analysis. (T2491 – T2496) |
| 56 | | | | | 06/29/01 e-mail to Jim Breakey from Bill Hansen re Conseco Deal Construct dated 4/30/01 (attached), voice traffic chart (attached), Rick Francis minutes from 4/23/01 meeting with Conseco and AT&T. (T2502 – T2508) |
| 57 | | | | | 07/01/01 Conseco/AT&T Deal Sheet |
| 58 | | | | | 07/12/01 e-mail to Mike Sanderson from Jim Breakey re AT&T Counter Proposal. Attached is Conseco/AT&T Deal Sheet originally dated 7/1/01 and redline dated 7/10/01. (T0163 – T0165). |
| 59 | | | | | 07/12/01 e-mail to Mike Sanderson from Jim Breakey re letter to Ken Sichau. (T0167 – T0170) |
| 60 | | | | | 07/12/01 letter to Ken Sichau from Jim Breakey expressing frustration at AT&T lack of service. (T0166) |
| 61 | | | | | 07/16/01 E-mail from Jim Breakey to Richard Maybin, Tom Killian re AT&T letter. (C 101575 – 578) |
| 62 | | | | | 07/27/01 e-mail to Bill Hansen from John Ridler re Sprint PCS will offer the Nationwide Volume Program to Conseco. (T0961) |
| 63 | | | | | 07/31/01 e-mail to Richard Maybin, Jim Breakey, Mike Sanderson, Gary Brown, Chris McKee, David Herzog, Tom Killian from Kevin Wirthwein re AT&T Negotiating Position. (Conseco 100183 – 100184) |
| 64 | | | | | 08/22/01 Draft AT&T Contract dated 08/22/01. (Conseco 100159 – 169) |
| 65 | | | | | 09/2001 Article by Richard Kuehn in *Business Communications Review* regarding carrier delays in negotiating deals. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

# PLAINTIFF'S TRIAL EXHIBIT LIST

Case Number: 02-CV-212 JNE/JGL

PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach

TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 66 | | | | | 09/6/01 e-mail to John Quinlivan (WorldCom) from Mike Sanderson (AT&T) re interest in new contract waning. (T02546 – T02548) |
| 67 | | | | | 09/11/01 AT&T Amended Contract with Conseco (T1748 – T1760) |
| 68 | | | | | 09/18/01 e-mail to Mike Sanderson from Bill Hansen re Conseco Refile (no attachment). |
| 69 | | | | | 10/4/01 e-mail to Jim Breakey from Dave Steen re Conseco Savings Calculation. (T2552 – T2554) |
| 70 | | | | | 10/26/01 Letter to Teleplus from Conseco refusing to pay contract fee and releasing Teleplus from further representation. |
| 71 | | | | | 05/07/02 Corporate Account Cellular Service and Equipment Agreement between Airtouch Communications, Inc. and Green Tree Financial Corporation. |
| 72 | | | | | 05/07/02 Conseco Key Terms of Agreement with Verizon dated 10/10/01 |
| 73 | | | | | 05/07/02 National Account Wireless Agreement between Verizon Wireless and Conseco Services, Inc. |
| 74 | | | | | 05/07/02 Verizon Summary Report dated 03/29/02 to Conseco. |
| 75 | | | | | 05/07/02 Powerpoint presentation "Verizon National Account Program Conseco Finance" |
| 76 | | | | | 11/05/02 Consulting Services Agreement between Teleplus and ADC Telecommunications. |
| 77 | | | | | Metris 3861 Chart comparing Stein to TCI |
| 78 | | | | | Metris 3862 09/08/03 invoice to Teleplus from Metris re installment for new Sprint contract July |
| 79 | | | | | Metris 3863 09/09/03 invoice to Metris for Teleplus consulting services July 2003 |
| 80 | | | | | Metris 3864 07/28/03 Invoice to Teleplus from Metris re installment for new Sprint contract - June |
| 81 | | | | | Metris 3865 07/02/03 Invoice to Metris from Teleplus re consulting services for May |
| 82 | | | | | Metris 3866 07/29/03 Invoice to Metris from Teleplus re consulting services for June |
| 83 | | | | | Metris 3867 06/26/03 e-mail to Nancy Eilola from Tim Hanson re payment to Teleplus for Sprint savings for May 2003. |
| 84 | | | | | Metris 3868- 3872 10/30/02 Consulting Services Agreement between Teleplus and Metris |
| 85 | | | | | Metris 3873 07/01/03 Invoice to Teleplus from Metris re instalment for new Sprint contract May |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Teleplus Consulting, Inc.,
Plaintiff,
V.
Conseco Services, LLC,
Defendant.

# PLAINTIFF'S TRIAL EXHIBIT LIST

Case Number: 02-CV-212 JNE/JGL

PRESIDING JUDGE Joan N. Ericksen | PLAINTIFF'S ATTORNEY Christopher Sandberg | DEFENDANT'S ATTORNEY Robert Cattanach

TRIAL DATE (S) July 5, 2005 | COURT REPORTER Maria Weinbeck | COURTROOM DEPUTY Sheri Frette

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 86 | | | | | Metris 3874 06/26/03 E-mail to Jackie Koehler from Valerie Toomer re Teleplus address for payment. |
| 87 | | | | | Metris 3875 06/26/03 E-mail to Nancy Eilola from Tim Hanson re Teleplus address to pay Sprint savings for May 2003. |
| 88 | | | | | Metris 3876 06/13/00 Invoice to Teleplus from Metris . |
| 89 | | | | | Metris 3877 05/11/00 Invoice to Metris from Teleplus re monthly consulting fee. |
| 90 | | | | | T0458 - T0480 Analysis of CT 15258 |
| 91 | | | | | T0447 - T0457 Analysis of CT 15240 |
| 92 | | | | | T0428 - T0446 Analysis of CT 14292 |
| 93 | | | | | T0481 - T0500 Analysis of CT 15259 |
| 94 | | | | | T0412 - T0427 Analysis of CT 14192 |
| 95 | | | | | T0347 - T0353 Analysis of CT 13981 |
| 96 | | | | | T0336 - T0346 Analysis of CT 13599 |
| 97 | | | | | T0394 - T0411 Analysis of CT 14099 |
| 98 | | | | | T0354 - T0393 Analysis of CT 14096 |
| 99 | | | | | T0311 - T0333 Analysis of CT 13673 |
| 100 | | | | | T0501 – T0560 VTNS 209 Agreement |
| 101 | | | | | Bill Hansen Damages Report (Nov. 2001 to Aug. 2003) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.