**TELEPLUS CONSULTING, INC.'S**
**CONFIDENTIAL SUPPLEMENTAL QUESTIONNAIRE**

**Please complete the following information:**

**A. The following questions are additional general background information:**

1. What is your full name?
_______________________________________________

2. What is your current address?
_______________________________________________

3. How long (years, months) have you lived at your current residence?
_______________________________________________

4. Do you own or rent your current residence?
own ________ rent __________ other ___________________

5. Where did you live before your current residence?
_______________________________________________

6. How long (years, months) did you live at the residence?
_______________________________________________

7. Please state your birthplace:
(1) Town or County __________________________________
(2) State ____________________________________________
(3) Nation ___________________________________________

8. Please state your gender (male or female) ________________.

9. Which of the following categories best describes your situation:
CHECK ALL THAT APPLY

(a) ________ Married
(b) ________ Single
(c) ________ Divorced
(d) ________ Separated
(e) ________ Widowed
(f) ________ Minor children living at home
(g) ________ Adult children living at home
(h) ________ Minor children not living at home
(i) ________ Adult children not living at home
(j) ________ Adult living with parents

10. Please indicate your employment status (check all that apply)

(a) ________ Employed full time
(b) ________ Employed part time
(c) ________ Self-Employed
(d) ________ Retired
(e) ________ Disabled
(f) ________ Voluntarily unemployed
(g) ________ Laid off, terminated or otherwise involuntarily unemployed
(h) ________ Student
(i) ________ Homemaker

11. (a) What is your occupation or business ____________________________________________
________________________________________________________________________________

(b) What is the name and address of your employer (or your business if self-employed):
________________________________________________________________________________

(c) Please describe the type of work you do:_________________________________________
________________________________________________________________________________

(d) What is your job title: ______________________________________________________
________________________________________________________________________________

(e) What are your duties on the job: ______________________________________________
________________________________________________________________________________

(f) Do you supervise others: _______ Yes _______ No.

(g) How long have you been employed on that job: _______ years ______ months.

12. How large is the organization you work(ed) for?
(a) _______________ Just self
(b) _______________ Fewer than 20 employees
(c) _______________ 20 to 99 employees
(d) _______________ 100 to 500 employees
(e) _______________ Over 500 employees.

13. Does your employer pay your salary while you serve on a jury: ______ Yes ______ No.

14. Have you ever owned your own business?
(a) _____________ Yes
(b) _____________ No

15. If your answer to No. 14 was "Yes," what type of business was it?
________________________________________________________________________________

16. If you have been at your current job for less than five years, please state the following with respect to your job prior to your current job:
    (a) Name and address of employer: ______________________________________
    (b) Your job title: ______________________________________________________
    (c) Your job duties: _____________________________________________________
    (d) How long were you employed on that job: _____ years _____ months.

17. If you are or were married, please state your spouse's occupation or business (or, if retired, former occupation or business), the names of his or her employer and type of work he or she does:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

18. If living with a significant other, what is that person's job or occupation?

______________________________________________________________________
______________________________________________________________________

19. If you have children, please state each child's age, sex, occupation and amount of education completed:

| Age | Sex | Occupation | Education |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

20. If your children are married, please state each married child's spouse's age, sex, occupation and amount of education completed:

| Age | Sex | Occupation | Education |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

21. Please indicate the highest level of formal schooling you have finished:

(a) __________ Eighth grade or less
(b) __________ Some high school
(c) __________ High school graduate
(d) __________ Community college
(e) __________ Vocational or trade school
(f) __________ Some four-year college
(g) __________ College graduate
(h) __________ Some graduate school
(i) __________ Graduate school completed
(j) __________ Professional school graduate

22. If you have attended community college, vocational or trade school, college, or graduate school, please state the major field(s) of your studies and any degree(s), diploma(s) or certificate(s) you have earned for each school attended.

| School(s) | Major(s) | Degree(s) |
| --- | --- | --- |
| | | |
| | | |
| | | |

23. (a) Through which **two** sources do you **typically gather news? (mark two)**

__ Television News __ Magazines __ Information from Friends
__ Newspapers __ Radio News __ Family or Co-workers
__ Television Talk Shows __ Radio Talk Shows __ Internet
__ Other: ___________

(b) What newspaper(s) or magazine(s) do you regularly read?______________________
______________________________________________________________

(c) What radio news or talk shows do you listen to regularly? ______________________
______________________________________________________________

24. Have you, a member of your family, your spouse or significant other, or close friend or acquaintance ever studied law or worked for a lawyer?

(a) _________ Yes
(b) _________ No

If yes, please describe:

______________________________________________________________
______________________________________________________________
______________________________________________________________

25. Are you acquainted with any person connected to the court system (such as lawyers, judges, etc.)?

(a) ________ Yes
(b) ________ No

If yes, please describe:

______________________________________________________________
______________________________________________________________
______________________________________________________________

26. Have you ever testified as a witness in court, or given a statement under oath in any type of legal proceeding?

(a) ________ Yes
(b) ________ No

27. If you have ever testified as a witness or given a statement under oath in any type of legal proceeding, please describe the circumstances:

_______________________________________________

_______________________________________________

_______________________________________________

28. Have you, a member of your family, or your spouse or significant other ever brought a lawsuit or arbitration against another individual or company?

(a) ________ Yes
(b) ________ No

29. If your answer to No. 28 was yes, please describe the circumstances and the outcome of each such lawsuit and/or arbitration:

_______________________________________________

_______________________________________________

_______________________________________________

30. Have you, a member of your family, or your spouse or significant other ever had a lawsuit or arbitration brought against you?

_______________________________________________

_______________________________________________

_______________________________________________

31. If your answer to No. 30 was yes, please describe the circumstances and the outcome of each such lawsuit and/or arbitration:

_______________________________________________

_______________________________________________

_______________________________________________

**B. This lawsuit was commenced by a corporation that provides consulting services. It is brought as a breach of contract action. Given this brief background, please answer the following questions:**

32. Have you heard of any case involving Teleplus Consulting, Inc. or Conseco Services, LLC, or the facts surrounding this case?

________ Yes ________ No.

33. Do you or does anyone in your household or close to you work for or have an affiliation with or own stock in any of the following types of companies:
(a) ________ telecommunications carriers
(b) ________ finance services
(c) ________ insurance providers (please identify) ______________________________
(d) ________ consulting companies (please identify) ____________________________

36. Please review the list of plaintiff, defendant, and witness names below. Please indicate if you or any of your immediate family know any of these plaintiffs or defendants; have read, seen or heard anything about them; or know anyone employed by them. If so, please state the details in the line to the right of the applicable name.

| **Parties** | **Description of your relationship or information, if any, about the plaintiffs or defendants.** |
|---|---|
| Teleplus Consulting, Inc. | ____________________ |
| David E. Steen | ____________________ |
| William G. Hansen | ____________________ |
| Conseco Services, LLC | ____________________ |
| Conseco Finance Corporation | ____________________ |
| Conseco Insurance Group | ____________________ |
| Green Tree Financial Corp. | ____________________ |
| Banker's Life | ____________________ |
| James R. Breakey | ____________________ |
| Richard Maybin | ____________________ |
| Michael Sanderson | ____________________ |
| Kevin Wirthwein | ____________________ |

37. The following list includes law firms and lawyers who are involved in some aspect of this case. Please indicate if you or if any of your immediate family has been personally or professionally associated with any of the firms or lawyers.

| **Law Firm/Lawyer** | **Description of your relationship with the firm or lawyer, if any.** |
|---|---|
| Lockridge Grindal Nauen P.L.L.P. | ____________________ |
| Christopher K. Sandberg | ____________________ |
| Charles N. Nauen | ____________________ |
| Darla Jo Boggs | ____________________ |
| | |
| Dorsey & Whitney, LLC | ____________________ |
| Robert E. Cattanach | ____________________ |
| Shannon M. Heim | ____________________ |

**C. The following questions concern your ability to serve as a juror:**

38. Do you have any difficulty with your hearing, your eyesight or in reading?

_________ Yes _________ No.

39. Do you regularly take any medications which cause drowsiness or an inability to concentrate?

_________ Yes _________ No.

40. Do you have any religious or philosophical beliefs that would make it difficult for you to serve as a juror in this case?
_________ Yes _________ No.

41. Is there anything you would like to bring to the court's attention that might affect your ability to serve as a juror or render a fair verdict in this case?
_________ Yes _________ No.

If so, explain: ________________________________________________________________
________________________________________________________________________________

42. Is there anything you would like to add to your responses that might aid the Court in selecting a fair and impartial jury in this case?
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

43. Have you previously served as a juror in a lawsuit?
_________ Yes _________ No.

If so,
(a) when: ______________________________________________________________________
(b) what court: _________________________________________________________________
(c) what type of case: ___________________________________________________________
(d) was the verdict for:
_________ the plaintiff
_________ the defendant(s)
_________ other: (Explain:): ________________________________________________

I DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

________________________________
(Signature)

________________________________
(Please print your name)

________________________________
(Social Security Number)

________________________________
(Date)

PLEASE RETURN THIS FORM IN THE ENCLOSED POSTAGE PAID ENVELOPE BY _________________, 2005.