**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-212 JNE/JGL

Teleplus Consulting, Inc. ,

Plaintiff,

v.

**CERTIFICATE OF SERVICE**

Conseco Services, LLC ,

Defendant.

I hereby certify that on June 20, 2005, I caused the following documents:

1. Plaintiff's Trial Brief;
2. Plaintiff's Trial Exhibit List;
3. Plaintiff's Proposed Jury Instructions;
4. Plaintiff's Proposed Voir Dire Questions to the Jury;
5. Plaintiff Teleplus Consulting, Inc.'s Confidential Supplemental Questionnaire;
6. Certificate of Compliance; and
7. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Robert Edward Cattanach
cattanach.robert@dorsey.com

Shannon M. Heim
heim.shannon@dorsey.com

The Plaintiff's Proposed Jury Instructions were e-mailed to Judge Ericksen and all counsel listed above.

Dated: June 20, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/Christopher K. Sandberg
Christopher K. Sandberg #95485
Darla Jo Boggs #0314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
**ATTORNEYS FOR PLAINTIFF TELEPLUS CONSULTING, INC.**

345027-1