**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-212 (JNE/JGL)

Teleplus Consulting, Inc.,

Plaintiff,

v.

**PLAINTIFF'S WITNESS LIST**

Conseco Services, LLC,

Defendant.

Plaintiff Teleplus Consulting, Inc.("Teleplus") identifies the following witnesses, including a short statement of the substance of the testimony of each witness, for its case in chief at trial in the above-captioned case:

**Witness list:**

| **Name** | **Address** | **Substance of Testimony** |
|---|---|---|
| James R. Breakey | VP & CIO at Conseco Finanace Corporation | contract with Teleplus, negotiation with carriers |
| Laura Carlisle<br>Sales Center VP | AT&T<br>3033 Chain Bridge Road<br>Oakton, VA | Conseco account and contract with AT&T;<br>by deposition |
| Richard D. Francis<br>Business Development Manger AT&T | AT&T<br>9336 Langwood Drive<br>Raleigh, NC 27617 | Conseco contract with AT&T & negotiations with Teleplus regarding same;<br>by deposition |
| William G. Hansen<br>Sales Consultant at Teleplus | 6889 Rowland Road,<br>Suite 250<br>Eden Prairie, MN 5344-3380 | Teleplus contract with Conseco; damages |

| **Name** | **Address** | **Substance of Testimony** |
|---|---|---|
| Louis Heffernen | Qwest, Minneapolis, MN | Conseco's actions regarding Teleplus |
| Richard Maybin | Conseco, Indiana | Conseco's relationship with Teleplus |
| John R. Quinlivan | 701 Xenia Avenue So.<br>Suite 600<br>Minneapolis, MN 55416 | WorldCom negotiations |
| Michael Sanderson | United Health Care<br>Minnesota | Conseco's negotiations |
| David E. Steen<br>Owner & CEO of Teleplus | 6889 Rowland Road,<br>Suite 250<br>Eden Prairie, MN 5344-3380 | Teleplus' business and contracts; work performed for Conseco |
| Lisa Tobin | 5253 Silver Maple Cir.<br>Minnetonka, MN 5543-9495 | Teleplus' work for Conseco related to Verizon |
| Robert Wilson<br>VP<br>Telecommunications at Metris | Metris<br>10900 Wayzata Blvd.<br>Minnetonka, MN 55305 | Teleplus: activities for clients when negotiating with carriers |
| Kevin Wirthwein | Conseco, Indiana | Conseco – AT&T contract process |

Teleplus reserves the right to call witnesses identified by Defendant Conseco Services, LLC (Conseco). Teleplus also reserves the right to call additional responsive witnesses to respond to Conseco's case in chief.

Date: June 20, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/Christopher K. Sandberg______________
Christopher K. Sandberg #95485
Darla Jo Boggs #0314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

**ATTORNEYS FOR PLAINTIFF TELEPLUS CONSULTING, INC.**