**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 02-CV-212 (JNE/JGL)

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

**PLAINTIFF'S DEPOSITION DESIGNATION**

Plaintiff, Teleplus Consulting, Inc. hereby designates the attached deposition testimony to be offered at the trial of this case. Plaintiff reserves the right not to offer any of the designated testimony, and to designate additional testimony for rebuttal, impeachment, or foundation purposes. Plaintiff also reserves the right to object to Defendant's deposition designations and to counter-designate portions of testimony to be read at trial.

Date: June 20, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/Christoper K. Sandberg______________
Christopher K. Sandberg #95485
Darla Jo Boggs #0314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

**ATTORNEYS FOR PLAINTIFF TELEPLUS CONSULTING, INC.**

**Designations of Testimony from Deposition of**
**Laura Carlisle (May 29, 2002)**

**FROM** **TO**

| PAGE | LINE | PAGE | TO |
|---|---|---|---|
| 6 | 19 | 8 | 20 |
| 14 | 3 | 18 | 7 |
| 19 | 2 | 19 | 19 |
| 50 | 9 | 50 | 18 |
| 57 | 3 | 61 | 10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Designations of Testimony from Deposition of Laura Carlisle (August 7, 2003)**

**FROM** **TO**

| PAGE | LINE | PAGE | TO |
|---|---|---|---|
| 109 | 17 | 119 | 9 |
| 129 | 15 | 132 | 5 |
| 159 | 10 | 159 | 19 |
| 160 | 7 | 160 | 16 |
| 166 | 2 | 169 | 19 |
| 171 | 22 | 174 | 22 |
| 180 | 3 | 182 | 19 |
| 193 | 22 | 207 | 18 |
| 218 | 5 | 220 | 19 |
| 225 | 6 | 229 | 12 |
| | | | |
| | | | |
| | | | |
| | | | |

**Designations of Testimony from Deposition of Richard Donald Francis (September 3, 2003)**

**FROM** **TO**

| PAGE | LINE | PAGE | TO |
|---|---|---|---|
| 8 | 10 | 8 | 17 |
| 11 | 4 | 12 | 19 |
| 15 | 16 | 17 | 12 |
| 18 | 12 | 21 | 5 |
| 25 | 5 | 27 | 10 |
| 29 | 20 | 31 | 10 |
| 32 | 17 | 34 | 5 |
| 36 | 1 | 42 | 8 |
| 42 | 11 | 43 | 6 |
| 47 | 5 | 52 | 6 |
| 55 | 1 | 55 | 24 |
| 64 | 9 | 64 | 13 |
| 65 | 6 | 66 | 13 |
| 79 | 24 | 80 | 9 |
| 81 | 2 | 81 | 3 |
| 81 | 5 | 81 | 8 |
| 82 | 4 | 82 | 7 |
| 84 | 15 | 85 | 15 |
| 89 | 16 | 89 | 20 |
| 91 | 19 | 92 | 15 |
| 104 | 4 | 104 | 24 |
| 116 | 3 | 117 | 16 |
| 125 | 6 | 125 | 13 |
| 125 | 17 | 125 | 23 |
| 126 | 9 | 126 | 16 |
| 126 | 23 | 127 | 2 |
| 127 | 4 | 127 | 7 |
| 131 | 3 | 131 | 25 |
| 132 | 1 | 133 | 1 |
| 133 | 4 | 133 | 9 |
| 142 | 8 | 143 | 1 |

| | | | |
|---|---|---|---|
| 163 | 1 | 164 | 19 |
| 164 | 21 | 165 | 22 |
| 167 | 10 | 168 | 11 |
| 191 | 25 | 192 | 10 |
| 192 | 13 | 194 | 11 |
| 198 | 12 | 199 | 6 |
| 199 | 9 | 199 | 17 |
| 204 | 21 | 206 | 13 |
| 206 | 15 | 206 | 17 |
| 212 | 3 | 212 | 11 |
| 220 | 14 | 221 | 21 |
| 223 | 19 | 224 | 07 |
| | | | |
| | | | |
| | | | |