UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**STIPULATION TO DISMISS PLAINTIFF'S AND DEFENDANT'S CONSUMER FRAUD ACT CLAIMS**

---

Plaintiff Teleplus Consulting, Inc., and Defendant, Conseco Services, LLC, hereby stipulate that both Plaintiff's and Defendant's Consumer Fraud Act claims should be dismissed with prejudice.

Dated: June 17, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By s/ Christopher K. Sandberg

Christopher K. Sandberg (No. 95485)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900

Attorneys for Teleplus Consulting, Inc.

Dated: June 21, 2005

DORSEY & WHITNEY LLP

By s/ Robert E. Cattanach
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC