UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on June 23, 2005, I caused the following document:

**Stipulation to Dismiss Plaintiff's and Defendant's Consumer Fraud Act Claims**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Christopher K Sandberg**
  cksandberg@locklaw.com

I further certify that I caused **[Proposed] Order Granting Stipulation to Dismiss Plaintiff's and Defendant's Consumer Fraud Act Claims** to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Joan Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of **[Proposed] Order Granting Stipulation to Dismiss Plaintiff's and Defendant's Consumer Fraud Act Claims** to be e-mailed to the following:

- **Christopher K Sandberg**
  cksandberg@locklaw.com

Dated: June 23, 2005

DORSEY & WHITNEY LLP

By s/ Robert E. Cattanach
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC