UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**STIPULATION TO DISMISS PLAINTIFF'S UNJUST ENRICHMENT CLAIM**

---

Plaintiff Teleplus Consulting, Inc., and Defendant, Conseco Services, LLC, hereby stipulate that Teleplus Consulting and Conseco Service entered into a valid, binding contract, entitled Consulting Services Agreement, on February 12, 2001. The Parties further stipulate that Plaintiff Teleplus Consulting's Unjust Enrichment claim should be dismissed with prejudice.

Dated: June 21, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By s/ Christopher K. Sandberg
Christopher K. Sandberg No. 95485
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900

Attorneys for Teleplus Consulting, Inc.

Dated: June 23, 2005

DORSEY & WHITNEY LLP

By s/ Shannon M. Heim
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC