UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JNE/JGL)

**PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff Teleplus Consulting Inc. hereby moves the Court for an order Assessing Sanctions on Defendant. The grounds for this Motion are as set out in the accompanying Memorandum In Support of Motion for Sanctions.

Dated: June 23, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/Christopher K. Sandberg
Christopher K. Sandberg #95485
Darla Jo Boggs #0314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
Attorneys for Plaintiff Teleplus Consulting, Inc.