UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JNE/JGL)

**PLAINTIFF'S NOTICE OF MOTION REQUESTING SANCTIONS**

TO: CONSECO SERVICES, LLC AND ITS ATTORNEYS ROBERT CATTANACH, DORSEY & WHITNEY LLP, SUITE 1500, 50 S. SIXTH STREET, MINNEAPOLIS, MN 55402-1498

PLEASE TAKE NOTICE that, on a date and at a time to be determined by the Court, Plaintiff Teleplus Consulting Inc. will move the Court for an order Assessing Sanctions on Defendant. The grounds for this Motion are as set out in the Memorandum In Support of Motion and such further argument as the Court may entertain.

Dated: June 23, 2005

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/Christopher K. Sandberg

Christopher K. Sandberg #95485
Darla Jo Boggs #0314912
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
Attorneys for Plaintiff Teleplus Consulting, Inc.