# CERTIFICATE OF COMPLIANCE

1. This brief complies with the word limitation of LR 7.1(c) because this brief contains 6,434 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This brief was prepared using Microsoft Word 2002.

2. This brief complies with the type size requirements of LR 7.1(e) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8½" by 11" paper with at least one inch margins on all four sides.

Date: June 20, 2005

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/Christopher K. Sandberg______________

Christopher K. Sandberg #95485
Darla Jo Boggs #
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981

**ATTORNEYS FOR PLAINTIFF TELEPLUS CONSULTING, INC.**