UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-CV-212 (JNE/JGL)

**AFFIDAVIT OF**
**DARLA JO BOGGS**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Darla Jo Boggs, being first duly sworn on oath, deposes and states as follows:

1. I am an associate attorney for Lockridge Grindal Nauen, PLLP, representing the Plaintiff, Teleplus Consulting, Inc., in the above-captioned matter, and I make this Affidavit in support of Plaintiff's Motion for Sanctions.

2. On Tuesday June 21, 2005, pursuant to Minnesota Local Rule 39.1(b) (1)(B) (14 days prior to the assigned trial date of July 5, 2005 noticed in the above entitled matter), Christopher K. Sandberg sent a letter to Shannon Heim, Esq. indicating that Plaintiff's trial exhibits were available for review and copying. Attached hereto is a true and correct copy of the June 21, 2005 letter as Exhibit A.

3. On Wednesday June 22, 2005, I received a telephone call from Alicia Kelton, paralegal for Dorsey Whitney, requesting that she be allowed to send a copy vendor to Lockridge Grindal Nauen, PLLP to copy Plaintiff Teleplus' trial exhibits.

4. I called Ms. Kelton back and indicated that because the documents were not massive, I would have a copy run in our office and would be happy to exchange our exhibits for a copy of Defendant Conseco's trial exhibits. I indicated that, according to the Local Rules, the trial exhibits were supposed to have been made available on June 21, 2005, the previous day. Ms. Kelton made no comment and made no arrangements to exchange the trial exhibits at that time.

5. On Thursday June 23, 2005, I received a telephone call from Shannon Heim. Ms. Heim requested a working copy of Plaintiff Teleplus' jury instructions and posed an informal objection to a portion of Plaintiff Teleplus' trial exhibits. At that juncture I indicated that Defendant Conseco's trial exhibits should have been ready for review and copying as of June 21, 2005, fourteen days prior to trial. Ms. Heim disagreed and stated that Defendant's trial exhibits were not due until June 28, 2005. I directed her to Minnesota Local Rule 39.1(b), which stated otherwise and indicated I would get back to her regarding her request..

6. Shortly thereafter, I called Ms. Heim back and indicated that Plaintiff Teleplus was not in a position to send Defendant Conseco a word processing document containing Plaintiff's proposed jury instructions and further suggested that any objects to Plaintiff Teleplus' documents be reserved and presented formally at the appropriate time. During the conversation, Ms. Heim admitted she was incorrect as to the due date of Defendant Conseco's trial exhibits and suggested that she might be able to have them available by Friday, June 24, 2005.

5. As of this writing Plaintiff Teleplus has received no notification that Defendant Conseco's trial exhibits are ready for review and copying,

FURTHER AFFIANT SAITH NOT.

__s/Darla Jo Boggs__________________

Darla Jo Boggs

Subscribed and sworn to before me
this 23rd day of June, 2005.

/Sandra Susan McNeill_____________
Notary Public