LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179
TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 301
660 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003-4335
TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON

OF COUNSEL
DANIEL A. FARBER***
ELIZABETH A. SNELSON
BRADLEY W. ANDERSON
PATRICIA A. BLOODGOOD*

*ALSO ADMITTED IN WISCONSIN
**ADMITTED IN TEXAS ONLY
***ADMITTED IN WASHINGTON, D.C. ONLY

CHRISTIAN M. SANDE
SARA L. MADSEN
GREGORY J. MYERS
YVONNE M. FLAHERTY
DARLA JO BOGGS
MATTHEW R. SALZWEDEL
LISA M. POLLARD****
SUNNY H. KIM*****
DAVID J. ZOLL
MARY E. BRIEDE
NATHAN D. PROSSER
ELIZABETH R. ODETTE

****ADMITTED IN NEW YORK ONLY
*****ADMITTED IN MASSACHUSETTS AND NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN
KATHLEEN K. MICHELETTI
ALLYSON J. HARTLE
REBECCA K. KLETT
MARA B. HUMPHREY
NORA C. STEWART
ANDREW M. TANTILLO
BRIAN M. WILLIAMS

† NON-ATTORNEY LOBBYISTS

June 21, 2005

Mr. Robert Cattanach
Dorsey & Whitney, LLP
50 South Fifth Street, Ste. 1500
Minneapolis, MN 55402

U.S. MAIL
TELECOPIER: 612-340-8800

Re: *Teleplus Consulting, Inc. v. Conseco Services, LLC*
Civil File No. 02-CV-212

Dear Mr. Cattanach:

This letter is to advise you that the trial exhibits which were identified in plaintiff's filings yesterday under Local Rule 39.1(a) are presently available for examination and copying at my offices in Minneapolis.

Sincerely,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Christopher K. Sandberg

CKS/sm

c: Teleplus Consulting, Inc.

344512 - 1

# FACSIMILE TRANSMITTAL SHEET

June 21, 2005
Page 1 of 2

**FROM: Christopher K. Sandberg RE: 3290-08 Teleplus**

**ORIGINAL WILL BE SENT: Mail Messenger Air Courier NO**

| NAME | FAX NUMBER |
|---|---|
| Robert E. Cattanach, Jr. | 612-340-2868 |

COMMENTS/INSTRUCTIONS

FOR YOUR: _____ INFORMATION _____ REVIEW _____ RESPONSE

UPON FAX COMPLETION RETURN TO: SueMc CART ROUTE ____ OR RUSH ____ DUE BY _______

If you do not receive all pages indicated, please call **(612) 339-6900 ext. 4057** for assistance. This is being transmitted on a Xerox Telefax 7021. Our telefax will receive documents automatically before, during and after office hours (8 a.m. - 6 p.m.).

This information contained in this facsimile message is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please/ immediately notify us by telephone, and return the original message to us at the above address via the U S postal service.

210269-1

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | | |
|---|---|---|
| TX/RX NO | 1617 | |
| CONNECTION TEL | | 3402868 |
| CONNECTION ID | | |
| ST. TIME | 06/21 14:47 | |
| USAGE T | 00'21 | |
| PGS. SENT | 2 | |
| RESULT | OK | |

Exhibit A