**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

**Civil File No. 02-CV-212 (JNE/JGL)**

v.

Conseco Services, LLC,

Defendant.

**AFFIDAVIT OF SHANNON M. HEIM IN SUPPORT OF CONSECO SERVICES' OPPOSITION TO TELEPLUS' MOTION FOR SANCTIONS**

STATE OF MINNESOTA :
: ss
COUNTY OF HENNEPIN :

Shannon M. Heim, being first duly sworn, states as follows:

1. I am an attorney licensed to practice in the state of Minnesota and before this Court.

2. I am a member of Dorsey & Whitney LLP, and I am one of the attorneys representing defendant Conseco Services ("Conseco"), in this action. I submit this affidavit in support of Conseco's Opposition to Teleplus Consul ting's Motion For Sanctions.

3. The basic recitation of my conversation with opposing counsel on June 23, 2005 can be found in the Affidavit of Darla Jo Boggs. I did not interpret Local Rule 39.1(b) to require an exchange of documents to predate the exchange of exhibit lists.

4. I did initiate a telephone conversation with Ms. Boggs to discuss our ability to obtain copies of several documents contained on the Teleplus Exhibit List, apparently voluntarily filed early by Teleplus, that had not been produced in discovery.

5. After discussing the issue further with Ms. Boggs, I recognized that the general "counting back" rule contained in Local Rule 39.1(b) and Local Rule 1.1 for determining when exhibit lists are due, and the specific rule for making copies of exhibits available, contained in Local Rule 39.1(b)(1)(B)

are inconsistent. And, after examining the Local Rules carefully, I came to the conclusion that the two timeframes could not be reconciled, and therefore it would be appropriate to provide copies of the exhibits even before exchanging exhibit lists. I offered Ms. Boggs my apologies and told her "I would move heaven and earth" to get her the documents the next day, June 24, 2005. Ms. Boggs seemed appeased by that commitment. At no time was a Motion for Sanctions discussed, or any further accommodation requested, by Ms. Boggs.

6. Attached hereto as Exhibit 1 is a true and correct copy of Conseco's Letter to Christopher Sandberg delivered by messenger on June 24, 2005 at approximately 12:30 pm. As of this time, we have yet to receive copies of the Exhibits that Teleplus intends to offer, even those that have never been previously disclosed during discovery.

7. Attached hereto as Exhibit 2 is a true and correct copy of *Russo v. Jefferson Parish Water Dept.*, 1997 WL 778689 (E.D. La. 1997).

FURTHER AFFIANT SAITH NOT.

s/Shannon M. Heim
Shannon M. Heim

Sworn and subscribed to before
me this 24th day of June, 2005.

s/
Notary Public - Minnesota

My commission expires .