DORSEY
DORSEY & WHITNEY LLP

**SHANNON M. HEIM**
**(612) 340-8899**
**FAX (612) 340-8800**
**heim.shannon@dorsey.com**

June 24, 2005

**VIA MESSENGER**

Christopher K. Sandberg, Esq.
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Re: *Teleplus Consulting, Inc. v. Conseco Services, LLC*

Dear Chris:

Please find enclosed a copy of Conseco Services' trial exhibits. Again, please accept my apology for the short delay.

While I understand that Teleplus refused to produce copies of its exhibits, even those that apparently have never been disclosed through discovery, I assume that we will now receive copies forthwith. If you anticipate any problem getting these copies to us by close of business today, please let me know as soon as possible.

Regards,

Shannon M. Heim

SMH/slk

Enclosures

EXHIBIT
1