UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES, LLC'S MOTION *IN LIMINE* REGARDING PLAINTIFF'S FRAUD CLAIM**

---

TO: Plaintiff, and its attorneys, Christopher K. Sandberg, Esq., Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179

Defendant Conseco Services, LLC hereby moves the Court for an Order that during the trial of this matter, Plaintiff is precluded from making reference to any acts of fraud allegedly committed by Defendant Conseco Services, LLC. The basis for Defendant's Motion *in Limine* is set forth in Defendant's Memorandum of Law in support of this motion and accompanying papers, as well as in such argument as the Court may permit.

WHEREFORE, Defendant Conseco Services, LLC respectfully requests that this Court grant its Motion in Limine regarding Plaintiff's fraud claim.

Dated: June 24, 2005

DORSEY & WHITNEY LLP

By s/ Robert E. Cattanach
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
Amy S. Hartman (No. 303446)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Conseco Services, LLC