UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES, LLC'S NOTICE OF MOTION *IN LIMINE* REGARDING PLAINTIFF'S FRAUD CLAIM**

---

TO: Plaintiff, and its attorneys, Christopher K. Sandberg, Esq., Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179

**PLEASE TAKE NOTICE** that on a date and at a time to be determined by the Court, Defendant Conseco Services, LLC will move the Court for an Order as follows:

1. that during the trial of this matter, Plaintiff is precluded from making reference to any acts of fraud allegedly committed by Defendant Conseco Services, LLC.

This motion is based on all files, records, and proceedings herein, including the Affidavit of Amy S. Hartman, and the memorandum of law filed in support of the motion.

Dated: June 24, 2005

DORSEY & WHITNEY LLP

By s/ Robert E. Cattanach
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
Amy S. Hartman (No. 303446)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC