UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING CONSECO SERVICES, LLC'S MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* REGARDING PLAINTIFF'S FRAUD CLAIM**

---

I, Robert E. Cattanach, certify that Conseco Services, LLC's Memorandum in Support of Motion *in Limine* Regarding Plaintiff's Fraud Claim complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,014 words.

Dated: June 24, 2005

DORSEY & WHITNEY LLP

By s/ Robert E. Cattanach
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
Amy S. Hartman (No. 303446)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC