UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**AFFIDAVIT OF AMY S. HARTMAN IN SUPPORT OF DEFENDANT CONSECO SERVICES, LLC'S MOTION *IN LIMINE* REGARDING PLAINTIFF'S FRAUD CLAIM**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**AMY S. HARTMAN,** being first duly sworn, deposes and states:

1. I am an associate of the law firm of Dorsey & Whitney LLP, attorneys for Defendant Conseco Services, LLC, and I submit this Affidavit in support of Defendant Conseco Services, LLC's Motion *in Limine* Regarding Plaintiff's Fraud Claim.

2. Attached hereto as Exhibit A is a true and correct copy of C.H. Robinson Worldwide, Inc. v. Ghirardelli Chocolate Co., 2004 WL 1630873, at *4 (D. Minn. 2004).

3. Attached hereto as Exhibit B is a true and correct copy of Retek, Inc. v. Cox, 2003 WL 22037709, at *3 (D. Minn. Aug. 29, 2003).

4. Attached hereto as Exhibit C is a true and correct copy of Cameo Homes, Inc. v. Kraus-Anderson Constr. Co., 2003 WL 22867640, at *7.

FURTHER AFFIANT SAITH NOT.

s/ Amy S. Hartman
Amy S. Hartman

Subscribed and sworn to before me
this 24th day of June, 2005.

s/ Rita M. Ayd
Notary Public
My Commission Expires Jan. 31, 2010