UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2005, I caused the following documents:

1. **Defendant Conseco Services, LLC's Motion *in Limine* Regarding Plaintiff's Fraud Claim;**
2. **Defendant Conseco Services, LLC's Notice of Motion *in Limine* Regarding Plaintiff's Fraud Claim;**
3. **Memorandum in Support of Motion *in Limine* Regarding Plaintiff's Fraud Claim;**
4. **Local Rule 7.1(c) Word Count Compliance Certificate Regarding Conseco Services, LLC's Memorandum in Support of Motion *in Limine* Regarding Plaintiff's Fraud Claim; and**
5. **Affidavit of Amy S. Hartman in Support of Defendant Conseco Services, LLC's Motion *in Limine* Regarding Plaintiff's Fraud Claim**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Christopher K Sandberg**
  cksandberg@locklaw.com

I further certify that I caused **[proposed] Order Granting Defendant Conseco Services, LLC's Motion *in Limine* Regarding Plaintiff's Fraud Claim** to be filed with the court via e-mail to the following judge who is hearing the motion:

Judge Joan Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of **[proposed] Order Granting Defendant Conseco Services, LLC's Motion *in Limine* Regarding Plaintiff's Fraud Claim** to be e-mailed to the following:

- **Christopher K Sandberg**
  cksandberg@locklaw.com

Dated: June 24, 2005

DORSEY & WHITNEY LLP

By s/ Amy S. Hartman
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
Amy S. Hartman (No. 303446)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC