UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc., File No. 02-CV-212 (JNE/JGL)

Plaintiff,

v.

**DEFENDANT CONSECO SERVICES, LLC'S EXHIBIT LIST**

Conseco Services, LLC,

Defendant.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Christopher K. Sandberg | Robert E. Cattanach/Shannon M. Heim |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 5, 2005 | Maria Weinbeck | Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | 2/12/01 Consulting Services Agreement between Teleplus and Conseco* (Conseco 101698-Conseco 101700) |
| | 2 | | | | 3/29/00 AT&T and Conseco Master Agreement* (Conseco 302260-Conseco 302361) |
| | 3 | | | | 9/11/01 AT&T Service Order Attachment – Voice/Data Services* (Conseco 101748-Conseco 101772) |
| | 4 | | | | 2/14&15/01 Conseco Contract Negotiation Notes* (Conseco 100433-Conseco 100443) |
| | 5 | | | | 3/29/01 Conseco Meeting Minutes* (Conseco 101551-Conseco 101552) |
| | 6 | | | | 4/30/01 Conseco Deal Construct (T2119) |
| | 7 | | | | 5/3/01 Conseco Deal Construct (with revisions) |
| | 8 | | | | 6/14/01 e-mail to M. Sanderson re Contract Discussions* (Conseco |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 101396) |
| | 9 | | | | 7/1/01 Conseco/AT&T Deal Sheet |
| | 10 | | | | Multiple e-mails with attached AT&T Counter Proposal (T2513-T2516) |
| | 11 | | | | 7/12/01 e-mail analyzing AT&T 7/11/01 proposal* (Conseco 101425) |
| | 12 | | | | 7/13/01 J. Breakey e-mail to R. Maybin and T. Kilian re AT&T letter and status of negotiations* (Conseco 101575-Conseco 101578) |
| | 13 | | | | 7/18/01 J. Breakey e-mail to multiple re AT&T contact – S. Van Dorselear* (Conseco 100469) |
| | 14 | | | | 7/20/01 R. Maybin e-mail re AT&T negotiations breakdown* (Conseco 100468) |
| | 15 | | | | 7/24/01 K. Wirthwein e-mail forwarding analysis of differences in exchanged deal sheets* (Conseco 100336-Conseco 100338) |
| | 16 | | | | 8/10/01 Conseco – AT&T Deal Points of Negotiations* (Conseco 100148-Conseco 100150) |
| | 17 | | | | 9/4/01 R. Maybin e-mail to multiple thanking efforts |
| | 18 | | | | 4/29/02 WorldCom Service Agreement with Conseco* |
| | 19 | | | | 8/24/00 MCI Special Customer Agreement with Conseco* (T1366-T1403) |
| | 20 | | | | 2/1/01 B. Hansen e-mail to M. Sanderson re Teleplus Agreement |
| | 21 | | | | 3/6/01 M. Humes letter to B. |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Hansen responding to Conseco's desire to execute Business Downturn clause of contract* (Conseco 100591-Conseco 100591) |
| | 22 | | | | 3/21/01 M. Sanderson e-mail to multiple re Telecom contracts update* (Conseco 101881) |
| | 23 | | | | 3/01 series of e-mails R. Maybin concerned not getting full picture from Teleplus* (Conseco 101462-Conseco 101464) |
| | 24 | | | | 5/17/01 M. Sanderson e-mail re lack of progress (contained on T0002091) |
| | 25 | | | | 3/01 series of e-mails re status of negotiations (T2114-T2117) |
| | 26 | | | | 4/01 series of e-mails re ECAC meeting* (Conseco 101886-Conseco 101890) |
| | 27 | | | | 4/3/01 J. Breakey e-mail to M. Sanderson re AT&T contract attaching string of e-mails* (Conseco 100557-Conseco 100562) |
| | 28 | | | | 6/15/01 J. Breakey e-mail to S. Van Dorselaer re Conseco Contract (T2497-T2499) |
| | 29 | | | | 6/28/01 M. Sanderson e-mail to K. Wirthwein and J. Breakey re revised MARC analysis (T2468-T2473) |
| | 30 | | | | 7/12/01 B. Hansen e-mail to M. Sanderson and J. Breakey forwarding draft of Breakey letter to K. Sichau (T2520-T2521) |
| | 31 | | | | 3/12/01 M. Young e-mail to B. Hansen re Teleplus/Conseco |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Letter-World* (Conseco 100658-Conseco 100662) |
| | 32 | | | | 3/15/01 B. Hansen e-mail to J. Breakey re WorldCom Offer Analysis and Recommendation* (Conseco 100613-Conseco 100616) |
| | 33 | | | | 4/18/01 B. Hansen e-mail to J. Breakey forwarding Corica Letter* (Conseco 101603-Conseco 101604) |
| | 34 | | | | 4/30/01 M. Smith e-mail to M. Sanderson re MCI Action Plan* (Conseco 100608-Conseco 100609) |
| | 35 | | | | 5/9/01 B. Hansen e-mail to M. Sanderson forwarding WorldCom offer* (Conseco 100272-Conseco 100273) |
| | 36 | | | | 8/31/01 J. Quinlivan e-mail to M. Sanderson re denial of proposed MCI contract (T2546-T2547) |
| | 37 | | | | 8/24/01 B. Hansen e-mail to D. Steen forwarding info agreed to by J. Quinlivan |
| | 38 | | | | 8/30/01 M. Sanderson e-mail to B. Hansen re WorldCom |
| | 39 | | | | 10/01 e-mails from M. Sanderson re National Conseco Cellular Agreement* (Conseco 101430-Conseco 101431) |
| | 40 | | | | 9/25/01 B. Hansen e-mail to D. Steen re Conseco Savings Calculation* (Conseco 101433-Conseco 101434) |
| | 41 | | | | 10/10/01 B. Hansen e-mail to L. Tobin re Conseco Affiliate Program* (Conseco 100093-Conseco 100094) |
| | 42 | | | | 11/19/01 National Account |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Wireless Agreement between Verizon and Conseco* (Conseco 101722-Conseco 101747) |
| | 43 | | | | 3/1/01 B. Hansen letter to M. Humes documenting 2/28/01 meeting and expectations for first draft of the proposal* (Conseco 100423-Conseco 100432) |
| | 44 | | | | 3/6/01 B. Hansen e-mail to M. Sanderson re Teleplus Progress* (Conseco 101884) |
| | 45 | | | | 3/14/01 B. Hansen e-mail to M. Humes re Teleplus Conseco negotiations* (Conseco 100585) |
| | 46 | | | | 3/19/01 B. Hansen e-mail to M. Sanderson re AT&T Comparables |
| | 47 | | | | AT&T internal document re other considerations |
| | 48 | | | | 6/19/01 J. Quinlivan e-mail to B. Hansen re Conseco Contract Addendum |
| | 49 | | | | 8/3/01 B. Hansen e-mail to D. Steen updating negotiations |
| | 50 | | | | 8/22/01 B. Hansen e-mail to J. Quinlivan re Conseco deal |
| | 51 | | | | 8/23/01 B. Hansen e-mail to J. Quinlivan re Conseco deal |
| | 52 | | | | 8/27/01 B. Hansen e-mail to L. Tobin requesting update on Conseco/Verizon |
| | 53 | | | | 9/4/01 B. Hansen e-mail to L. Tobin re Conseco Opportunity |
| | 54 | | | | 10/26/01 J. Breakey letter to D. Steen offering payment of $50,000 to Teleplus* (Conseco 101832) |
| | 55 | | | | Amended Conseco/Teleplus Timeline |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | 56 | | | | 2/25/03 D. Steen e-mail to B. Stein re Metris CSA* (3522) |
| | 57 | | | | 2/25/03 Metris Agreement* (3523-3603) |
| | 58 | | | | 8/26/02 D. Nies e-mail to L. Prideaux re Verizon Partnership* (5255) |
| | 59 | | | | 8/26/02 D. Nies e-mail to D. Steen re Verizon partnership* (5256) |
| | 60 | | | | 7/10/03 C. Travis e-mail to B. Hansen re Turner Construction Wireless Program* (5217) |
| | 61 | | | | B. Hansen note to M. Merlet re account history of non-payment* (5218) |
| | 62 | | | | 7/24/03 M. Merlet e-mail to B. Hansen re Verizon Wireless billing and support issues* (5219-5220) |
| | 63 | | | | 5/29/03 S. Horvath e-mail to B. Hansen and D. Steen re Verizon Wireless Extranet Site* (5221) |
| | 64 | | | | 5/13/03 T. Cole e-mail to D. Steen re meeting with M. Merlet* (5222) |
| | 65 | | | | 5/28/03 M. Merlet e-mail to B. Hansen and D. Steen re T. Cole's requests* (5223) |
| | 66 | | | | 5/28/03 M. Merlet e-mail to T. Cole re Verizon Wireless update* (5224) |
| | 67 | | | | 5/28/03 M. Merlet e-mail to B. Hansen and D. Steen re Verizon Wireless Past Due Report attaching report on Turner Construction* (5225-5226) |
| | 68 | | | | 2/7/03 S. Horvath e-mail to B. Hansen re Verizon Wireless* (5208) |

*Indicates a party has designated this document to be confidential.

| | | | | | |
|---|---|---|---|---|---|
| | 69 | | | | 8/4/03 Amended Report of Timothy J. Nantell |

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim

Robert E. Cattanach #0153734
Shannon M. Heim #309771
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC

*Indicates a party has designated this document to be confidential.