**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**CONSECO SERVICES, LLC'S DEPOSITION DESIGNATIONS**

---

Defendant, Conseco Services, LLC hereby designates the following portions of the named depositions to be read at the trial of this matter. Defendant reserves the right not to offer any of the designated testimony, and to designate additional testimony for rebuttal, impeachment, or foundation purposes. Defendant also reserves the right to object to Plaintiff's deposition designations and to counter-designate portions of testimony to be read at trial.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim
Robert E. Cattanach #0153734
Shannon M. Heim #309771
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
CONSECO SERVICES, LLC

**Designations of Testimony from Deposition of**
**Laura Carlisle, Volume I (May 29, 2002)**

| FROM | | TO | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 8 | 6 | 8 | 20 |
| 12 | 1 | 12 | 7 |
| 14 | 3 | 15 | 7 |
| 15 | 14 | 19 | 19 |
| 22 | 12 | 23 | 11 |
| 24 | 3 | 24 | 12 |
| 24 | 18 | 25 | 22 |
| 26 | 14 | 26 | 22 |
| 27 | 1 | 27 | 16 |
| 32 | 8 | 32 | 15 |
| 33 | 1 | 34 | 2 |
| 34 | 7 | 34 | 22 |
| 35 | 1 | 36 | 2 |
| 36 | 18 | 37 | 15 |
| 40 | 14 | 41 | 5 |
| 44 | 11 | 44 | 14 |
| 46 | 5 | 46 | 19 |
| 48 | 1 | 48 | 19 |
| 50 | 9 | 52 | 16 |
| 87 | 1 | 87 | 14 |

**Designations of Testimony from Deposition of Laura Carlisle, Volume II (August 7, 2003)**

| FROM | | TO | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 111 | 16 | 114 | 9 |
| 118 | 11 | 119 | 9 |
| 121 | 19 | 122 | 12 |
| 124 | 1 | 125 | 6 |
| 128 | 2 | 131 | 16 |
| 132 | 7 | 132 | 11 |
| 135 | 6 | 135 | 16 |
| 136 | 5 | 136 | 18 |
| 139 | 2 | 139 | 12 |
| 162 | 22 | 163 | 3 |
| 166 | 2 | 168 | 2 |
| 168 | 9 | 168 | 20 |
| 171 | 14 | 171 | 21 |
| 175 | 19 | 176 | 9 |
| 180 | 14 | 181 | 16 |
| 187 | 9 | 187 | 13 |
| 224 | 20 | 225 | 2 |
| 226 | 4 | 226 | 8 |

**Designations of Testimony from Deposition of Richard Francis (September 3, 2003)**

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 26 | 6 | 29 | 8 |
| 29 | 20 | 30 | 13 |
| 31 | 6 | 31 | 25 |
| 32 | 19 | 33 | 21 |
| 36 | 1 | 36 | 22 |
| 38 | 4 | 41 | 23 |
| 53 | 16 | 54 | 11 |
| 56 | 10 | 57 | 12 |
| 59 | 11 | 59 | 14 |
| 60 | 13 | 61 | 17 |
| 72 | 20 | 73 | 12 |
| 80 | 10 | 80 | 20 |
| 95 | 18 | 96 | 12 |
| 101 | 22 | 102 | 3 |
| 107 | 19 | 109 | 8 |
| 113 | 12 | 114 | 7 |
| 114 | 24 | 115 | 5 |
| 117 | 23 | 118 | 7 |
| 120 | 13 | 122 | 8 |
| 140 | 13 | 141 | 21 |
| 144 | 15 | 145 | 7 |
| 154 | 23 | 155 | 8 |
| 157 | 21 | 160 | 14 |
| 168 | 12 | 168 | 16 |
| 172 | 11 | 172 | 15 |
| 172 | 18 | 172 | 23 |
| 199 | 5 | 199 | 9 |
| 200 | 2 | 200 | 17 |
| 215 | 1 | 215 | 19 |
| 215 | 21 | 215 | 22 |
| 217 | 14 | 217 | 16 |
| 217 | 18 | 218 | 2 |
| 218 | 19 | 219 | 1 |
| 227 | 19 | 227 | 25 |
| 228 | 5 | 228 | 10 |
| 228 | 13 | 228 | 15 |

| | | | |
|---|---|---|---|
| 228 | 17 | 229 | 7 |
| 230 | 2 | 230 | 4 |
| 230 | 7 | 232 | 11 |
| 232 | 14 | 232 | 15 |
| 233 | 6 | 234 | 7 |

**Designations of Testimony from Deposition of
Mike Smith (June 19, 2002)**

| FROM | | TO | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 7 | 10 | 9 | 3 |
| 11 | 12 | 12 | 1 |
| 14 | 12 | 14 | 13 |
| 14 | 24 | 15 | 6 |
| 29 | 13 | 29 | 16 |
| 30 | 10 | 33 | 12 |
| 34 | 3 | 34 | 6 |
| 36 | 15 | 36 | 24 |
| 41 | 17 | 43 | 2 |
| 48 | 10 | 48 | 19 |
| 49 | 2 | 49 | 13 |
| 51 | 6 | 51 | 15 |
| 53 | 7 | 53 | 21 |
| 57 | 8 | 57 | 21 |
| 58 | 7 | 61 | 12 |
| 63 | 8 | 67 | 6 |
| 76 | 15 | 77 | 15 |
| 78 | 3 | 78 | 9 |
| 80 | 4 | 80 | 7 |
| 80 | 13 | 80 | 23 |
| 81 | 16 | 83 | 6 |
| 83 | 15 | 84 | 21 |
| 86 | 21 | 87 | 10 |
| 89 | 5 | 94 | 20 |
| 95 | 8 | 96 | 8 |
| 97 | 9 | 98 | 5 |
| 99 | 4 | 99 | 6 |
| 99 | 14 | 100 | 6 |
| 104 | 3 | 104 | 13 |
| 104 | 16 | 105 | 14 |
| 105 | 17 | 106 | 7 |
| 106 | 21 | 107 | 3 |
| 111 | 5 | 111 | 23 |
| 112 | 2 | 112 | 4 |
| 112 | 6 | 112 | 7 |
| 112 | 11 | 112 | 13 |

| | | | |
|---|---|---|---|
| 112 | 15 | 114 | 6 |
| 118 | 18 | 118 | 20 |
| 120 | 8 | 121 | 18 |
| 124 | 11 | 124 | 17 |
| 125 | 4 | 125 | 12 |
| 126 | 12 | 126 | 20 |
| 168 | 20 | 169 | 12 |
| 185 | 16 | 185 | 20 |
| 194 | 22 | 195 | 3 |
| 195 | 9 | 195 | 19 |
| 210 | 22 | 211 | 10 |
| 223 | 15 | 223 | 23 |