UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Civil File No. 02-CV-212 (JNE/JGL)

Conseco Services, LLC,

Defendant.

**PROPOSED SPECIAL VERDICT FORM OF CONSECO SERVICES**

**TELEPLUS CLAIM OF BREACH OF CONTRACT**

1. Did Teleplus perform as required under its Contract with Conseco?

Yes ________ No ________

*If your answer to Question 1 is "No," then you do not need to answer Questions 2 through 5. If your answer to Question 1 is "Yes," then answer Question 2.*

2. Did Conseco fail to perform as required under its Contract with Teleplus?

Yes ________ No ________

*If your answer to Question 2 is "No," then you do not need to answer Questions 3 through 5. If your answer to Question 2 is "Yes," then answer Question 3.*

3. Is Conseco's failure to perform as required under the Contract justified because of Teleplus' failure to adequately satisfy its obligations under the Contract?

Yes ________ No ________

*If your answer to Question 3 is "Yes," then you do not need to answer Questions 4 through 5. If your answer to Question 3 is "No," then answer Question 4.*

4. Did Conseco's failure to perform as required under the Contract directly cause damage to Teleplus?

Yes ________ No ________

*If your answer to Question 4 is "No," then you do not need to answer Question 5. If your answer to Question 4 is "Yes," then answer Question 5.*

5. What amount of money will fairly and adequately compensate Teleplus for the damages directly caused by Conseco's failure to perform as required under the Contract?

$________________

Authority: CIVSVF 20.90 (modified); Industrial Rubber Applicators, Inc. v. Eaton Metal Prods. Co., 171 N.W.2d 728, 731 (Minn. 1969) (overruled in part by Standslast v. Reid, 231 N.W.2d 98 (Minn. 1975)); Minnesota Mining & Mfg. Co. v. Rauh Rubber, Inc., 943 F. Supp. 1117, 1126 (D. Minn. 1996); In re Health Risk Mgmt., Inc., 319 B.R. 181, 187 (D. Minn. 2005).

**TELEPLUS CLAIM OF FRAUD**

1. Did Conseco falsely represent (a) past or present material fact(s) to Teleplus?

Yes ________ No ________

*If your answer to Question 1 is "No," you do not need to answer Questions 2 through 8. If your answer to Question 1 is "Yes," then answer Question 2.*

2. At the time the false representation was made, did Conseco know the representation was false?

Yes ________ No ________

*If your answer to Question 2 is "No," you do not need to answer Questions3 through 8. If your answer to Question 2 is "Yes," then answer Question 3.*

3. At the time the false representation was made, did Conseco intend to fulfill the promise made in the representation?

Yes ________ No ________

*If your answer to Question 3 is "Yes," you do not need to answer Questions 4 through 8. If your answer to Question 3 is "No," then answer Question 4.*

4. Did Conseco intend that Teleplus would rely on the false representation(s)?

Yes ________ No ________

*If your answer to Question 4 is "No," you do not need to answer Questions 5 through 8. If your answer to Question 4 is "Yes," then answer Question 5.*

5. Did Teleplus rely on the false representation(s)?

Yes ________ No ________

*If your answer to Question 5 is "No," you do not need to answer Questions 6 through 8. If your answer to Question 5 is "Yes," then answer Question 6.*

6. Was Teleplus justified in relying on the false representation?

Yes ________ No ________

*If your answer to Question 6 is "No," you do not need to answer Questions 7 through 8. If your answer to Question 6 is "Yes," then answer Question 7.*

7. Was Teleplus harmed as a direct result of relying on the false representation(s)?

Yes ________ No ________

*If your answer to Question 7 is "No," you do not need to answer Question 8. If your answer to Question 7 is "Yes," then answer Question 8.*

8. What amount of money, if any, will fairly and adequately compensate Teleplus for the damages it experienced as a direct result of relying on the false representation?

$___________

Authority: CIVSVF 57.90; Martens v. Minnesota Mining & Mfg. Co., 616 N.W.2d 732, 747 (Minn. 2000); Retek, Inc. v. Cox, 2003 WL 22037709, at *3 (D. Minn. Aug. 29, 2003).

**COUNTERCLAIM SPECIAL VERDICT FORM**

**CONSECO CLAIM OF BREACH OF CONTRACT**

1. Did Teleplus fail to perform as required under its Contract with Conseco?

Yes ________ No ________

*If your answer to Question 1 is "No," then you do not need to answer Questions 2 and 3. If your answer to Question 1 is "Yes," then answer Question 2.*

2. Did Teleplus' failure to perform as required under the Contract directly cause damage to Conseco?

Yes ________ No ________

*If your answer to Question 2 is "No," then you do not need to answer Question 4. If your answer to Question 2 is "Yes," then answer Question 3.*

3. What amount of money will fairly and adequately compensate Conseco for the damages directly caused by Teleplus' failure to perform as required under the Contract?

$________________

Authority: CIVSVF 20.90 (modified); Industrial Rubber Applicators, Inc. v. Eaton Metal Prods. Co., 171 N.W.2d 728, 731 (Minn. 1969) (overruled in part by Standslast v. Reid, 231 N.W.2d 98 (Minn. 1975)); Minnesota Mining & Mfg. Co. v. Rauh Rubber, Inc., 943 F. Supp. 1117, 1126 (D. Minn. 1996); In re Health Risk Mgmt., Inc., 319 B.R. 181, 187 (D. Minn. 2005).

**CONSECO CLAIM OF NEGLIGENT MISREPRESENTATION**

1. Did Teleplus provide false information to Conseco?

Yes ________ No ________

*If your answer to Question 1 is "No," you do not need to answer Questions 2 through 6. If your answer to Question 1 is "Yes," then answer Question* 2.

2. Did Teleplus fail to use reasonable care or competence in obtaining the information or communicating it to Conseco?

Yes ________ No ________

*If your answer to Question 2 is "No," you do not need to answer Questions 2 through 6. If your answer to Question 2 is "Yes," then answer Question 3.*

3. Did Conseco rely on the information provided by Teleplus?

Yes ________ No ________

*If your answer to Question 3 is "No," you do not need to answer Questions 4 through 6. If your answer to Question 3 is "Yes," then answer Question* 4.

4. Was Conseco justified in relying on the information provided by Teleplus?

Yes ________ No ________

*If your answer to Question 4 is "No," you do not need to answer Questions 5 through 6. If your answer to Question 4 is "Yes," then answer Question* 5.

5. Was Conseco harmed as a direct result of the relying on the false representation?

Yes ________ No ________

*If your answer to Question 5 is "No," you do not need to answer Questions 6 through 6. If your answer to Question 5 is "Yes," then answer Question 6.*

6. What amount of money will fairly and adequately compensate Teleplus for the damages caused by relying on the misrepresentation?

$___________

Authority: CIVSVF 57.91 (modified)