UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES, LLC'S PROPOSED VOIR DIRE QUESTIONS TO THE JURY**

---

Plaintiff respectfully requests that this Court ask the panel of prospective jurors in the above-captioned case the following questions:

1. This trial will likely last approximately one week. Will any of you find it difficult to participate for this period of time?

2. Given the probable length of this trial, do any of you have any health conditions that could interfere with your continued and diligent service as a juror?

3. This case involves a consulting contract to re-negotiate telecommunications carrier contracts. To your knowledge, have you, any members of your family or close friends ever had any connection or dealings with any of the following companies or their employees, officers or directors or any of the individuals listed below:

Conseco Services, L.L.C.
Conseco Financial (f/k/a Green Tree Financial)
Conseco, Inc.
Green Tree Financial
James R. Breakey
Richard Maybin
Michale Sanderson
Kevin Wirthwein

**Lawyer?**

4. Are you, any member of your family or close friends related to any officer, director or employee of any of the companies I have named?

5. To your knowledge, have you, any member of your family or close friends ever had any connections or dealings with any of the flowing companies or their employees, officers, or directors or any individual listed below:

Teleplus Consulting, Inc.
Telepool Network
Firstcom
Association of Long Distance Users
David E. Steen
William G. Hansen

6. Are you or any members of your family or close friends related to any officer, director or employee of Teleplus Consulting, Inc.?

7. To your knowledge, have you, any member of your family or close friends ever had any connection or dealings with any of the following law firms or attorneys:

The law firms and attorneys for plaintiffs:

*Lockridge Grindal Nauen P.L.L.P.*
Christopher K. Sandberg
Charles N. Nauen
Darla Jo Boggs

The law firms and attorneys for defendants:

*Dorsey & Whitney LLP*
Robert E. Cattanach
Shannon M. Heim

8. Do you already have any knowledge about the case to be tried? If so, what do you know? How did you obtain this knowledge?

9. Has anyone discussed or attempted to discuss this case in your presence? If so, what were the circumstances? What, if anything, was discussed about this case?

10. Do you have any opinions whatsoever about this case? If you do, what are your opinions?

11. Do you have any beliefs, opinions or personal convictions concerning those who file lawsuits, that is, plaintiffs, or about those who are defendants in lawsuits? If so, please describe your beliefs, opinions or personal convictions.

12. This case is a contract dispute in which Teleplus has alleged that it did work for Conseco and was not paid. For its part, Conseco alleges that Teleplus failed to perform as it promised under the contract, and therefore is not entitled to payment. Conseco has also asserted a counter claim against Teleplus for damages that Conseco claims it suffered as a result of Teleplus' non-performance. Do any of you have any belief, opinion or personal conviction about business contractual disputes, either about this one in particular, or about contract dispute actions in general, which might be regarded as a bias or prejudice for or against them? If so, please describe your beliefs, opinions or personal convictions.

13. To your knowledge, have you any member of your family or close friends or your or their employer ever sued anyone, or presented a claim against anyone, for breach of a contract? If so, please briefly explain the nature and the circumstances of the lawsuit. Did the matter terminate satisfactorily as far as you were concerned?

14. Have you, any member of your family or close friends or your or their employer ever been sued for failing to complete a contract? If so, please briefly explain

the nature and the circumstances of the lawsuit. Did the matter terminate satisfactorily as far as you were concerned?

15. If you answers “yes” to any one of questions Nos. 25, 26, 28, or 30 of (defendant’s) jury questionnaire, let me see the hands of those who feel that that fact would influence the way you react to the evidence in this case; or would influence you during jury deliberations. (Follow-up questions to hose who respond positively.)

16. Will you be able to apply the law, as instructed, to the evidence both sides present? If you think you will not be able to apply the law, as instructed, please tell me so now.

17. If it appears to you that one or more of the parties or witnesses comes from a particular area of the country, would this in any way affect the weight and credibility that you would give to their testimony? If so, please tell me now.

18. Are any of your family members, friends or acquaintances now seated in the jury box or on the jury panel in this courtroom? If the answer is yes, and if counsel for either party were to ask that your family member, friend or acquaintance be excused from sitting on this jury, would that in any way keep you from being a completely fair and impartial juror?

19. Do you know of any reason whatsoever why you could not or would not be a fair and impartial juror in this case?

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim
Robert E. Cattanach #0153734
Shannon M. Heim #309771
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC