# CONSECO SERVICES INC.'S
# CONFIDENTIAL SUPPLEMENTAL QUESTIONNAIRE

**Please complete the following information:**

**A. The following questions are additional general background information:**

1. What is your full name?

______________________________________________________________

2. What is your current address?

______________________________________________________________

3. How long (years, months) have you lived at your current residence?

______________________________________________________________

4. Do you own or rent your current residence?
   own _____ rent _____ other _____

5. Where did you live before your current residence?

______________________________________________________________

6. How long (years, months) did you live at the residence?

______________________________________________________________

7. Please state your birthplace:
   (1) Town or County _________________
   (2) State __________________________
   (3) Nation _________________________

8. Please state your gender (male or female) __________

9. Which of the following categories best describes your situation:
   CHECK ALL THAT APPLY

   (a) _____ Married
   (b) _____ Single
   (c) _____ Divorced
   (d) _____ Separated
   (e) _____ Widowed
   (f) _____ Minor children living at home
   (g) _____ Adult children living at home

(h) _____ Minor children not living at home
(i) _____ Adult children not living at home
(j) _____ Adult living with parents

10. Please indicate your employment status (check all that apply)

(a) _____ Employed full time
(b) _____ Employed part time
(c) _____ Self-Employed
(d) _____ Retired
(e) _____ Disabled
(f) _____ Voluntarily unemployed
(g) _____ Laid off, terminated or otherwise involuntarily unemployed
(h) _____ Student
(i) _____ Homemaker

11. (a) What is your occupation or business ____________________________________
______________________________________________________________________________

(b) What is the name and address of your employer (or your business if self-employed):
______________________________________________________________________________

(c) Please describe the type of work you do: ___________________________________
______________________________________________________________________________

(d) What is your job title: _________________________________________________
______________________________________________________________________________

(e) What are your duties on the job: ________________________________________
______________________________________________________________________________

(f) Do you supervise others: _____ Yes _____ No.

(g) How long have you been employed on that job: _____ years _____ months.

12. How large is the organization you work(ed) for?
(a) _______ Just self
(b) _______ Fewer than 20 employees
(c) _______ 20 to 99 employees
(d) _______ 100 to 500 employees
(e) _______ Over 500 employees

13. Does your employer pay your salary while you serve on a jury: ______ Yes ______ No.

14. Have you ever owned your own business?
(a) _____ Yes
(b) _____ No

15. If your answer to No. 14 was "Yes," what type of business was it?

______________________________________________________________________

16. If you have been at your current job for less than five years, please state the following with respect to your job prior to your current job:
(a) Name and address of employer: ________________________________________
(b) Your job title: ______________________________________________
(c) Your job duties: ____________________________________________
(d) How long were you employed on that job: _____ years _____ months.

17. If you are or were married, please state your spouse's occupation or business (or, if retired, former occupation or business), the names of his or her employer and type of work he or she does:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

18. If living with a significant other, what is that person's job or occupation?

______________________________________________________________________

______________________________________________________________________

19. If you have children, please state each child's age, sex, occupation and amount of education completed:

| Age | Sex | Occupation | Education |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

20. If your children are married, please state each married child's spouse's age, sex, occupation and amount of education completed:

| Age | Sex | Occupation | Education |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

21. Please indicate the highest level of formal schooling you have finished:

(a) _____ Eighth grade or less
(b) _____ Some high school
(c) _____ High school graduate
(d) _____ Community college
(e) _____ Vocational or trade school
(f) _____ Some four-year college
(g) _____ College graduate
(h) _____ Some graduate school
(i) _____ Graduate school completed
(j) _____ Professional school graduate

22. If you have attended community college, vocational or trade school college, or graduate school, please state the major field(s) of your studies and any degree(s), diploma(s) or certificate(s) you have earned for each school attended.

<u>School(s)</u> <u>Major(s)</u> <u>Degree(s)</u>

______________________________________________________________

______________________________________________________________

______________________________________________________________

23. (a) Through which **two** sources do you **typically gather news? (mark two)**

___ Television News ___ Magazines ___ Information from Friends
___ Newspapers ___ Radio News ___ Family or Co-workers
___ Television Talk Shows ___ Radio Talk Shows ___ Internet
___ Other: _____________

(b) What newspaper(s) or magazine(s) do you regularly read? ______________________

______________________________________________________________

(c) What radio news or talk shows do you listen to regularly? ______________________

______________________________________________________________

24. Have you, a member of your family, your spouse or significant other, or close friend or acquaintance ever studied law or worked for a lawyer?

(a) ______ Yes
(b) ______ No

If yes, please describe:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

25. Are you acquainted with any person connected to the court system (such as lawyers, judges, etc.)?

(a) ______ Yes
(b) ______ No

If yes, please describe:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

26. Have you ever testified as a witness in court, or given a statement under oath in any type of legal proceeding?

(a) ______ Yes
(b) _____ No

27. If you have ever testified as a witness or given a statement under oath in any type of legal proceeding, please describe the circumstances:

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

28. Have you, a member of your family, or your spouse or significant other ever brought a lawsuit or arbitration against another individual or company?

(a) _____ Yes
(b) _____ No

29. If your answer to No. 28 was yes, please describe the circumstances and the outcome of each such lawsuit and/or arbitration:

______________________________________________

______________________________________________

______________________________________________

30. Have you, a member of your family, or your spouse or significant other ever had a lawsuit or arbitration brought against you?

______________________________________________

______________________________________________

______________________________________________

31. If your answer to No. 30 was yes, please describe the circumstances and the outcome of each such lawsuit and/or arbitration:

______________________________________________

______________________________________________

______________________________________________

**B. This lawsuit was commenced by a corporation that provides consulting services. It is brought as a breach of contract action. Given this brief background, please answer the following questions:**

32. Have you heard of any case involving Teleplus Consulting, Inc. or Conseco Services, LLC, or the facts surrounding this case?

_____ Yes _____ No

33. Do you or does anyone in your household or close to you, work for or have an affiliation with or own stock in any of the following types of companies:

(a) ______ telecommunications carriers
(b) ______ finance services
(c) ______ insurance providers (please identify) ___________________________
(d) ______ consulting companies (please identify) _________________________

34. Please review the list of plaintiff, defendant, and witness names below. Please indicate if you or any of your immediate family know any of these plaintiffs or defendants; have read, seen or heard anything about them; or know anyone employed by them. If so, please state the details in the line to the right of the applicable name.

| Parties | Description of your relationship or information, if any, about the plaintiffs or defendants or other witness |
|---|---|
| Teleplus Consulting, Inc. | ______________________________ |
| David E. Steen | ______________________________ |
| William G. Hansen | ______________________________ |
| Conseco Services, LLC | ______________________________ |
| Conseco Finance Corporation | ______________________________ |
| Conseco Insurance Group | ______________________________ |
| Green Tree Financial Corp. | ______________________________ |
| Banker's Life | ______________________________ |
| James R. Breakey | ______________________________ |
| Richard Maybin | ______________________________ |
| Michael Sanderson | ______________________________ |
| Kevin Wirthwein | ______________________________ |
| Timothy Nantell | ______________________________ |
| Walter Saprorov | ______________________________ |

35. The following list includes law firms and lawyers who are involved in some aspect of this case. Please indicate if you or if any of your immediate family has been personally or professionally associated with any of the firms or lawyers.

| Law Firm/Lawyer | Description of your relationship with the firm or lawyer, if any. |
|---|---|
| Lockridge Grindal Nauen P.L.L.P. | ______________________________ |
| Christopher K. Sandberg | ______________________________ |
| Charles N. Nauen | ______________________________ |
| Darla Jo Boggs | ______________________________ |
| | |
| Dorsey & Whitney LLP | ______________________________ |
| Robert E. Cattanach | ______________________________ |
| Shannon M. Heim | ______________________________ |

**C. The following questions concern your ability to serve as a juror:**

36. Do you have any difficulty with your hearing, your eyesight or in reading?
_____ Yes _____ No.

37. Do you regularly take any medications which cause drowsiness or an inability to concentrate?
______ Yes _____ No.

38. Do you have any religious or philosophical beliefs that would make it difficult for you to serve as a juror in this case?
_____ Yes ______ No.

39. Is there anything you would like to bring to the court's attention that might affect your ability to serve as a juror or render a fair verdict in this case?
_____ Yes ______ No

If so, explain: ____________________________________________________________
______________________________________________________________________________

40. Is there anything you would like to add to your responses that might aid the Court in selecting a fair and impartial jury in this case?

______________________________________________________________________________
______________________________________________________________________________

41. Have you previously served as juror in a lawsuit?
_____ Yes _____ No.
If so,
(a) when:_____________________________________________________________
(b) what court:_________________________________________________________
(c) what type of case:____________________________________________________
(d) was the verdict for:
_____ the plaintiff
_____ the defendant(s)
_____ other: (Explain:):_____________________________________________

I DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

___________________________________
(Signature)

___________________________________
(Please print your name)

___________________________________
(Social Security Number)

___________________________________
(Date)

PLEASE RETURN THIS FORM IN THE ENCLOSED POSTAGE PAID ENVELOPE BY _____________, 2005