UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**CONSECO SERVICES, LLC'S WITNESS LIST**

---

Pursuant to LR 39.1(b)(1)(C), Defendant Conseco Services, LLC, for its Witness List, identifies the following witnesses that may be called by Defendants during trial:

| **Witness** | **Address** | **General Description of Expected Testimony** |
|---|---|---|
| James Breakey | Green Tree Finance, St. Paul Minnesota | Witness designated to testify regarding general relationship with Teleplus Consulting, Inc., contract negotiations with AT&T and WorldCom, Verizon and other telecommunications providers, Teleplus Consulting, Inc.'s performance under the contract, commitments made by Teleplus Consulting, Inc., damages regarding delay in securing updated contracts with providers, and role of Conseco Services, LLC in contract negotiations. |
| Michael Sanderson | United Health Group, Minneapolis, MN | Witness designated to testify regarding general relationship with Teleplus Consulting, Inc., contract negotiations with AT&T and WorldCom, Verizon and other telecommunications providers, Teleplus Consulting, Inc.'s performance under the contract, |

| | | |
|---|---|---|
| | | commitments made by Teleplus Consulting, Inc., damages resulting from delay in securing updated contracts with providers, and role of Conseco Services, LLC in contract negotiations. |
| Kevin Wirthwein | Second Vice President, Conseco Services LLC, Carmel, Indiana | Witness designated to testify regarding general relationship with Teleplus Consulting, Inc., contract negotiations with AT&T and WorldCom, Verizon and other telecommunications providers, Teleplus Consulting, Inc.'s performance under the contract, commitments made by Teleplus Consulting, Inc., damages resulting from delay in securing updated contracts with providers, and negotiations between Conseco and AT&T after Teleplus ceased negotiating. |
| Richard Maybin | Independent consultant | Witness designated to testify regarding general relationship with Teleplus Consulting, Inc., contract negotiations with AT&T and WorldCom, Verizon and other telecommunications providers, Teleplus Consulting, Inc.'s performance under the contract, commitments made by Teleplus Consulting, Inc., damages resulting from delay in securing updated contracts with providers, and negotiations between Conseco and AT&T after Teleplus ceased negotiating. |
| Walter Sapronov | Attorney, Atlanta, Georgia | Witness designated to testify regarding the results of Teleplus efforts on behalf of Conseco with AT&T, and impact of Teleplus' negotiations on state of relationship between AT&T and Conseco following Teleplus' work on behalf |

| | | |
|---|---|---|
| | | of Conseco. Mr. Sapronov participated in the contract negotiation and drafting in August 2001. |
| Timothy Nantell | University of Minnesota, Minneapolis, MN | Expert witness designated to testify regarding Conseco Services, LLC's counterclaim damages. Specific parameters of his testimony can be found in the Amended Report of Timothy J. Nantell filed on August 4, 2003. |
| David Steen | CEO, Teleplus<br>Eden Prairie, MN | Cross-examination |
| William Hansen | Independent Sales Consultant, Teleplus<br>Eden Prairie, MN | Cross-examination |
| Laura Carlisle | AT&T<br>Oakton, VA | Witness designated to discuss effectiveness and impact of Teleplus in the context of negotiations regarding revised contract between AT&T and Conseco, whether one-page deal sheets were intended to be binding contract offers by AT&T, and whether such one-page deal sheets were substantially similar to final contract with AT&T. |
| Richard Francis | AT&T<br>Raleigh, NC | Witness designated to discuss effectiveness and impact of Teleplus in the context of negotiations regarding revised contract between AT&T and Conseco, whether one-page deal sheets were intended to be binding contract offers by AT&T, and whether such one-page deal sheets were substantially similar to final contract with AT&T.. |
| John Quinlivan | Minneapolis, MN | Witness designated to discuss negotiation with WorldCom. |
| Michael Smith | MCI/WorldCom<br>Cincinnati, Ohio | Witness designated to discuss negotiation with WorldCom. |

Conseco reserves the right not to offer any of the designated witnesses, and to designate additional witnesses for rebuttal, impeachment, or foundation purposes, including but not limited to Lisa Tobin and Jacquiline Bach. Defendant also reserves the right to object to Plaintiff's deposition designations and to counter-designate portions of testimony to be read at trial. Conseco reserves the right to call witnesses identified by Plaintiff Teleplus.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shanon M. Heim

Robert E. Cattanach #0153734
Shannon M. Heim #309771
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC