**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES' NOTICE OF MOTION AND MOTION TO SEQUESTER WITNESSES**

---

**TO: PLAINTIFF AND ITS ATTORNEYS OF RECORD, CHRISTOPHER K. SANDBERG, ESQ., LOCKRIDGE GRINDAL NAUEN P.L.L.P., SUITE 2200, 100 WASHINGTON AVENUE SOUTH, MINNEAPOLIS, MN 55401-2179.**

Pursuant to Federal Rule of Evidence 615, Conseco Services, LLC ("Conseco") respectfully submits its Notice of Motion and Motion to Sequester Witnesses. The Federal Rules require witnesses to be sequestered upon the request of a party.

Federal Rule of Evidence 615 directs that the Court "shall order witnesses excluded so that they cannot hear the testimony of other witnesses." Conceco acknowledges that Rule 615 permits the counsel of a non-natural party, a corporation such as Teleplus, to designate one representative to remain in the courtroom. *See* Federal Rule of Evidence 615(2). Conseco respectfully submits that no other exclusions apply.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim

Robert E. Cattanach #0153734
Shannon M. Heim #309771
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC