UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES, LLC'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE LAY OPINION EVIDENCE REGARDING TELEPLUS DAMAGES**

---

TO: Plaintiff, and its attorneys, Christopher K. Sandberg, Esq., Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179

**PLEASE TAKE NOTICE** that on a date and at a time to be determined by the Court, Defendant Conseco Services, LLC will move the Court for an Order as follows:

1. that during the trial of this matter, Plaintiff is precluded from offering into evidence lay opinion evidence in support of Teleplus' damages.

This motion is based on all files, records, proceedings herein and the memorandum of law filed in support of the motion.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC