**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**AFFIDAVIT OF SHANNON M. HEIM IN SUPPORT OF CONSECO SERVICES' MOTION IN LIMINE**

STATE OF INDIANA :
: ss
COUNTY OF HAMILTON :

Shannon M. Heim, being first duly sworn, states as follows:

1. I am an attorney licensed to practice in the state of Minnesota and before this Court.

2. I am a member of Dorsey & Whitney LLP, and I am one of the attorneys representing defendant Conseco Services ("Conseco"), in this action. I submit this affidavit in support of Conseco's Motion *in Limine* to exclude improper lay opinion testimony.

3. Attached hereto as Exhibit A is a true and correct copy of Teleplus Trial Exhibit 101, Hansen Damages Reports, which assembles documents to bear a striking similarity to a traditional expert report.

FURTHER AFFIANT SAITH NOT.

s/Shannon M. Heim
Shannon M. Heim

Subscribed and sworn to before me
this 27th day of June, 2005.

Notary Public