UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

File No. 02-CV-212 (JNE/JGL)

**DEFENDANT CONSECO SERVICES, LLC'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ROBERT WILSON AND METRIS DOCUMENTS**

---

TO: Plaintiff, and its attorneys, Christopher K. Sandberg, Esq., Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179

**PLEASE TAKE NOTICE** that on a date and at a time to be determined by the Court, Defendant Conseco Services, LLC will move the Court for an Order as follows:

1. that during the trial of this matter, Plaintiff is precluded from eliciting any testimony from Robert Wilson and entering into evidence Metris documents, identified as Teleplus Exhibits 77-89.

This motion is based on all files, records, proceedings herein and the memorandum of law filed in support of the motion.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/ Shannon M. Heim
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC