UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Teleplus Consulting, Inc., | File No. 02-CV-212 (JNE/JGL) |
| Plaintiff, | **LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING CONSECO SERVICES, LLC'S MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE*** |
| v. | |
| Conseco Services, LLC, | |
| Defendant. | |

---

I, Shannon M. Heim, certify that Conseco Services, LLC's Memorandum in Support of Motion *in Limine* complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 927 words.

Dated: June 27, 2005

DORSEY & WHITNEY LLP

By s/Shannon M. Heim

Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 309771)
Amy S. Hartman (No. 303446)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Conseco Services, LLC