**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc., File No. 02-CV-212 (JNE/JGL)

Plaintiff,

v.

**AFFIDAVIT OF KEVIN WIRTHWEIN IN SUPPORT OF CONSECO SERVICES' MOTION IN LIMINE**

Conseco Services, LLC,

Defendant.

STATE OF INDIANA :
: ss
COUNTY OF HAMILTON :

Kevin Wirthwein, being first duly sworn, states as follows:

1. I am employed by Conseco Services LLC as Second Vice President, Information Technology.

2. My responsibilities include supervision of the procurement of telecommunications for Conseco Services, LLC. I have been in this position since 1998.

3. I have reviewed virtually all telecommunications contracts, including wireless, signed by Conseco Services since 2000.

4. Conseco has never entered into an Affiliate/Affinity Program or anything similar to the program of that name as described in Conseco's contract with Teleplus. Attached hereto is a true and correct copy of the Verizon Wireless contract signed in November 2001 as Exhibit A.

FURTHER AFFIANT SAITH NOT.

Kevin Wirthwein

Subscribed and sworn to before me this 27th day of June, 2005.

Notary Public

4840-1191-0144\1 6/27/2005 3:36 PM