# NATIONAL ACCOUNT WIRELESS AGREEMENT BETWEEN VERIZON WIRELESS AND CONSECO SERVICES, LLC

This National Account Wireless Agreement ("Agreement") is made, as of November 19, 2001 by and between Cellco Partnership, a Delaware General Partnership, doing business as Verizon Wireless ("Verizon Wireless") having its principal place of business at 180 Washington Valley Road, Bedminster, NJ 07921, and Conseco Services, LLC, an Indiana limited liability Company ("Customer"), having its principal place of business at 345 St. Peter Street, St. Paul, MN 55102 (jointly referred hereto as the "Parties").

WHEREAS, Verizon Wireless has the capability to provide, or arrange for the provision of, Cellular Radio Service, Equipment and accessories, and consolidated billing and management services within the Verizon Wireless areas; and

WHEREAS, Customer wishes Verizon Wireless to be its preferred provider of Cellular Radio Service and consolidated billing and management services, within Verizon Wireless' and its Affiliates' Areas, as described hereunder for the time, in the manner, and upon the terms and conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the Parties agree as follows:

1. **Definitions:** When used in this Agreement the following terms shall have the following meanings as specified below:

1.1 **Affiliate.** Any person, partnership, joint venture, corporation, or other form of enterprise, domestic or foreign, including, but not limited to, parents or subsidiaries, which directly or indirectly Control, are Controlled by, or are under common Control with, a party to this Agreement.

1.2 **Area.** The markets where the applicable price plans shown in Exhibit B are valid and in which Verizon Wireless has or intends to apply for regulatory authority to provide CRS.

1.3 **Authorized Signer.** An individual who is designated and granted authority to act on behalf of Customer for any and all matters contemplated by the parties' Agreement to include access to the account, ability to purchase equipment, add lines of service, cancel service, and make changes to the account that financially bind the Customer.

1.4 **Cellular Radio Service ("CRS").** Any and all service authorized by the FCC under Part 22 of its rules as amended under the cellular orders set forth in An Inquiry Into the Use of the Bands 825-845 MHz and 870-890 MHz for Cellular Communications Systems: and Amendments of Parts 2 and 22 of the Commission's Rules Relative to Cellular Communications Systems (CC Docket No. 79-318), 86 F.C.C. 2d 469 (1981), modified as set forth in reconsideration order 89 F.C.C. 2d 58 (1982), and as further modified as set forth in reconsideration order FCC 82-308 (released July 8, 1982) (Cellular Radio Decisions) and such other service as may be authorized by the FCC hereafter under such decisions, all amendments, modifications or supplements to the aforesaid rules or orders from time to time, and any other radio service defined and regulated by the FCC as personal communications services, and all other Commercial Mobile Radio Services as defined by the FCC including, but not limited to PCS, PCS utilizing 1900 MHz, and Enhanced Specialized Mobile Radio (ESMR).

1.5 **Control.** The possession, directly or indirectly, of the power to direct, or cause the direction of, the management and operating policies of the entity in respect of which the determination is being made, through the ownership of voting securities [at least fifty percent (50%) of its voting securities or the maximum allowed by law], contract, voting trust, or otherwise.

1.6 **Corporate Subscriber.** Customer's employee utilizing CRS for Customer's business purposes, whose account is set up in Customer's name and for which Customer bears payment responsibility.

1.7 **Employee Subscriber.** Customer's employee utilizing CRS for personal purposes, whose account is set up in the employee's name and for which the employee bears payment responsibility.

1.8 **Equipment.** Mobile, transportable, or portable cellular telephones or similar devices used by Subscribers in conjunction with or in order to utilize CRS.

1.9 **Subscriber.** The ultimate user of CRS provided by or through Verizon Wireless. Each CRS telephone number is deemed to be a separate Subscriber.

2. **Terms and Conditions:** In addition to all the terms and conditions described herein, Customer agrees to comply with all the terms and conditions of Verizon Wireless' General Provisions for Wireless Service incorporated herein as Exhibit A. If there are any inconsistencies between any of the terms and conditions of Exhibit A and this Agreement, the terms and conditions of this Agreement shall prevail.

CONSECO 101722


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

Confidential

3. **Term:** This Agreement shall be for an initial term of two (2) years, commencing from the date executed by Verizon Wireless. Customer acknowledges and accepts that it shall be thirty (30) days from the execution of this Agreement before the terms herein will be implemented. Customer further acknowledges and accepts that it may take up to sixty (60) days from the execution of this Agreement for the terms and conditions herein to be implemented for current Verizon Wireless corporate customers. This Agreement shall be automatically renewed for an additional two (2) year term unless canceled by either party with at least ninety ( 60) days written notice prior to the expiration of the initial term. The term for each Subscriber line shall be for one (1) year, unless a longer term is required by the plan selected, and shall be automatically renewed unless terminated prior to the end of the then current term upon thirty (30) days written notice and subject to an early termination fee if applicable. Customer may transfer lines to various Corporate Subscribers.

4. **Customer Commitment:**

4.1 In order to qualify for the rates and access discounts shown in Exhibit B, Customer agrees to achieve and maintain a number of active Corporate and Employee Subscribers within the pricing tiers ("Attainment Tier") shown in such Exhibits. Customer shall indicate its chosen Attainment Tier by checking and initialing the appropriate box on Exhibit B. Should Customer not be able to maintain a minimum one hundred (100) Corporate and Employee voice-service lines, Verizon Wireless reserves the right to move Customer to the then applicable equipment and service pricing. Customer shall have a one hundred eighty (180) day administrative grace period to meet its Attainment Tier. Should the attainment tier not be met or exceeded within the one hundred eighty (180) day administrative grace period, Customer will then be moved to lower applicable attainment and monthly access fee discount tier. Subsequently, should Customer not be able to maintain a minimum one hundred (100) Corporate and Employee voice-service lines for two (2) consecutive months, Verizon Wireless reserves the right to move Customer to the then applicable equipment and service pricing. At the conclusion of the grace period, Verizon Wireless will use the number of active Corporate and Employee Subscribers ("Qualifying Subscribers") who have been properly enrolled and coded for participation under this Agreement to determine if the customer has achieved their Attainment Tier. In order for Customer's Employee Subscribers to be properly enrolled and coded, Customer shall provide Verizon Wireless with a list of those Subscribers, their Verizon Wireless telephone and account number, and a fully executed Employee User Agreement (attached hereto as Exhibit I).

At any time after the grace period has ended, if Customer exceeds their minimum line attainment tier for two (2) consecutive months, Customer will have the option to move its Qualifying Subscribers to a higher line attainment tier level by notifying Verizon Wireless in writing. Verizon Wireless will then provide an amendment to the original contract. In the event, Customer remains below their attainment tier for two (2) consecutive months, Verizon Wireless reserves the right to move Customer's Qualifying Subscribers to the applicable lower attainment tier shown in Exhibit B.

Through quarterly reviews, should Verizon Wireless determine that Customer has exceeded its Attainment Tier and maintained such number of active Qualifying Subscribers for at least two (2) consecutive months, Verizon Wireless shall notify Customer that it is eligible for an access discount associated with an Attainment Tier higher than the one originally selected. Upon receipt of notification, should Customer elect to move to such Attainment Tier, Customer shall notify Verizon Wireless in writing of its intent to do so. Upon receipt of such notice, Verizon Wireless shall move Customer's Qualifying Subscribers to such Attainment Tier. Customer acknowledges and accepts that it may take up to ten (10) days for such move to occur for Customer's existing Qualifying Subscribers. Customer further acknowledges and accepts that the change in Attainment Tier shall not result in any retroactive discounts or credits.

4.2 Customer's Qualifying Subscribers on select national, regional and local non-promotional consumer rate plans with monthly access fees of $35.00 and higher are eligible for monthly access fee discounts throughout Verizon Wireless' Areas, as applicable. Qualifying Subscribers on select national, regional and local promotional consumer rate plans with monthly access fees of $35.00 and higher are eligible for a 5% monthly access fee discounts throughout Verizon Wireless' Areas. Customer's Qualifying Subscriber lines throughout all of Verizon Wireless' licensed areas will contribute to the minimum line attainment.

Verizon Wireless will issue Customer a 2% annual revenue rebate based on Customer's Corporate Subscriber monthly access and usage fees. The revenue rebate will paid to Customer annually in the form of one (1) rebate check.

4.3 Customer agrees that Equipment and CRS billings will be paid by Customer for Corporate Subscribers. Customer agrees to guarantee and pay any invoices presented by Verizon Wireless, that are not disputed in good faith by


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

Customer. The validity of any such invoices shall be reasonably determined by Verizon Wireless according to its records. Terms of payment for Corporate Subscribers shall be due 30 days from the invoice sent to Customer at the address set forth in the Customer purchase order covering the Equipment and/or CRS. Payment shall be considered made when payment checks are received by Verizon Wireless.

**(a) Conciliation.**
In order to attempt promptly to resolve any disputes concerning any invoice or charges rendered that may arise during the performance of this Agreement, the parties agree that the escalation procedures set forth in this Agreement and the conciliation procedures set forth below shall be followed before either party files a demand in arbitration authorized under Section 22 of this Agreement.

**(b) Procedures.**
In the event that a dispute arises between the parties, the aggrieved party shall provide the other with written notice setting forth the nature of the problem and the remedy requested. Within 10 days after receipt of that notice, the ____________ of Customer and the Verizon Wireless dedicated Major Account Customer Service Assistant shall attempt to resolve the problem and shall continue to meet in accordance with a schedule they establish until the problem is resolved. If the problem is not resolved within 30 days after the first meeting, the ___________ of Customer and the Verizon Wireless Manager of Customer Account Operations shall promptly attempt to resolve the problem. If they are unable to reach agreement within an additional 15 days, either party may invoke the Resolution of Disputes/Arbitration provisions identified in Section22 attached hereto.

5. **Consolidated Billing and Management Services:** Verizon Wireless, agrees to provide Customer, in accordance with the terms and conditions of this Agreement, consolidated billing and management services as described below:

5.1 **Verizon Wireless' Areas:** Verizon Wireless will provide Customer CRS in the Area, at the rates contained in Exhibit B, subject to the terms and conditions of Exhibit A, provided, however, the following conditions shall apply:

5.1.1 Verizon Wireless shall provide a sixty-(60) day notice for any rate changes, other than the rate change which would result from Customer not meeting its Attainment Tier.

5.1.2 Within the Verizon Wireless Area, Customer further agrees that an early termination fee of $175.00 applies for Corporate Subscriber lines in service less than twelve (12) months at the time of termination. On an annual basis, Verizon Wireless will waive the early termination fees for up to fifty (50) of Customer's Corporate Subscriber lines that are terminated prior to completing twelve (12) months in service. An early termination fee applies to Employee Subscribers terminating service prior to completing the applicable term. The early termination fee applicable to Employee Subscriber lines may vary depending upon the Verizon Wireless area in which the line was activated The amount of such fee may vary depending on the Verizon Wireless Area in which the Subscriber's line was activated. Customer acknowledges that it is responsible to pay all roaming and toll charges owing for use of CRS in Verizon Wireless' Area.

5.1.3 Customer is eligible to receive information and reports on account usage billing activity in Verizon Wireless Areas via the Internet Billing Analysis System (IBAS), subject to the terms and conditions of the IBAS website. Within forty-five (45) to sixty (60) days of the end of each month's billing cycle, Verizon Wireless will coordinate the consolidation of Customer's usage information under this agreement in the web-based IBAS format. Upon registration with an applicable user name and password, Customer's authorized users may elect to utilize reporting and features available in accordance with the IBAS capabilities. Customer shall not allow any third parties to use Customer's password and access IDs for any reason whatsoever, and agrees to take all appropriate steps to maintain its confidential nature.

Other than customer's information, Verizon Wireless is the owner or licensee of any and all copyrights, trademarks, service marks, and any other intellectual property right relating to the Verizon Wireless pages of the IBAS website.

Notwithstanding anything in the Agreement to the contrary, in no event shall Verizon Wireless be liable for any damages resulting from any unauthorized access to the IBAS website, any virus, corruption, disruption or disablement related to the use of the IBAS website. Verizon Wireless and its affiliates disclaim all warranties, representations and endorsements as provided in the Agreement.


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

Verizon Wireless has no liability for security of email sent by customer with IBAS information. Users of IBAS assume all responsibility and risk for their use.

The IBAS website is operated within the United States of America. Verizon Wireless does not represent that materials at this site are appropriate or available for use at locations other than as provided for in the Agreement. By virtue of operating and transmitting the IBAS web site and its content through the World Wide Web, Verizon Wireless does not consent to the jurisdiction of state courts other than the courts of states in which it provides wireless service.

5.2 **Non-Verizon Wireless markets:** In markets outside of Verizon Wireless' Area. CRS will be provided to Customer by the Service Provider of Customer's choice, from those carriers having inter-carrier agreements with Verizon Wireless. Verizon Wireless will coordinate the initial CRS activation and Equipment shipping as may be required for Customer's Corporate Subscribers.

6. **Employee Program:** Employee Subscribers may obtain CRS under this Agreement at the rates, and under the terms and conditions of Exhibit B as attached hereto. In order to participate under this Agreement each Employee Subscriber must agree to execute and comply with all the terms and conditions of Verizon Wireless' Cellular Service Agreement and the Employee User Agreement (attached hereto as Exhibit I). Customer's Employee subscribers must activate service via the Verizon Wireless Extranet or through the Verizon Wireless Business Sales Channel to qualify for the proposed rates.

7. **Equipment Pricing:** When Customer chooses to purchase Equipment through Verizon Wireless, Customer shall be charged the pricing and all applicable taxes for such Equipment as indicated in Exhibit C. (Exhibit C reflects current equipment program and pricing which are subject to change). All Equipment for Corporate Subscribers shall be shipped to corporate office locations specified by Customer. Customer shall have the right to use its own equipment, provided such equipment is authenticatible on Verizon Wireless' network, meets the equipment requirements of the selected Verizon Wireless rate plan, and must be programmed with Verizon Wireless' then current preferred roaming list.

8. **Cellular Long Distance:** Except with regard to the SingleRate Corporate plans provided herein, cellular long distance charges may apply to all calls originating within an applicable cellular local calling area to areas outside the area. These charges are in addition to home airtime charges as shown in Exhibit B. Cellular local calling areas are defined by Verizon Wireless and are subject to change. Customer's home airtime rate area may, or may not, differ from the applicable cellular local calling area for long distance calls.

For plans other than SingleRate Corporate provided herein, Verizon Wireless cellular long distance charges may apply based on the users location at the start of the call, even though the user may move during the duration of the call. Verizon Wireless cellular long distance charges may apply to calls completed through network services such as call forwarding and automatic call delivery. Rates may vary for cellular long distance calls placed while roaming. Verizon Wireless' cellular long distance rates may apply to all cellular calls to points outside the regional calling area.

9. **Roaming.** Automatic roaming availability may be restricted in certain areas to prevent fraud. Roaming rates offered by the visited system may vary where automatic roaming is restricted.

10. **Conversion Program:** Verizon Wireless will coordinate the conversion of Qualifying Subscribers within the Verizon Wireless Area, who have CRS with a service provider other than Verizon Wireless but who wish to convert to Verizon Wireless CRS, if such Subscriber's contractual obligation with that service provider has expired.

11. **Consolidated Billing Reports:** Verizon Wireless will coordinate the consolidation of nationwide account usage and billing activity from Service Providers in both Verizon Wireless Areas and non-Verizon Wireless Areas. Such consolidated reporting shall be made available to Customer on a monthly basis at no additional cost. Customer acknowledges and accepts that it shall be necessary for it to execute a Consolidator Letter on Customer's letterhead (attached hereto as Exhibit F) or to execute a separate agreement with Customer's chosen Service Provider in order for Verizon Wireless to facilitate activations outside of its Area.

12. **Shipping, Title, Risk of Loss:** Equipment shall be shipped F.O.B. Verizon Wireless' warehouse via standard transportation to the address specified on Customer's purchase order within ten (10) business days of receipt of purchase order based on Equipment availability. Title and risk of loss shall pass to Customer upon shipment to Customer's designated shipping destination. Acceptance shall occur within five (5) business days after Customer's receipt of such Equipment. If Customer accepts the Equipment tendered under this Agreement, such acceptance shall be deemed a complete discharge of all of Verizon Wireless' obligations, and after such acceptance Customer shall have no remedy against Verizon Wireless nor the right to revoke such acceptance for any reason provided; however, that if Customer or its


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

Subscribers (individual users and/or lines) within the five (5) business day period find the Equipment defective then Customer or its Subscribers shall return such Equipment and upon its return Verizon Wireless shall repair or replace the Equipment, or, if repair or replacement is not feasible, will refund to Customer or Subscriber the fees for the Equipment.

13. **NO WARRANTIES:** CUSTOMER ACKNOWLEDGES THAT VERIZON WIRELESS IS NOT THE MANUFACTURER OF THE CELLULAR TELEPHONE UNITS, AND CUSTOMER AGREES THAT VERIZON WIRELESS HAS NOT MADE AND MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER, DIRECTLY OR INDIRECTLY, EXPRESS OR IMPLIED, AS TO THE SUITABILITY, DURABILITY, FITNESS FOR USE, MERCHANTABILITY, CONDITION OR QUALITY OF THE EQUIPMENT. WITH RESPECT TO VERIZON WIRELESS, CUSTOMER PURCHASES THE CELLULAR TELEPHONE UNIT "AS IS." VERIZON WIRELESS SHALL NOT BE LIABLE TO CUSTOMER FOR ANY LOSS, DAMAGE OR EXPENSE OF ANY KIND OR NATURE CAUSED DIRECTLY OR INDIRECTLY BY THE EQUIPMENT, OR BY THE USER OR MANUFACTURER THEREOF, OR BY ANY REPAIR, SERVICE OR ADJUSTMENT THERETO OR BY ANY INTERRUPTION OF SERVICE OR LOSS OF USE THEREOF, OR FOR ANY LOSS OF BUSINESS OR DAMAGE WHATSOEVER AND HOWSOEVER CAUSED UNLESS LOSS OR DAMAGE IS CAUSED DUE TO VERIZON WIRELESS' WILLFUL MISCONDUCT. VERIZON WIRELESS AGREES TO ASSIGN TO CUSTOMER ANY MANUFACTURERS' CONSUMER WARRANTIES AS RECEIVED BY VERIZON WIRELESS WITH RESPECT TO THE EQUIPMENT. CUSTOMER ACKNOWLEDGES THAT DISSATISFACTION WITH THE CELLULAR TELEPHONE UNITS WILL NOT RELIEVE CUSTOMER OF ANY OBLIGATION UNDER THIS AGREEMENT.

14. **Availability of Service:** Customer acknowledges that CRS will be available to Customer's Equipment in a particular CRS area only when it is within the operating range of the cellular system located in the CRS area, and CRS is subject to transmission limitations and dropped calls, caused by atmospheric or topographical conditions or otherwise. CRS may be temporarily refused, limited, interrupted or curtailed due to governmental regulations or orders, system capacity limitation or equipment modifications, upgrades, relocations, repairs, and similar activities necessary or appropriate for the proper operation of CRS.

15. **Limitation of Liability:**

**Limitation of Liability:** Verizon Wireless shall not be liable to Customer, its employees, agents, or any third party for injuries to persons or property arising from Customer's use of the wireless telephone radio unit or related equipment, any defect in the equipment, or the installation, repair or maintenance of the equipment by any parties who are not employees of Verizon Wireless, subcontractors of Verizon Wireless, or otherwise acting on Verizon Wireless' behalf. Verizon Wireless' performance hereunder shall be excused if caused by equipment failure, acts of God, strikes, severe weather conditions, fire, riots, war, earthquakes, equipment or facility shortage beyond Verizon Wireless' reasonable control or any other causes beyond Verizon Wireless' reasonable control.

IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT, SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, HOWEVER CAUSED, WHICH ARE INCURRED BY THE OTHER PARTY AND WHICH ARISE OUT OF ANY ACT OR FAILURE TO ACT RELATING TO THIS AGREEMENT, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE CLAIM OR POTENTIAL CLAIM OR OF THE POSSIBILITY OF SUCH DAMAGES, AND IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR PUNITIVE DAMAGES.

IN NO EVENT SHALL VERIZON WIRELESS BE LIABLE FOR LOSSES, DAMAGES, OR CLAIMS ARISING OUT OF CUSTOMER'S USE OR ATTEMPTED USE OF 911 OR E911 SERVICE. NOR SHALL VERIZON WIRELESS BE LIABLE FOR CUSTOMER'S INABILITY TO ACCESS 911 OR E911 SERVICE.

16. **Assignment:** Neither party shall assign its rights or delegate its duties under this Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld, delayed or conditioned. Notwithstanding the foregoing, Either party may, assign this Agreement, without the other party's consent, to (i) any parent, subsidiary or Affiliate entity, (ii) to a successor in interest of all or substantially all of the assets, stock or business of a party to which this Agreement pertains. In addition, Verizon Wireless may assign this Agreement to any partnership or entity resulting from that certain U.S. Wireless Alliance Agreement between Verizon Wireless's parent, Vodafone Group plc., and Verizon Communications without Customer's consent. Any attempted assignment or delegation in contravention of this section shall be void and of no effect, and shall be considered a material default of this Agreement. Subject to the provisions of this section, this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns, if any, of the parties hereto.


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

17. **Extranet Based Ordering:** Following execution of Exhibit G, attached hereto, Verizon Wireless shall develop an Extranet based ordering capability in accordance with the provisions of Exhibit G. to be utilized by those Subscribers authorized by Customer to purchase either Corporate Subscriber and/or Employee Subscriber Equipment and CRS from Verizon Wireless. Verizon Wireless' development and launch of the Extranet based ordering capability for Customer use is subject to resource availability. Verizon Wireless shall provide date of launch to Customer. When available. Employee Subscribers must utilize Customer Extranet site to activate service. Employee Subscribers may also take advantage of a 25% discount on the purchase of accessories when using the Extranet site.

18. **Confidential Information:**

a) Customer shall hold in strictest confidence. for a period of two years following the expiration or termination of this Agreement, information which is confidential and/or proprietary to Verizon Wireless ("Confidential Information"). Customer shall not disclose or make Confidential Information available, in any form, to any third party or use Confidential Information for any purpose other than as specified in this Agreement. Customer shall take all reasonable steps to ensure that Confidential Information is not disclosed or distributed by its employees or agents (who have access to same because of and only on a need-to-know basis) in violation of any provision of this Agreement, but in no event less than reasonable means.

b) Verizon Wireless' Confidential Information shall include, but not be limited to, all information, regardless of form, relating to this Agreement. services, rates, pricing, incentive programs, financial information, network plans, marketing information and all information clearly marked or designated as confidential.

c) The foregoing shall not prevent Customer from disclosing Confidential Information which: (i) is or becomes a part of the public domain through no act or omission of Customer; (ii) was in Customer's lawful possession prior to such access to or the disclosure of same and had not been obtained by Customer either directly or indirectly from Verizon Wireless, all of which is so documented by Customer; (iii) is lawfully disclosed to Customer by a third party without restriction on such disclosure; (iv) is required to be disclosed pursuant to subpoena or other legal process, provided, however, that Customer first provides written notice to Verizon Wireless of the request; (v) is approved by Verizon Wireless for disclosure; or (vi) with respect to information that is the same as or substantially identical to the Confidential Information, is independently developed and is so documented by Customer.

d) Customer acknowledges that Verizon Wireless would suffer irreparable damage in the event of any material breach of the provisions of this disclosure. Accordingly, in such event, Verizon Wireless would be entitled to obtain preliminary and final injunctive relief, as well as any other applicable remedies at law or in equity against breach or threatened breach of this section.

19.

20.

21. **Taxes:** For Corporate Subscribers. Customer agrees to pay all taxes (excluding net income taxes) property taxes, sales and use taxes, business license taxes, charges and assessments, gross receipts taxes, properly levied by any properly constituted governmental authority upon the Customer-owned or leased Equipment and CRS and directly applicable thereto.

22. **Resolution of Disputes/Arbitration:**

22.1 Except with respect to billing disputes as described in Section 4.3 of the Agreement,, the parties agree to attempt to settle any dispute arising out of this Agreement through consultation and negotiation in good faith and in the spirit of mutual cooperation. Accordingly, if the parties have a dispute, the parties agree to meet to try to resolve the dispute within fourteen (14) days after one party delivers a written request for a meeting to the other party. If after such meeting, the parties have not succeeded in negotiating a resolution of the dispute within a reasonable time, then either party may commence arbitration as provided herein by delivering a written demand for arbitration to the other party.

22.2 If either party commences arbitration in the manner described above, the dispute will be subject to expedited, binding arbitration before one (1) independent arbitrator familiar with the wireless telecommunications industry. Such arbitration shall be held in New York City, New York pursuant to the Wireless Industry Arbitration ("WIA") rules in effect at the time of the dispute, as modified by this Agreement and administered by the American Arbitration Association ("AAA"). The arbitrator shall be selected by the joint agreement of the parties, but if they do not so agree


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

within fourteen (14) days after the date of the notice referred to above. the selection shall be made by AAA pursuant to the AAA Rules. Any award rendered by the arbitrator shall be conclusive and binding upon the parties hereto; provided. however. that any such award shall be accompanied by a written opinion of the arbitrator giving the reasons for the award. The arbitrator shall have the authority to require the submission (at hearing or otherwise) of such documents. information. testimony. and other items as the arbitrator may deem necessary to make a fair and reasonable decision. The findings of the arbitrator may not change the express terms of this Agreement and shall be consistent with the arbitrator's understanding of the findings a court of proper jurisdiction would make in applying the applicable law to the facts underlying the dispute. This provision for arbitration shall be specifically enforceable by the parties and the decision of the arbitrator in accordance herewith shall be final and binding and there shall be no right of appeal therefrom. No arbitrator has authority to award relief in excess of what this Agreement provides. Each party shall pay its own expenses of arbitration and the expense of the arbitrator shall be shared equally; provided. however. that if in the opinion of the arbitrator any party's delay in the arbitration process was unreasonable. the arbitrator may assess. as part of the award. all or any part of the arbitration expenses of the other party (including reasonable attorneys' fees) and of the arbitrator against the party causing such unreasonable delay. In no event whatsoever shall such an arbitration award include an award of punitive damages and the parties hereby waive the right to recover punitive damages. All applicable statutes of limitation and defenses based upon the passage of time shall be tolled while the procedures specified in this Section are pending. The parties will take such actions, if any, required to effectuate such tolling. The parties will not be prohibited from seeking injunctive relief to preserve the status quo pending resolution under this provision. The arbitration shall be governed by the United States Arbitration Act. 9 USC §§1-16. as amended. In the event of any conflict between the United States Arbitration Act and the procedures of the CPR Institute for Dispute Resolution. the CPR's procedures shall govern.

ALL DISCUSSIONS AND DOCUMENTS PREPARED PURSUANT TO ANY ATTEMPT TO RESOLVE A DISPUTE UNDER THIS PROVISION ARE CONFIDENTIAL AND FOR SETTLEMENT PURPOSES ONLY AND SHALL NOT BE ADMITTED IN ANY COURT OR OTHER FORUM AS AN ADMISSION OR OTHERWISE AGAINST A PARTY FOR ANY PURPOSE INCLUDING THE APPLICABILITY OF FEDERAL AND STATE COURT RULES.

THE ARBITRATOR SHALL NOT AWARD ANY PARTY PUNITIVE. EXEMPLARY OR CONSEQUENTIAL DAMAGES, AND EACH PARTY HEREBY IRREVOCABLY WAIVES ANY RIGHT TO SEEK SUCH DAMAGES.

23 **Waiver of Jury Trial:**

If for any reason the provisions of this Agreement requiring arbitration are declared unenforceable, void, or voidable. or if any action or judicial proceeding is permitted other than as contemplated by these provisions. each party waives any right it may have to trial by jury and consents to the bringing of such action in New York, NY.

24. **Notices:** Except as otherwise provided in this Agreement, all notices required or permitted to be given hereunder shall be in writing and shall be valid and sufficient if dispatched by a) registered or certified mail, postage prepaid, in any post office in the United States; b) hand delivery; c) overnight courier; or d) facsimile transmission upon confirmation of receipt.

If to Customer:

Conseco Services. LLCe
345 St. Paul Street
St. Paul, MNH 55102
(651) 293-3440
Attn: Mr. Jim Breakey

If to Verizon Wireless:

Verizon Wireless
30 Independence Boulevard
Legal Department. 3rd Floor
Warren Township, New Jersey 07059
(908) 607-8950
Attn: Mr. Peter Rohr
Director - Contract Mgt. and Administration

CONSECO 101728



Data furnished in this document shall not be duplicated. used. disclosed in whole or in part for any purpose other than to evaluate the document.

Confidential

25. **Independent Contractor**: Neither party nor its officers and directors and its associated personnel and employees (all hereinafter designated "employees") shall be deemed to be employees of the other party, it being understood that both parties are independent contractors for all purposes and at all times; and Verizon Wireless shall be solely responsible for the withholding or payment of all Federal, State and local Personal Income Taxes, Social Security, Unemployment and Sickness Disability Insurance and other payroll taxes with respect to its employees, including contributions from them when and as required by law.

26. **Authority:** The Parties hereby represent that they have full power and authority to enter into and perform this Agreement and the Parties know of no contracts, agreements, promises or undertakings which would prevent the full execution and performance of this Agreement. Customer will ensure that only authorized personnel can request changes to new and existing Corporate Subscriber lines of service and upgrades, Verizon Wireless requires the name(s) of authorized personnel who may add lines of service, make changes to the account and financially bind the Customer on corporately billed lines of cellular and paging service. Customer will use Exhibit H as the standard form to notify Verizon Wireless of its authorized personnel.

27. **Reservation of Rights:** Either party's waiver of any of its remedies for a breach by the other party is without prejudice and shall not operate to waive any other remedies which shall have available to it, nor shall such waiver operate to waive the other party's rights to any remedies for a future breach, whether of a like or different character.

28. **Headings:** All headings of the articles of this Agreement are inserted for convenience only and shall not affect any construction or interpretations of this Agreement.

29. **Entire Agreement:** This Agreement together with the Exhibits specifically referenced and attached hereto embodies the entire understanding between Customer and Verizon Wireless and there are no contracts, agreements, understandings, conditions, warranties or representations, oral or written, express or implied, with reference to the subject matter hereof which are not merged herein. Except as otherwise specifically stated, no modification hereto shall be of any force or effect unless (1) reduced to writing and signed by both Parties hereto, and (2) expressly referred to as being modifications of this Agreement.

CONSECO 101729


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

Confidential

31. **Governing Law:** This Agreement shall be governed by the law of the State of New York, regardless of any conflicts of laws or rules which would require the application of the laws of another jurisdiction.

IN WITNESS WHEREOF, the undersigned have already caused their signatures and seals to be affixed hereto.

Executed this ________________________ day of ____________________, 2001.

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS**

By: [signature] Date: 11/20/01

Name: Richard P. Garwood

Title: President - Great Plains Region

**CONSECO** Services, LLC :

By: [signature] Date: 11-19-2001

Name: James R. Dreacey

Title: SR VP CIO

Reviewed by: [signature]

**Confidential**

CONSECO 101730



Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT A

## Verizon Wireless General Provisions for Wireless Service

A. Customer's Cell Phone Number And Caller ID. Verizon Wireless will assign Customer telephone numbers (also called an access number or mobile telephone number). Only one cellular phone (Equipment) may use each number. Customer does not have any property right in the telephone number or any Personal Identification Number ("PIN"). Telephone numbers may be changed or reassigned upon thirty (30) days notice to Customer. PIN numbers may be changed, reassigned, or eliminated. A telephone number may show up when a call is made to someone who uses caller identification unless the caller dials *67 before each call, or orders per line call blocking (where it's available).

B. Usage Charges Are Cumulative. Except as otherwise provided herein, for any single call there may be usage charges for any or all of the following: (a) airtime; (b) landline, cellular long distance, regional calling, or toll charges; (c) roaming; (d) applicable taxes; (e) applicable surcharges, assessments, government fees; and (f) enhanced or special services (such as time, weather, operator or directory assistance, call dialing, calling card use, call forwarding, and automatic call delivery). When roaming, some or all of these charges may be set by another company.

C. Usage time starts when the Subscriber first presses "SEND" on a cellular phone. Usage time ends several seconds after the Subscriber presses "END", or after the call otherwise disconnects. Verizon Wireless does not bill for calls that do not connect, or for busy signals or unanswered calls.

D. Interrupted Service. If an Subscriber is in the home airtime rate area and due to interference with radio transmission a call is dropped and redialed within five (5) minutes of the disconnection, Verizon Wireless will provide Customer, upon request, with a one (1) minute airtime credit for such calls. To get such credits, Customer must notify Verizon Wireless within 90 days after the call is disconnected. Customer may notify Verizon Wireless by calling an airtime free 800 number that will be provided to Customer. If Customer's service is unavailable in Verizon Wireless' service area for more than 24 continuous hours due to Verizon Wireless' fault, Verizon Wireless will also give Customer a pro rata daily credit, up to as much as the affected cellular line's monthly access charge, for that period. Customer must notify Verizon Wireless within ninety (90) days after the first bill that covers the time when the interruption started to receive the credit.

E. Stolen or Tampered Cellular Phone Equipment. If a Corporate Subscribers cellular phone is stolen or is tampered with, Customer shall notify Verizon Wireless and provide Verizon Wireless with any documentation (such as a police report) that may be requested. After receiving Customer's notification, Verizon Wireless will suspend service for up to 30 days from receipt of Customer's notice, or until Customer replaces or recovers the cell phone, whichever comes first. The time of any suspension won't count toward satisfying the initial term of the cellular line. Until notification is received, Customer will be responsible for all charges to the telephone number.

F. To maintain or improve cellular service, to prevent fraud, if Verizon Wireless believes Customer's service is being misused or used by anyone for unlawful activity; or if Verizon Wireless believes a Customer's cell phone or telephone number has been stolen or tampered with, Verizon Wireless will restrict the service of such line and notify Customer of its actions.

G. Customer shall defend, indemnify, and save harmless Verizon Wireless and its successors and assigns and its employees and agents and their heirs, legal representatives and assigns from any and all claims or demands whatsoever, including the costs, expenses and reasonable attorney's fees incurred on account thereof, that may be made by any person, specifically including, but not limited to, employees of the Customer, including, but not limited to, claims for bodily injury (including death to persons) or damage to property (including theft) occasioned by or alleged to have been based upon the acts or omissions of Customer, its employees or persons furnished by the Customer.

Verizon Wireless shall have no liability for any patent, copyright or trade secret or a violation of any federal or other license or franchise required to be maintained in order to provide CMRS, any infringement arising out of or resulting from (i) the use of the Equipment or CMRS in combination with any other product not supplied or approved by Verizon Wireless, or (ii) modification of the Equipment or CMRS by, or on behalf of, Customer or (iii) where Customer continues the allegedly infringing activity after being notified thereof or after being informed and provided with a modification that would have avoided the alleged infringement, or (iv) to the extent a claim arises from any instruction, information, design or other materials furnished by, or on behalf of Customer.

Confidential

CONSECO 101731


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT B
## SingleRate℠ Corporate

### Monthly Access Fee Discount Schedule

Corporate and Employee Subscribers are eligible for monthly access fee discounts on select national, regional and local consumer rate plans throughout Verizon Wireless' Areas with monthly access fees of $35.00 and higher. Some restrictions may apply. Please see the discount schedule below for the Corporate and Employee Subscriber discount percentages:

| Minimum Corporate and Employee Subscriber Line Attainment Tiers | Corporate and Employee Subscriber Monthly Access Fee Discount |
|---|---|
| 100 - 499 | 5% off promotional plans<br>11% off non-promotional plans |
| 500 - 999 | 5% off promotional plans<br>13% off non-promotional plans |
| 1,000 - 4,999 | 5% off promotional plans<br>15% off non-promotional plans |
| 5,000 - 9,999 | 5% off promotional plans<br>17% off non-promotional plans |
| 10,000 - 14,999 | 5% off promotional plans<br>19% off non-promotional plans |
| 15,000 - 24,999 | 5% off promotional plans<br>21% off non-promotional plans |
| 25,000 - 49,999 | 5% off promotional plans<br>23% off non-promotional plans |
| 50,000 + | 5% off promotional plans<br>25% off non-promotional plans |

**Note:** The discounts above are based on the Corporate and Employee Subscriber line attainment, and are available on select plans only. Please contact your local Verizon Wireless Account Manager for eligible price plans. Corporate and Employee Subscribers must commit to a twelve (12) month term per line.

### SingleRate℠ Corporate and Employee Subscriber Plans

| SingleRate℠ Corporate Plans | SRC 150 | SRC 400 | SRC 600 | SRC 900 | SRC 1500 | SRC 2000 | SRC 3000 |
|---|---|---|---|---|---|---|---|
| Standard Monthly Access Fee | $35.00 | $55.00 | $75.00 | $100.00 | $150.00 | $200.00 | $300.00 |
| General Allowance Minutes | 150 | 400 | 600 | 900 | 1500 | 2000 | 3000 |
| Per Minute Rate (over allowance) | $0.40 | $0.35 | $0.35 | $0.25 | $0.25 | $0.20 | $0.20 |
| Home Calling Area | Includes the 50 States | | | | | | |
| Roaming Airtime Rate† | Included throughout the 50 States ($0.65 per minute in Canada) | | | | | | |
| Verizon Wireless Long Distance Rate†† | Included (for Domestic calls made within the 50 States) | | | | | | |

**Note:** †Roaming, toll, and long distance charges may apply when making and receiving calls from outside of the 50 States. ††Verizon Wireless Long Distance required. An early termination fee of $175.00 applies for Corporate Subscriber lines in service less than twelve (12) months at the time of termination. Participation in the Employee Program is contingent upon proof of employment, qualification under normal Verizon Wireless credit criteria and execution of a Cellular Service Agreement and an Employee User Agreement. Employees are eligible to activate up to three (3) Employee Subscriber lines per employee. All Employee Subscriber lines must be activated on the same account. Employee Subscribers must execute a one (1) year Cellular Service Agreement. An early termination fee applies to Employee Subscriber lines in service less than twelve (12) months at the time of termination. The amount of such fee may vary depending on the Verizon Wireless Area in which the Employee Subscriber's line was activated.

**Weekend Option:** Only Subscribers to the National SingleRate Corporate plans are eligible to purchase the Weekend Option which includes 1000 weekend minutes for an additional monthly fee of $10.00 per line. Within the National SingleRate Corporate Home Calling Area, subscribers to the Weekend Option may make and receive calls without incurring airtime charges. The Weekend Option applies to airtime only during the following weekend hours: 12:00am Saturday though 11:59pm Sunday.
At each month, the previous month's unused Weekend Option minutes will be lost. Once the 1000 Weekend minutes are exhausted, any additional airtime incurred during the weekend hours will be charged at the per minute airtime rate of the applicable rate plan.

Confidential

CONSECO 101732


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT B
## SingleRate℠ Corporate Con't

**SingleRate℠ Canada:** Only Subscribers to the National SingleRate Corporate plans may purchase Verizon Wireless' SingleRate℠ Canada service. Verizon Wireless' SingleRate℠ Canada pricing offers subscribers who frequently call to and travel in certain parts of Canada the ability to have general allowance minutes and the low per minute rate apply. For an additional monthly fee of $10.00 per line, SingleRate℠ Canada subscribers in the United States may include Canada as part of the Home Calling Area.
Note: The $10.00 per month charge for SingleRate℠ Canada may be added to the Monthly Access Fee in some billing systems, however other systems may bill the two (2) charges independently. Verizon Wireless Long Distance Required.

### Flat Rate Corporate Subscriber Local Plan

Verizon Wireless has provided a Flat Rate plan for local service that will have a local cellular geographic service area in which the applicable mobile telephone number is activated.

| | |
|---|---|
| Monthly Access Fee | $11.99 |
| General Allowance Minutes | 0 |
| Per Minute Rate | $0.25 |
| Home Airtime Rate Area | Local Cellular Geographic Service Area |
| Nationwide Roam Rate† | $0.50 |
| Verizon Wireless Long Distance†† | Included (for Domestic Long Distance Calls) |

**Note:** †Does not include roaming outside of the 50 states. ††Verizon Wireless Long Distance required. The Local Cellular Geographic Service Area is based on the Region in which the mobile telephone number is activated. The Flat Rate Corporate Subscriber plan and the Flat Rate Employee Subscriber plan for local service are not eligible for any access or revenue discounts or promotions. An early termination fee of $175.00 applies for Corporate Subscriber lines in service less than twelve (12) months at the time of termination.

### Flat Rate Employee Subscriber Local Plan

Participation in the Employee Program is contingent upon proof of employment, qualification under normal Verizon Wireless credit criteria and execution of an annual Cellular Service Agreement. Verizon Wireless has provided a Flat Rate plan for local service that will have a local cellular geographic service area defined by the Verizon Wireless Region in which the applicable mobile telephone number is activated.

| | |
|---|---|
| Monthly Access Fee (per line) | $14.99 |
| General Allowance Minutes | 0 |
| Per Minute Rate | $0.25 |
| Home Airtime Rate Area | Local Cellular Geographic Service Area |
| Nationwide Roam Rate† | $0.65 |
| Verizon Wireless Long Distance†† | $0.15 (For Domestic Long Distance Calls Made From Within the Local Cellular Geographic Service Area) |

**Note:** †Does not include roaming outside of the 50 states. ††Verizon Wireless Long Distance required. The local cellular geographic service area is based on the Verizon Wireless Region in which the mobile telephone number is activated. The Flat Rate Corporate Subscriber plan and the Flat Rate Employee Subscriber plan for local service are not eligible for any access or revenue discounts or promotions. Participation in the Employee Program is contingent upon proof of employment, qualification under normal Verizon Wireless credit criteria and execution of a Cellular Service Agreement and an Employee User Agreement. Employees are eligible to activate up to three (3) Employee Subscriber lines per employee. All Employee Subscriber lines must be activated on the same account. Employee Subscribers must execute a one (1) year Cellular Service Agreement. An early termination fee applies to Employee Subscriber lines in service less than twelve (12) months at the time of termination. The amount of such fee may vary depending on the Verizon Wireless Area in which the Employee Subscriber's line was activated.

**Confidential**

CONSECO 101733


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT B

## SingleRate℠ Corporate Con't

**Features**

| | |
|---|---|
| Included Features (no additional monthly fee) | Call Waiting, Call Forwarding*, Three Way Calling, No Answer/Busy Transfer*, Caller ID*, Basic Voice Mail, Message Waiting Indicator*, and Basic Mobile Messenger†† (Airtime and other charges may apply.) |
| **Additional Features** | **Monthly Fee** |
| Mobile Web† | $6.95 (100 Included Message Alerts) / $8.95 (200 Included Message Alerts) / $12.95 (600 Included Message Alerts) |
| Mobile Messenger†† | $2.99 (100 Included Messages) or $7.99 (600 Included Messages) |

Note: *Not available everywhere. Caller ID service may not be available outside home airtime rate area and may not be compatible with certain enhanced features.

†May not be available in all Verizon Wireless Areas. Mobile Web includes 100, 200 or 600 Message Alerts per month. Inbound Message Alerts received over the included number of per month are charged at $0.02 per message. Outbound Messages may also be sent using the Mobile Web Feature, Messages sent over the included number of messages per month are charged at $0.10 per message

††May not be available in all Verizon Wireless Areas. With Basic Mobile Messenger, outbound Messages sent are charged at $0.10 per message and inbound Messages received are charged at $0.02 per message, there are no included messages per month. For the applicable monthly fee, Mobile Messenger includes either 100 or 600 messages at no charge per included message. Outbound Messages over the included number of messages are charged at $0.10 per message. Inbound Messages over the included number of messages are charged at $0.02 per message. Mobile Messenger requires a Two-Way SMS capable digital phone.

**SingleRate Corporate Terms and Conditions:**

Flat Rate Plans are available with Verizon Wireless specified CDMA digital equipment programmed with Verizon Wireless' then current preferred roaming list. An early termination fee of $175.00 applies for Corporate Subscriber lines in service less than twelve (12) months at the time of termination. The early termination fee applicable to Employee Subscriber lines may vary depending upon the Verizon Wireless area in which the line was activated.

Verizon Wireless' SingleRate Corporate program price plans are only available with Verizon Wireless specified tri-mode equipment programmed with Verizon Wireless' then current preferred roaming list. Please contact your local Verizon Wireless Account Manager for equipment pricing in your area. We may make changes to your phone software, including service features, over the air, without notice.

SingleRate does not apply to credit card or operator assistance calls. The SingleRate Corporate area includes the 50 States; long distance, toll, and roaming charges may apply when roaming outside SingleRate area. Airtime rates and other charges may apply to enhanced features. Monthly allowance minutes do not apply while roaming outside of SingleRate area. Automatic roaming may not be available in all areas and rates may vary for calls placed while roaming. Billing, shipping, and end-user address must be in the Verizon Wireless licensed area. Consolidated reporting is required to participate in this pricing program.

Corporate and Employee Subscribers and/or existing customers who migrate to any SingleRate℠ Corporate price plan, will not incur an activation fee, or price plan change fee. Activation Fees are waived for Corporate and Employee Subscribers to the SingleRate Corporate Plans and the Flat Rate plans.

Digital service and features may not be available in all areas. Calls placed while traveling outside your home area may take longer to be billed. Airtime rounded up to next full minute, so actual allowance may vary. Airtime is charged to "800," "855," "866," "877" and "888" numbers. Calls to "911" and certain other emergency services are toll and airtime free. Charges for calls that connect begin when you press "SEND" and end when the call disconnects from the system. Airtime allowance minutes are not transferable. Unused airtime minutes are lost.

Verizon Wireless' calling areas, rates, agreement provisions, business practices, procedures and policies are subject to change, as specified in the Cellular Service Agreement (CSA). Our liability is significantly limited. Subject to terms of CSA, which applies to all lines in your account. Please read and understand it before activating service. Toll, taxes, Federal Universal Service and Regulatory Charge, additional fees/surcharges and enhanced features are not included in the above rates.

CONSECO 101734

**Confidential**


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT B-1
## National Aggregate Plan

### The National Aggregate Plan: Corporate Subscriber

Verizon Wireless' National Aggregate Plan will enable Corporate Subscribers to travel virtually anywhere in the United States on Verizon Wireless' Network* without incurring roaming charges and a low per minute rate which also includes long distance charges for an monthly access fee of $50.00 per line. Corporate Subscribers to the National Aggregate plan will receive 500 General Allowance Minutes that will aggregate with minutes of all other Corporate Subscribers to the National Aggregate Plan. The total number of Corporate Subscribers to the National Aggregate Plan will determine the total number of monthly general allowance minutes aggregating among Corporate Subscribers to the National Aggregate Plan.

Aggregation of minutes among Corporate Subscribers is contingent upon maintaining a minimum line attainment tier of one hundred (100) Corporate and Employee Subscriber voice-service lines, should Customer fall below one hundred (100) Corporate and Employee Subscriber voice-lines in service at any point during the agreement, the allowance minutes will no longer aggregate.

| Minimum Corporate Subscriber Line Commitment | General Allowance Minutes | Monthly Access Fee | Home Airtime Rate (per minute)* | Roaming Airtime Rate (per minute)†* | Verizon Wireless Long Distance†† | Home Calling Area |
|---|---|---|---|---|---|---|
| 100 + | 500 | $50.00 | $0.20 | $0.50 | Included (for Domestic calls made within the 50 states) | Verizon Wireless' Nationwide Network. |

Note: *Equipment offered herein will not indicate when the user is on or off Verizon Wireless' network. †Roaming rates apply when making or receiving calls on another carrier's network. ††Verizon Wireless Long Distance required. Allowance Minutes and Home Airtime Rate only apply when calling from Verizon Wireless' network throughout the United States. The Home Airtime Rate and the Roaming Airtime Rate includes Verizon Wireless Long Distance. Unused shared home airtime minutes may not be carried over to the next bill cycle.

### Features

| | |
|---|---|
| Included Features (no additional monthly fee) | Call Waiting, Call Forwarding*, Three Way Calling, No Answer/Busy Transfer*, Caller ID*, Basic Voice Mail, Message Waiting Indicator*, and Basic Mobile Messenger†† (Airtime and other charges may apply.) |
| Additional Features | Monthly Fee |
| Mobile Web† | $6.95 (100 Included Message Alerts) / $8.95 (200 Included Message Alerts) / $12.95 (600 Included Message Alerts) |
| Mobile Messenger†† | $2.99 (100 Included Messages) or $7.99 (600 Included Messages) |

Note: *Not available everywhere. Caller ID service may not be available outside home airtime rate area and may not be compatible with certain enhanced features.

†May not be available in all Verizon Wireless Areas. Mobile Web includes 100, 200 or 600 Message Alerts per month. Inbound Message Alerts received over the included number of per month are charged at $0.02 per message. Outbound Messages may also be sent using the Mobile Web Feature. Messages sent over the included number of messages per month are charged at $0.10 per message.

††May not be available in all Verizon Wireless Areas. With Basic Mobile Messenger, outbound Messages sent are charged at $0.10 per message and inbound Messages received are charged at $0.02 per message, there are no included messages per month. For the applicable monthly fee, Mobile Messenger includes either 100 or 600 messages at no charge per included message. Outbound Messages over the included number of messages are charged at $0.10 per message. Inbound Messages over the included number of messages are charged at $0.02 per message. Mobile Messenger requires a Two-Way SMS capable digital phone.

Confidential

CONSECO 101735


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT B-1
## National Aggregate Plan Con't

**National Aggregate Plan Terms and Conditions:**

The National Aggregate Plan is only available with Verizon Wireless specified CDMA Tri-Mode equipment as programmed with Verizon Wireless' then current preferred roaming list. An early termination fee of $175.00 applies for Corporate Subscriber lines in service less than twelve (12) months at the time of termination. The National Aggregate Plan's Home Calling Area includes Verizon Wireless' nationwide network. The National Aggregate Plan requires consolidated billing. Home Airtime Rate applies when calling from Verizon Wireless' nationwide network throughout the United States. Roaming rates apply when calling from another carrier's network. Automatic roaming may not be available in all areas and rates may vary for calls placed while roaming. We may make changes to your phone software, including service features, over the air, without notice. Billing, shipping, and end-user address must be in the Verizon Wireless licensed area where the wireless phone is issued.

Corporate Subscribers and/or existing customers who migrate to the National Aggregate Plan will not incur an activation fee, or price plan change fee. National Aggregate Plan Corporate Subscribers are not eligible for any other revenue or access discount programs or promotions. Airtime rates and other charges may apply to enhanced features.

Digital service and features may not be available in all areas. Calls placed while traveling outside your home area may take longer to be billed. Airtime rounded up to next full minute, so actual allowance may vary. Airtime is charged to "800," "855," "866," "877" and "888" numbers. Calls to "911" and certain other emergency services are toll and airtime free. Charges for calls that connect begin when you press "SEND" and end when the call disconnects from the system. Airtime allowance minutes are not transferable. Unused monthly airtime minutes at the end of each monthly billing period are lost.

Verizon Wireless' calling areas, rates, agreement provisions, business practices, procedures and policies are subject to change, as specified in the Agreement. Our liability is significantly limited. Subject to terms of the Agreement, which applies to all lines in your account. Toll, taxes, Federal Universal Service and Regulatory Charge, additional fees/surcharges and enhanced features are not included in the above rates.

**Confidential**

CONSECO 101736


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT C
## Equipment Pricing

**Corporate and Employee Subscriber Equipment Pricing**

Corporate and Employee Subscribers may purchase equipment at the prices outlined in the appropriate tables below. Corporate and Employee Subscribers who are not eligible for the below pricing may purchase equipment at the then current retail price in Verizon Wireless' regions. Please contact your Verizon Wireless Account Manager for equipment pricing in your area.

**CORPORATE AND EMPLOYEE SUBSCRIBER TRI-MODE EQUIPMENT PRICING**

| Nokia 5185i† | Kyocera 2035a† | Audiovox 9100† | Motorola Tarpon V120† | StarTac 7868 | LG 510* (Black) |
|---|---|---|---|---|---|
| No Charge | No Charge | $39.99 | $49.99 | $99.99 | $119.99 |

| LG 510† (Silver) | Kyocera 3035† | Motorola Timeport P8767 | Motorola Phoenix V60† | Kyocera 6035 |
|---|---|---|---|---|
| $149.99 | $149.99 | $219.99 | $369.99 | $369.99 |

Note: Verizon Wireless' national price plans are only available with Verizon Wireless specified tri-mode equipment programmed with Verizon Wireless' then current preferred roaming list.

**CORPORATE AND EMPLOYEE SUBSCRIBER DUAL-MODE EQUIPMENT PRICING**

| LG-V111 | Ericsson 1228c† | Audiovox CDM 135† | Motorola V2260 | Motorola 8160 |
|---|---|---|---|---|
| No Charge | No Charge | $9.99 | $9.99 | $169.99 |

Note: †Two-way SMS capable equipment. Customers upgrading to any two-way SMS model handset within the first ten (10) months of their individual line commitment will be charged the non-promotional, un-discounted retail price for the upgraded handsets. Verizon Wireless reserves the right to replace the above models with comparable models and to add or discontinue models. The above equipment prices are valid from 10/1/2001 through 11/30/2001. Equipment purchases in future months will be at the then current Verizon Wireless Corporate Account Equipment matrix prices. Instant and mail-in rebates do not apply to the above matrix rates. Corporate and Employee Subscribers who are not eligible for the above pricing may purchase equipment at the then current retail price in Verizon Wireless' regions. Please contact your Verizon Wireless Account Manager for equipment pricing in your area.

**Accessory Discount:** Corporate and Employee Subscribers are eligible to receive a 25% discount off the retail price of all accessories; Employee Subscribers must purchase accessories via the Verizon Wireless Extranet to qualify for the discount.

Confidential

CONSECO 101737


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

Confidential

CONSECO 101738


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT E

## Consolidator Letter

________________
(Date)

________________________
(Serving Carrier)

To Whom It May Concern:

This letter, executed by Verizon Wireless on behalf of itself and its authorized wireless affiliates and Conseco Services, LLC ("Customer") outlines Verizon Wireless' authority to represent Customer.

Customer has authorized Verizon Wireless to act at its direction and on its behalf to place orders, establish or terminate cellular telephone service, to process or request credit information, and to consolidate subscriber usage information for reporting and/or billing purposes. Customer agrees to all terms and conditions of the ______________________ ("Serving Carrier") service order for cellular service. Customer authorizes Verizon Wireless to receive information about Customer's accounts in Serving Carrier markets. Please accept this letter in lieu of individual subscriber agreements for each activation in Serving Carrier markets.

Furthermore, Customer permits Verizon Wireless to provide National Consolidated Invoicing and/or Management Reporting services for Customer. Verizon Wireless has the authority and is authorized to compile cellular data, make account changes, and respond to account inquiries on behalf of Customer.

Therefore, Serving Carrier is hereby directed to forward relevant account information to Verizon Wireless, per Verizon Wireless' instructions. Serving Carrier is further directed to provide to Verizon Wireless relevant account and usage information for each of the mobile telephone numbers, if any, which may predate new activations under this letter, on the attached list. In the event that pre-existing numbers on the attached list are obliged to remain within a previously agreed price plan, such agreement shall continue in effect until its natural termination, at which time such price plan shall be changed to reflect terms and conditions consistent with the National Account Agreement given rise to in this letter.

This letter does not preclude Customer from acting on its own behalf. Customer is solely responsible for payment of all cellular service or equipment ordered or utilized by Customer independently or through Verizon Wireless National Accounts.

**Confidential**

CONSECO 101739


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

This letter is valid for ___ (_) years from the date of execution by Verizon Wireless, and may not be amended or modified without specific written agreement, signed by both parties. Employees with the authority to sign on behalf of Customer are:

______________________ ______________________

______________________ ______________________

______________________ ______________________

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS:**

By: ______________________ Date: 11/20/01

Name: Richard P. Garwood

Title: President - Great Plains Region

**CONSECO Services, LLC :**

By: ______________________ Date: 11-19-2001

Name: JAMES R. BERKEY

Title: SR VP & CIO

Reviewed by. ______

**Confidential**

CONSECO 101740



Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT G
## Extranet Based Ordering

Whereas Customer has requested that Verizon Wireless provide an Extranet-based ordering and fulfillment capability to be utilized by those employees of Customer authorized by Customer to purchase either Corporate Subscriber and/or Employee Subscriber Products and Services directly from a Verizon Wireless provided Extranet web site: and

Whereas Verizon Wireless has agreed to provide such a service, the parties hereby agree that the following terms and conditions are therefore agreed as follows:

1. **Extranet Web Page.** Customer hereby authorizes Verizon Wireless to establish and maintain a Hyperlink interface capability between Customer's Intranet and a Verizon Wireless provided Extranet web page (the "Customer/Verizon Wireless Page"), which may reside on a server made available by Verizon Wireless. The Customer/Verizon Wireless Page may display the trademarks and logos of both parties and Customer hereby grants to Verizon Wireless a non-exclusive license to use, display and reproduce Customer's trademarks and logos on the Customer/Verizon Wireless Page, subject to Customer's reasonable review. Customer shall provide such reasonably requested information as may be required by Verizon Wireless in the development of the Customer/Verizon Wireless Page, however all copyrights, patents and trade secrets regarding the development of the Customer/Verizon Wireless shall be owned by Verizon Wireless. Verizon Wireless reserves the right to change the Uniform Resource Locator ("URL" or Extranet Address) and other logistical and operational functions from time to time. Customer shall supply to Verizon Wireless electronic versions of Customer's trademarks and logos, which Customer shall supply at no cost to Verizon Wireless. The Customer/Verizon Wireless Page may reside on a Verizon Wireless owned or controlled server and will be supported by Verizon Wireless and/or a subcontractor selected by Verizon Wireless. Neither Customer nor its Employees shall manipulate, change or alter the information on the Customer/Verizon Wireless Page or the logistical and/or operational functions of the Customer/Verizon Wireless Page. Customer will restrict access to the Customer/Verizon Wireless Page only to those Employees who are authorized by Customer to purchase Products and Services pursuant to this Exhibit. Customer shall implement and maintain on its Intranet and at its sole cost and expense such security procedures as may be necessary (including, without limitation, firewall, use of passwords, user names and/or identification numbers) to ensure that no person other than authorized Employees shall have access to the Customer/Verizon Wireless Page. Customer is expressly prohibited from making any other access and/or use of the Customer/Verizon Wireless Page.

2. **On-Line Ordering and Fulfillment.** The Customer/Verizon Wireless Page may access an online ordering center which shall have a Corporate Subscriber, and if applicable, Employee Subscriber ordering function which will include information and other content on the Products and Services (including prices and descriptions of such Products and Services) as provided in and consistent with this Exhibit. The ordering center shall also provide a method for those authorized by Customer to order Products and Services.

3. **Hyperlink.** Verizon Wireless grants to Customer a non-exclusive non-transferable license limited to the life of this provision to include on Customer's Intranet site a Hyperlink icon (which may be or include Verizon Wireless trademarks, graphics, text or both, as determined by Verizon Wireless, in its sole discretion) between Customer's Intranet site and the Customer/Verizon Wireless Page and Customer shall at its sole cost and expense, include such as Hyperlink on its Intranet. Verizon Wireless shall supply to Customer electronic versions of Verizon Wireless' trademarks and logos exclusively for this purpose. Customer agrees that the Hyperlink will not link to any Intranet, Extranet or Internet page (or other digital display) other than the Customer/Verizon Wireless Page without Verizon Wireless' express written approval. The nature and content, including location, size, type and color, of any Hyperlink must be approved in advance by Verizon Wireless. Also, Verizon Wireless may review Customer's Intranet site from time to time in order to determine how and where the Hyperlink Icon is positioned and to determine that it is functioning correctly. Customer shall not directly or indirectly license or attempt to license, whether orally or in writing, any other person or entity to use any of the Hyperlink or other licensed marks or content. Verizon Wireless may, at its sole discretion, terminate the Hyperlink at any time if Verizon Wireless determines that insufficient security protocols are in place at the Customer Intranet site or if Verizon Wireless' interests are being adversely affected in any way.

   Verizon Wireless shall have the right to terminate the Hyperlink and demand the removal of Verizon Wireless logos, marks, trademark, Hyperlink URL or Verizon Wireless provided content which in Verizon Wireless' sole opinion conflicts with, interferes with or is detrimental to Verizon Wireless' interests, reputation or business or which might subject Verizon Wireless to unfavorable regulatory action, violate any law, infringe the rights of any Person, or subject Verizon Wireless to liability for any reason. Upon notice from Verizon Wireless to withdraw the Verizon Wireless material from the Customer controlled Intranet site, Customer shall cease using any such Verizon Wireless material on the Customer site as soon as reasonably feasible, but in any event within forty-eight (48) hours after notice, unless such withdrawal is required sooner by law. Upon reasonable notice from Verizon Wireless, customer shall grant Verizon


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.



Confidential

Wireless the right to inspect the Customer controlled Intranet site for removal of Verizon Wireless links, marks or other Verizon Wireless content.

Confidential

CONSECO 101742


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT G
## Extranet Based Ordering Con't

4. **Rights of Parties.** Verizon Wireless shall own any and all copyrights, patents and/or trade secrets resulting from the creation of the Customer/Verizon Wireless Page. Subject to the limited rights and licenses set forth herein. both parties shall retain and will continue to own all rights in and to their respective Internet and/or Intranet sites. including navigation paths, graphic user interface, graphics and icons and general look and feel. as applicable. and shall retain and will continue to own any and all rights in and to their respective logos, trademarks and trade dress (collectively, the "Proprietary Rights"). The licenses granted herein are limited and all rights not specifically granted are reserved to Customer and Verizon Wireless, as applicable. Customer agrees that it will not copy or emulate the contents, look and feel. navigation paths, graphic user interface, computer graphics and icons, computer art work or animation of the Customer/Verizon Wireless Page or use a trademark which Verizon Wireless determines is confusingly similar to any Verizon Wireless mark. The Customer agrees that money damages would not be a sufficient remedy for any breach of any provision of this Amendment, and that in addition to all other remedies which Verizon Wireless may have, Verizon Wireless will be entitled to specific performance and injunctive or other equitable relief as a remedy for any such breach. Customer hereby waives any defenses it may have against the claim of Verizon Wireless for a preliminary and a permanent injunction or other provisional remedy. No failure or delay by any party hereto in exercising any right, power or privilege hereunder will operate as a waiver thereof, nor will any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any right, power or privilege hereunder.

5. **Indemnification Relating to the Customer/Verizon Wireless Page.** Verizon Wireless shall not be liable for, and Customer hereby indemnifies and holds harmless Verizon Wireless, its affiliates, and each of their respective officers, directors, employees and agents from any and all damages, claims, actions, investigations, proceedings, losses, costs and other expenses (including reasonable attorneys' fees) that may arise out of: (a) any infringement of trademark, copyright, patent, trade secret or other proprietary or personal rights relating to the Customer/Verizon Wireless Page; (b) any violation of applicable laws or regulations by Customer; (c) any breach or violation of this Exhibit by Customer; (d) any unauthorized access, use or misuse of the Customer/Verizon Wireless Page, any other portion of the Verizon Wireless Site, the Verizon Wireless server, or any information contained therein or thereon (including, without limitation, software and databases) by (i) any Employees or (ii) any other person (in the case of this clause (ii), solely as a result of any act or omission of Customer), including, without limitation, the purchase of any Products or Services by any person without authorization; (e) any changes, manipulations, alterations or damage to the Customer/Verizon Wireless Page, any other portion of the Verizon Wireless Site, the Verizon Wireless server, or any information contained therein or thereon (including, without limitation, software and databases) by (i) any Employees or (ii) any other person including, without limitation, the purchase of any Products or Services by any person without authorization.

6. **Verizon Wireless Disclaimers.** Verizon Wireless will make reasonable efforts to make the Customer/Verizon Wireless Page available to those authorized by Customer to order Corporate Subscriber, and if applicable, Employee Subscriber lines. However, Verizon Wireless makes no representations or warranties concerning the availability of the Customer/Verizon Wireless Page. the operation of Hyperlinks, or the ability of particular users to access either Corporate Subscriber or Employee Subscriber ordering centers. Verizon Wireless is not responsible for inaccuracies, including but not limited to, typographical errors and/or unauthorized alterations. All pricing and other content is further governed by the complete terms and conditions of this Exhibit or the Agreement.

   EXCEPT AS EXPRESSLY PROVIDED IN THIS SECTION, VERIZON WIRELESS MAKES NO OTHER WARRANTIES, EXPRESS OR IMPLIED. WITH RESPECT TO THE CUSTOMER/VERIZON WIRELESS PAGE OR ANY OTHER PORTION OF THE VERIZON WIRELESS INTRANET SITE OR ANY OTHER SERVICES TO BE PROVIDED BY VERIZON WIRELESS HEREUNDER, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SPECIFICALLY, CUSTOMER ACKNOWLEDGES AND UNDERSTANDS THAT THE INTERNET IS AN EVOLVING AND DEVELOPING MEANS OF COMMUNICATION AND THE CUSTOMER/VERIZON WIRELESS PAGE MAY ENCOUNTER TECHNICAL OR OTHER DIFFICULTIES. VERIZON WIRELESS RESERVES THE RIGHT TO ALTER THE CONTENT OR STRUCTURE OF THE CUSTOMER/VERIZON WIRELESS PAGE OR ANY OTHER PORTION OF THE VERIZON WIRELESS INTRANET SITE.

**Confidential**

CONSECO 101743


Data furnished in this document shall not be duplicated. used. disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT G
## Extranet Based Ordering Con't

7. **Limitations of Liability.** IN NO EVENT SHALL VERIZON WIRELESS OR ANY OF ITS AFFILIATES OR THEIR RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES (EVEN IF VERIZON WIRELESS HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH DAMAGES), FROM LOSS OF USE, DATA OR PROFITS, OR COST OR PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, IN CONTRACT, TORT OR OTHERWISE, ARISING OUT OF OR IN CONNECTION HEREWITH, THE CUSTOMER/VERIZON WIRELESS PAGE OR ANY OTHER PORTION OF THE VERIZON WIRELESS SITE, THE USE OR INABILITY TO USE CUSTOMER/VERIZON WIRELESS PAGE OR ANY OTHER PORTION OF THE VERIZON WIRELESS SITE.

8. **Jurisdiction.** The Verizon Wireless Intranet site and the Customer/Verizon Wireless Page are operated within the United States of America. Verizon Wireless does not represent that materials at this site are appropriate or available for use at locations other than as provided for in the Agreement. As a result, Verizon Wireless does not agree to the jurisdiction of the state courts where it does not provide wireless service. By virtue of operating and transmitting this web site and its content through the World Wide Web, Verizon Wireless does not consent to the jurisdiction of state courts other than the courts of state in which it provides wireless service.

   If the Customer/Verizon Wireless Page is accessed from a location outside of the United States, Customer is responsible for compliance with all local laws. These Terms and Conditions of use shall be governed by the laws of the State agreed to in the Agreement or if not stated therein, by the laws of the State of New Jersey without giving effect to its conflict of laws provisions.

9. Check Applicable Box (es) for Request for Intranet page

| | Select | Initial |
|---|---|---|
| Purchase Capable (Online Purchases) | | |
| Corporate Subscriber | | |
| Employee Subscriber | | |

IN WITNESS WHEREOF, and intending to be bound hereby, the parties authorized representatives affix their signature to this Amendment.

| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS: | CONSECO Services, LLC. : |
|---|---|
| By: [signature] | By: [signature] |
| Name: Richard P. Garrood | Name: James R. Berkley |
| Title: President - Great Plains Region | Title: SR VP & CIO |
| Date: 11/20/01 | Date: 11-19-2001 |

Reviewed by: [signature]

**Confidential**

CONSECO 101744



Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT H

## Corporate Liability Authorization Form

For your protection. Verizon Wireless requires that an officer of your Company approve the delegation or removal of an Authorized Personnel on your account in writing using this form. Authorized Personnel is defined as an individual who is designated and granted authority to act on behalf of the Company for any and all matters contemplated by the parties' Agreement to include access to the account, ability to purchase equipment, add lines of service, cancel service, and make changes to the account that financially bind the Company ("corporately billed lines").

Corporately billed lines of service are those billed under the "Customer Name" and "Customer Federal Tax ID". At the request of Authorized Personnel, monthly billing for corporately billed lines of service can be sent to the Customer address or to an employee home address. Whether payment is made directly by the Customer or by an employee, you have agreed that your Company will accept legal liability for payment.

The following CONSECO SERVICES L.L.C. # 41-1807858
**(Print your Company Name and Federal Tax ID)**

employee(s) are authorized to access the account, purchase equipment, add lines of service, cancel service, make changes to the account purchase equipment and to sign a Verizon Wireless customer service order for corporately billed lines of cellular and paging service.

(Signature)________________ **(Officer of Company)**

Title: SR. VP & CIO

Date: 11-19-2001

---

List below the Customer employee(s) that you are requesting to be added or removed as Authorized Personnel for ______________.
**(circle one)**
**(Print Company Name )**

| | |
|---|---|
| Name Printed: | Name Printed: |
| Signature: | Signature: |
| Officer/Title: | Officer/Title: |
| Phone: | Phone: |
| Name Printed: | Name Printed: |
| Signature: | Signature: |
| Office/Title: | Office/Title: |
| Phone: | Phone: |
| Name Printed: | Name Printed: |
| Signature: | Signature: |
| Office/Title: | Officer/Title: |
| Phone: | Phone: |

CONSECO 101745


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

Confidential

Sales Rep: ______________________ Location: ______________________
Manager: ______________________

**Confidential**

CONSECO 101746


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.

# EXHIBIT I
## Employee User Agreement

This Agreement is dated, ________________ 2001 between Cellco Partnership, a Delaware General Partnership, doing business as Verizon Wireless ("Verizon Wireless") and ______________________ ("Company Employee"). Reference is made to that certain Agreement between Verizon Wireless and Conseco Services, LLC ("Company"), dated __________________, 200__.

- I understand that I am authorized under the Company Agreement to activate service and to obtain equipment at a special rate as a result of my affiliation with Company. I further acknowledge and understand that I am receiving a special service plan rate based on Company's overall line attainment with Verizon Wireless. From time-to-time, my rates may be adjusted to those associated with the actual total line attainment of Company. I understand that I cannot terminate my service without an Early Termination Fee because of a rate adjustment to which the Company agreed; even if the Cellular Service Agreement allows.

- I acknowledge and understand that certain information relating to the service, including name, mobile telephone number and monthly charge total may be released to Company.

- Verizon Wireless reserves the right to require proof of continued employment with Company from me. If a review of my employment status with Company reveals that I am no longer an employee of Company, Verizon Wireless reserves the right to adjust the rates for the period of time I was not a Company employee and switch me to a commercially available consumer plan or to a non-discounted rate plan for the remainder of my Cellular Service Agreement term.

By:_____________________________
(Employee Signature)

Name:___________________________
(Employee Name Printed)

Date:________________

Confidential

CONSECO 101747


Data furnished in this document shall not be duplicated, used, disclosed in whole or in part for any purpose other than to evaluate the document.