# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Teleplus Consulting Inc., Plaintiff, v. Conseco Services, LLC, Defendant. | **COURT MINUTES**<br>BEFORE: Joan N. Ericksen<br>U.S. Judge<br><br>Case No: 02cv212 (JNE/JGL)<br>Date: June 27, 2005<br>Court Reporter: No Reporter<br>Time Commenced: 4:00 p.m.<br>Time Concluded: 4:30 p.m.<br>Time in Court: Hours & 30 Minutes |

Hearing on: **Telephone conference - Plaintiff's Motion for Sanctions [#71] is DENIED. No further order will be issued.**

APPEARANCES:

Plaintiff: Christopher K. Sandberg
Defendant: Shannon Heim and Robert Cattanach

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk