# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Teleplus Consulting Inc., | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 02cv212 (JNE/JGL) |
| | ) | Date: June 27, 2005 |
| Conseco Services, LLC, | ) | Court Reporter: No Reporter |
| | ) | Time Commenced: 4:00 p.m. |
| Defendant. | ) | Time Concluded: 4:30 p.m. |
| | ) | Time in Court: Hours & 30 Minutes |
| | ) | |

Hearing on: **Telephone conference - Plaintiff's Motion for Sanctions [#71] is DENIED. No further order will be issued.**

APPEARANCES:

Plaintiff: Christopher K. Sandberg
Defendant: Shannon Heim and Robert Cattanach

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk