# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Teleplus Consulting Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

Case No: 02cv212 (JNE/JGL)
Date: June 27, 2005
Court Reporter: No Reporter
Time Commenced: 4:00 p.m.
Time Concluded: 4:30 p.m.
Time in Court: Hours & 30 Minutes

Hearing on: **Telephone conference - Plaintiff's Motion for Sanctions [#71] is DENIED. No further order will be issued.**

APPEARANCES:

Plaintiff: Christopher K. Sandberg
Defendant: Shannon Heim and Robert Cattanach

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk

M:\templates\cv-motion - Art III.wpt

Form Modified: 2/12/04