# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TELEPLUS CONSULTING, INC., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 02-0212 (JNE/JGL) |
| | ) | Date: 6/29/05 |
| CONSECO SERVICES, | ) | Court Reporter: N/A |
| | ) | Time Commenced: 1:30 P.M. |
| Defendant. | ) | Time Concluded: 3:00 P.M. |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Chris Sandberg, Darla Boggs

Defendant: Shannon Heim, Bob Cattanach

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge