UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| **Teleplus Consulting, Inc.,** | |
| **Plaintiff,** | Civil File No. 02-CV-212 (JNE/JGL) |
| **v.** | |
| **Conseco Services, LLC,** | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **Defendant.** | |

## STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that this action may and should be dismissed with prejudice, with both parties to bear their own costs, expenses, and attorneys' fees.

Dated: July 25, 2005

LOCKRIDGE GRINDAL NAUEN PLLP

By: s/ Christopher K. Sandberg
Christopher K. Sandberg (No. 95845)
Darla J. Boggs (No. 0314912)
100 Washington Ave So, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900

Attorneys for Plaintiff

Dated: July 25, 2005

DORSEY & WHITNEY LLP

By: s/ Shannon M. Heim__________
Robert E. Cattanach (No. 0153734)
Shannon M. Heim (No. 0309771)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant