**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Teleplus Consulting, Inc.,

Plaintiff,

v.

Conseco Services, LLC,

Defendant.

Civil File No. 02-CV-212 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2005, I caused the following document:

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Christopher K. Sandberg, Esq.
E-mail: cksandberg@locklaw.com

**__s/ Shannon M. Heim_______**
Shannon M. Heim
MN Bar No. 309771
Dorsey & Whitney LLP
50 South Sixth St., Ste. 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
e-mail: heim.shannon@dorsey.com