UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Teleplus Consulting, Inc.,<br>Plaintiff,<br>v.<br>Conseco Services, LLC,<br>Defendant. | Civil File No. 02-CV-212 (JNE/JGL)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. This action is DISMISSED WITH PREJUDICE, with both parties to bear their own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2005

BY THE COURT

s/ Joan N. Ericksen______________
United States District Court Judge