✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Teleplus Consulting, Inc.,

V.

Conseco Services, LLC,

## JUDGMENT IN A CIVIL CASE

Case Number: 02-212 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is DISMISSED WITH PREJUDICE, with both parties to bear their own costs, expenses, and attorneys' fees.

July 27, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk